IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIE T. BIRD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case # 1:21-cv-00721-SCJ-WEJ |
| | * | |
| BOARD OF REGENTS OF THE | * | |
| UNIVERSITY SYSTEM OF | * | |
| GEORGIA d/b/a VALDOSTA | * | |
| STATE UNIVERSITY, | * | |
| | * | |
| Defendant | * | |

_____

**DEFENDANT'S MOTION TO TRANSFER VENUE**

COMES NOW,  Defendant in the above-styled case, and moves this Court

for an Order, pursuant to 28 U.S.C. § 1404(a), transferring this case to the

Valdosta Division of the Middle District of Georgia for the convenience of the

parties and witnesses and in the interest of justice. This motion is based upon the

1

record in this case and is made for the reasons set forth in the accompanying

Memorandum of Law.

Respectfully submitted, this 7th day of April, 2021.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601
Special Assistant Attorney
General for Defendant

/s/ Amanda L. Szokoly
Amanda L. Szokoly
Georgia Bar Number: 403412
***ATTORNEYS FOR DEFENDANT***
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
tcarter@brbcsw.com
aszokoly@brbcsw.com

2

## CERTIFICATE PURSUANT TO NORTHERN DISTRICT OF GEORGIA LOCAL RULE 7.1(D)

I hereby certify that the foregoing pleading is typed in 14-point Times New Roman font and that the pleading conforms to the requirements set forth in Northern District of Georgia Local Rule 5.1.

This 7th day of April, 2021.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601
Special Assistant Attorney
General for Defendant

***ATTORNEY FOR DEFENDANT***

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
tcarter@brbcsw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 7th day of April, 2021.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601
Special Assistant Attorney
General for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX