IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMIE T. BIRD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case #        7:21-cv-00062-WLS |
| | * | |
| BOARD OF REGENTS OF THE | * | |
| UNIVERSITY SYSTEM OF | * | |
| GEORGIA d/b/a VALDOSTA | * | |
| STATE UNIVERSITY, | * | |
| | * | |
| Defendant | * | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant in the above-styled action, by and through its counsel of record, and pursuant to Federal Rule of Civil Procedure 56 moves this Court to enter summary judgment in its favor on all claims.

In support of this motion, the Defendant submits the following:

1)   Brief in Support of Summary Judgment;

2)   Statement of Undisputed Material Facts and Conclusions of Law, in accordance with Middle District of Georgia Local Rule 56;

3)   Deposition of Jamie Bird;

4)   Deposition of Dr. Richard Carvajal; and,

5)   Deposition of Dr. Rodney Carr.

This 2nd day of May, 2022.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601

Special Assistant Attorney General
tcarter@brbcsw.com
**ATTORNEY FOR DEFENDANT**
BROWN, READDICK, BUMGARTNER
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMIE T. BIRD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case #        7:21-cv-00062-WLS |
| | * |
| BOARD OF REGENTS OF THE | * |
| UNIVERSITY SYSTEM OF | * |
| GEORGIA d/b/a VALDOSTA | * |
| STATE UNIVERSITY, | * |
| | * |
| Defendant | * |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 2nd day of May, 2022.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601
Special Assistant Attorney General
Attorney for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
tcarter@brbcsw.com