IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMIE T. BIRD,                              *
                                           *
    Plaintiff,                             *
                                           *
v.                                         *    Case #        7:21-cv-00062-WLS
                                           *
BOARD OF REGENTS OF THE                    *
UNIVERSITY SYSTEM OF                       *
GEORGIA d/b/a VALDOSTA                      *
STATE UNIVERSITY,                          *
                                           *
    Defendant                              *

---

### NOTICE OF FILING DEPOSITIONS

COMES NOW, the Defendant in the above-styled case, and files the following depositions

with the record in this case in support of its Motion for Summary Judgment:

1.     Deposition of Jamie Bird;

2.     Deposition of Dr. Richard Carvajal;

3.     Deposition of Dr. Rodney Carr.

This 2nd day of May, 2022.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601
Special Assistant Attorney General
tcarter@brbcsw.com
**ATTORNEY FOR DEFENDANT**
BROWN, READDICK, BUMGARTNER
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMIE T. BIRD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | *  Case #  7:21-cv-00062-WLS | |
| | * | |
| BOARD OF REGENTS OF THE | * | |
| UNIVERSITY SYSTEM OF | * | |
| GEORGIA d/b/a VALDOSTA | * | |
| STATE UNIVERSITY, | * | |
| | * | |
| Defendant | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 2nd day of May, 2022.

/s/ G. Todd Carter
G. Todd Carter
Georgia Bar Number: 113601
Special Assistant Attorney General
Attorney for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
tcarter@brbcsw.com