**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JAMIE T. BIRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 7:21cv62 (WLS) |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA d/b/a VALDOSTA | ) | |
| STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING OF DEPOSITIONS**

COMES NOW the Plaintiff JAMIE T. BIRD and files this notice showing that

Plaintiff has filed the following Deposition Transcripts with the Court:

1) Michael Kirkland

2) Lisa Long

3) Ryan Hogan

4) Rob Freidhoff

5) Jeanine Boddie-LaVan

6) Richard Carvajal

Respectfully submitted this 12th day of May, 2022.

> LAWSON, BECK & SANDLIN, LLC
> */s/ Holly H. Maestas*
> Holly Hance Maestas
> Attorney for Plaintiff
> Georgia State Bar No. 153092

1125 Commerce Drive, Suite 300
Peachtree City, Georgia 30269
Telephone:    (770) 486-8949/Facsimile:  (770) 486-8950
Email: holly@lawsonandbeck.com

Page 1 of 1