**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| JAMIE T. BIRD, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action File No. |
| v. | ) |
| | )   7:21cv62 (WLS) |
| BOARD OF REGENTS OF THE | ) |
| UNIVERSITY SYSTEM OF | ) |
| GEORGIA d/b/a VALDOSTA | ) |
| STATE UNIVERSITY, | ) |
| | ) |
|     Defendant. | ) |

**EXHIBIT LIST**

COMES NOW the Plaintiff JAMIE T. BIRD and provides the Court with the following list of Exhibits referenced in the Plaintiff's response to Defendant's Motion for Summary Judgment:

*\*\* Notice: Plaintiff (and Defendant) used the same exhibit numbers for all depositions. While exhibits on file with the Court may note that they pertain to a particular deposition (on their exhibit label placed by the court reporter), they were used across multiple depositions, and may be referred to in the record interchangeably.) \*\**

1 – Doctoral Dissertation of Rodney Carr

7 – Board of Regents – RIF FAQs

8 – Bird RIF Letter – July 17, 2020

14 – Job Postings – 2020-2021

15 – Carr Salary Increase – September 2020

16 – Personnel File of Rob Freidhoff

17 – Admissions Staff – VSU Website

18 – Admissions Staff – VSU Website

19 – VSU Dual Enrollment Flipbook

21 – Board of Regents publication on Freshman Admission Requirements

22 – Email regarding House Bill 44/Dual Enrollment legislation

24 – Board of Regents Dual Enrollment Summit – Roundtable Discussions

25 – SAP Deficiency List – 2020

27 – Title IX Investigative Interview Notes – Rodney Carr

28 – Title IX Investigative Interview Notes – Jamie Bird

29 – Title IX Investigative Interview Notes – Lisa Long

30 – Title IX Investigative Interview Notes – Ryan Hogan

34 – Email from Lyn to Boddie-LaVan – Oct 5, 2020 – draft report

35 – Email from Lyn to Boddie-LaVan – Oct 6, 2020 – 2 drafts of report

36 – Emails b/n Lyn & Boddie-LaVan – Oct 6, 2020 – report edits

37 – Email from Lyn to Boddie-LaVan – Oct 12, 2020 – report

38 – Emails b/n Lyn & Boddie-LaVan – Oct 13, 2020 – report edits

39 – Emails b/n Lyn & Boddie-LaVan – Oct 20, 2020 – report edits

40A – Emails Lyn, Bird, Boddie-LaVan, Crawford – November 5, 2020

40B – Emails Lyn, Bird – Oct. 26, 2020 - advisor

41 – February 26, 2019 Dual Enrollment Counseling Email

42 – February 27, 2019 – Carr Email in response to February 26, 2019 Email

43 – March 5, 2019 Written Reprimand

44A – February 2020 Carr Email - move to Office of First Year Transitions

46 – Boddie-LaVan Letter to Board of Regents

47 – Carr Investigation – Bainbridge College

48 – Carr Investigation – Bainbridge College

49 – Job Posting – Assistant Director of Admissions – 2021

56 – Board of Regents – Dual Enrollment Digest – 2020

58 – Regulation of the Dual Enrollment Program – 2018-19

59 – Personnel File of Rodney Carr

60 – Personnel File of Richard Carvajal

61 – Affidavit of Render Terrell "Tee" Mitchell

62 – Proffer of Dana Hutchinson – Lowndes County High School Counselor

63 – Affidavit of Rebecca Wetherington – Valwood School Counselor

64 – Recording – Carr visits Bird alone in her office – February 3, 2020

Respectfully submitted this 12th day of May, 2022.

LAWSON, BECK & SANDLIN, LLC

*/s/ Holly H. Maestas*
Holly Hance Maestas
Attorney for Plaintiff
Georgia State Bar No. 153092

1125 Commerce Drive, Suite 300
Peachtree City, Georgia 30269
Telephone:      (770) 486-8949
Facsimile:      (770) 486-8950
Email: holly@lawsonandbeck.com