<u>Plaintiff's Exhibit 1</u>
1 - Doctoral Dissertation of Rodney Carr

(Large file - CD)

Mailed to Clerk's office:

Mr. David W. Bunt, Clerk of Court
United States District Court for the Middle District of Georgia
Valdosta Division
401 North Patterson Street
Valdosta, Georgia 31601