

**VALDOSTA**
**S T A T E**
**UNIVERSITY**
*Building for Our Next Century*
*1906-2006*

July 14, 2020

To: Jamie Bird, Manager Dual Enrollment
From: Rob Freidhoff, Chief Officer Student Success
Subject: Notice of Reduction of Force

Dear Ms. Bird,

Valdosta State University has experienced significant challenges due to the recent pandemic. In response, we have explored many options in an effort to minimize the impact to our students, workforce, and the public. These measures have succeeded to some extent. However, we find that we now must make the difficult decision to implement a reduction in force (RIF) and eliminate the positions of valued employees. The reduction in force is based on business necessity by department and job category and is effective on September 14, 2020.

We regret to inform you that your positon will be eliminated as a result of the reduction in force. Your last day of employment will be at the close of business on September 14, 2020.

You may request a review of this decision to the Office of Legal Affairs of the Board of Regents by submitting a written letter to the following address: Office of Legal Affairs, Board of Regents of the University System of Georgia, 270 Washington Street, SW, Atlanta, GA 30334. All request must be submitted within 20 calendar days from the date of notice.

To assist you in this transition, an exit interview is scheduled on September 14, 2020, at 11:00 a.m. with Human Resources. You will receive information regarding benefits, leave payout, unemployment and other off boarding logistics at that time.

Additional transition assistance is available in the office of Human Resources to include:

- Resume review and how to apply for current internal vacancies
- Availability of Professional Development tools to brush up on skills (i.e., skill soft)
- Employee Assistance Program Information. KePro is available at 1-844-243-4440 for consultation on financial, emotional and other issues. This program will be available to you through September 14, 2020.
- If interested, you may contact Michelle Jordan, Employee Relations Manager. She can direct you to the local department of labor for assistance.

We thank you for your service to the University System of Georgia and value the work that you have accomplished during your employment here at Valdosta State University. Please do not hesitate to contact me if you have any questions.

_____        7/14/2020
Employee                              Date

cc:    Personnel File
       Robert Freidhoff

KAIRISA J. MAGEE, RPR, GCCR
2/20/2022
PLAINTIFF'S EXHIBIT
**FREIDHOFF - 8**

PLAINTIFF'S EXHIBIT
8
tabbies