**J All Job Openings**

| Job Opening | Posting Title | Manager | Recruiter | Status | Unit | Job ID | Posted Salary | Created | Closes Date | Status | Start Dt | Dept ID | Position | Job Family | Job Code | JobCd Desc | Date time Added | Added By | Manager | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 218170 | Admissions Recruiter I | Ryan Hogan | Shelby Lamar | 110 Filled/Closed | Valdosta State University | 218170 | 32761 | 2/4/2020 | 5/1/2020 | 110 Filled/Closed | 5/1/2020 | 1430000 | 10007605 | STF | 657X71 | 657X71 Admissions Recruiter I | 2/4/2020 9:37 | 0347323@510 | Ryan Hogan | |
| 218196 | Director (Strategic Communications) | Rodney Carr | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 218196 | 74926 | 2/5/2020 | 7/15/2020 | 110 Filled/Closed | 7/15/2020 | 1430000 | 21010577 | ADM | 300X80 | 300X80 Director | 2/5/2020 10:41 | 0347323@510 | Rodney Carr | |
| 218354 | Temporary Office Clerical FT (Financial Aid) | Wanda Stracener | Shelby Lamar | 110 Filled/Closed | Valdosta State University | 218354 | 10 | 2/27/2020 | 5/19/2020 | 110 Filled/Closed | 5/19/2020 | 1430000 | 10007323 | TMP | 935X70 | 935X70 Temporary Office Clerk | 2/27/2020 9:51 | 0347323@510 | Wanda Stracener | |
| 218399 | Academic Advisor I (Part-Time) | Cheri Tillman | Shelby Lamar | 110 Filled/Closed | Valdosta State University | 218399 | 19 | 3/5/2020 | 5/11/2020 | 110 Filled/Closed | 5/11/2020 | 1380006 | 10060305 | STF | 629X71 | 629X71 Academic Advisor I PT | 3/5/2020 8:17 | 0347323@510 | Cheri Tillman | |
| 218398 | Financial Aid Assistant I | Wanda Stracener | Shelby Lamar | 110 Filled/Closed | Valdosta State University | 218398 | 31183 | 3/5/2020 | 4/17/2020 | 110 Filled/Closed | 4/17/2020 | 1420000 | 10006162 | STF | 657X81 | 657X81 Financial Aid Assistant | 3/5/2020 8:10 | 0347323@510 | Wanda Stracener | |
| 218640 | Rehired Retiree Office/Clerical | Donnell Davis | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 218640 | 10 | 4/20/2020 | 3/23/2021 | 110 Filled/Closed | 3/23/2021 | 1420000 | 11907645 | | 935201 | 935201 RehiredRetiree Office/C | 4/20/2020 10:41 | 0347323@510 | Wanda Stracener | This was not posted. Cloned from 318354. Created as a placeholder for Job Data |
| 219029 | Financial Aid Counselor I | Ryan Hogan | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 219029 | 36621 | 5/27/2020 | 7/22/2020 | 110 Filled/Closed | 7/22/2020 | 1420000 | 10006135 | STF | 657X92 | 657X92 Financial Aid Counselor | 5/27/2020 15:35 | 0347323@510 | Donnell Davis | |
| 219579 | Admissions Recruiter II | Marsha Walden | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 219579 | 34486 | 7/17/2020 | 9/3/2020 | 110 Filled/Closed | 9/3/2020 | 1430000 | 10007604 | STF | 657X72 | 657X72 Admissions Recruiter II | 7/17/2020 11:47 | 0347323@510 | Ryan Hogan | |
| 219122 | Academic Advisor I | Chad Daugherty | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 219122 | 39171 | 6/5/2020 | 8/26/2020 | 110 Filled/Closed | 8/26/2020 | 1380005 | 10059905 | STF | 629X81 | 629X81 Academic Advisor I | 6/5/2020 9:38 | 0347323@510 | Marsha Walden | |
| 219560 | Financial Aid Assistant II | Chad Daugherty | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 219560 | 32738 | 7/16/2020 | 9/1/2020 | 110 Filled/Closed | 9/1/2020 | 1420000 | 10005571 | STF | 657X82 | 657X82 Financial Aid Assistant | 7/16/2020 15:17 | 0347323@510 | Chad Daugherty | |
| 219572 | Financial Aid Counselor II | Rozelle Slaymon | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 219572 | 36621 | 7/17/2020 | 9/1/2020 | 110 Filled/Closed | 9/1/2020 | 1420000 | 10007753 | STF | 657X92 | 657X92 Financial Aid Counselor | 7/17/2020 10:46 | 0347323@510 | Chad Daugherty | |
| 220296 | Academic Advisor I | Ryan Hogan | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 220296 | 39171 | 8/20/2020 | 11/16/2020 | 110 Filled/Closed | 11/16/2020 | 1380005 | 10006095 | STF | 629X81 | 629X81 Academic Advisor I | 8/20/2020 13:39 | 0347323@510 | Rozelle Slaymon | |
| 220490 | Communications Specialist (Admissions) | Rodney Carr | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 220490 | 38667 | 8/31/2020 | 9/21/2020 | 110 Filled/Closed | 9/21/2020 | 1430000 | 40009513 | STF | 642X80 | 642X80 Communications Speciali | 8/31/2020 11:06 | 0347323@510 | Ryan Hogan | |
| 220416 | Communications Specialist (Student Success) | Rodney Carr | Carrie Yarbrough | 120 Canceled | Valdosta State University | 220416 | 38667 | 8/26/2020 | | 120 Canceled | 9/2/2020 | 1430000 | 40009164 | STF | 642X80 | 642X80 Communications Speciali | 8/26/2020 13:48 | 0347323@510 | Rodney Carr | |
| 220599 | Associate Vice President (Student Success) | Rodney Carr | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 220599 | 133164 | 9/3/2020 | 1/5/2021 | 110 Filled/Closed | 1/5/2021 | 1432000 | 40007265 | ADM | 145X89 | 145X89 Associate Vice Presiden | 9/3/2020 9:31 | 0347323@510 | Rodney Carr | |
| 221071 | Academic Advisor I | Marsha Walden | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 221071 | 39171 | 9/29/2020 | 4/8/2021 | 110 Filled/Closed | 4/8/2021 | 1380005 | 10006092 | STF | 629X81 | 629X81 Academic Advisor I | 9/29/2020 8:42 | 0347323@510 | Marsha Walden | |
| 222117 | Student Serv Coordinator (University Advising & Student Transition) | Robert Freidhoff | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 222117 | 33977 | 11/17/2020 | 1/8/2021 | 110 Filled/Closed | 1/8/2021 | 1380001 | 40012605 | STF | 657X57 | 657X57 Student Serv Coordinato | 11/17/2020 16:42 | 0347323@510 | Robert Freidhoff | |
| 223228 | Admissions Recruiter I | Ryan Hogan | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 223228 | 32761 | 1/12/2021 | 3/18/2021 | 110 Filled/Closed | 3/18/2021 | 1430000 | 10006190 | STF | 657X71 | 657X71 Admissions Recruiter I | 1/12/2021 9:18 | 0347323@510 | Ryan Hogan | |
| 223075 | Admissions Recruiter I | Hilary Wills | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 223075 | 32761 | 1/6/2021 | 5/17/2021 | 110 Filled/Closed | 5/17/2021 | 1430000 | 10007605 | STF | 657X71 | 657X71 Admissions Recruiter I | 1/6/2021 8:47 | 0347323@510 | Hilary Wills | |
| 223126 | Admissions Recruiter I | Ryan Hogan | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 223126 | 32761 | 1/7/2021 | 3/19/2021 | 110 Filled/Closed | 3/19/2021 | 1430000 | 10006192 | STF | 657X71 | 657X71 Admissions Recruiter I | 1/7/2021 16:10 | 0347323@510 | Ryan Hogan | |
| 223920 | Academic Advisor I (Education and Human Services) | Ashleigh Stevens | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 223920 | 39171 | 2/5/2021 | 2/22/2021 | 110 Filled/Closed | 2/22/2021 | 1380004 | 10059907 | STF | 629X81 | 629X81 Academic Advisor I | 2/5/2021 7:59 | 0347323@510 | Ashleigh Stevens | |
| 227266 | Financial Aid Counselor I | Chad Daugherty | Carrie Yarbrough | 010 Open | Valdosta State University | 227266 | 34790 | 5/12/2021 | | 010 Open | 5/21/2021 | 1420000 | 10006170 | STF | 657X91 | 657X91 Financial Aid Counselor | 5/12/2021 10:42 | 0347323@510 | Chad Daugherty | |
| 225277 | Admissions Recruiter II | Ryan Hogan | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 225277 | 34486 | 3/24/2021 | 6/2/2021 | 110 Filled/Closed | 6/2/2021 | 1430000 | 10007959 | STF | 657X72 | 657X72 Admissions Recruiter II | 3/24/2021 12:41 | 0347323@510 | Ryan Hogan | |
| 225194 | Academic Advisor I (COEHS) | Ashleigh Stevens | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 225194 | 39171 | 3/22/2021 | 6/2/2021 | 110 Filled/Closed | 6/2/2021 | 1380004 | 10059906 | STF | 629X81 | 629X81 Academic Advisor I | 3/22/2021 8:23 | 0347323@510 | Ashleigh Stevens | |
| 224418 | Temporary Office Clerical FT (Financial Aid) | Wanda Stracener | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 224418 | 11 | 2/23/2021 | 5/27/2021 | 110 Filled/Closed | 5/27/2021 | 1420000 | 10007323 | TMP | 935X70 | 935X70 Temporary Office Clerk | 2/23/2021 9:14 | 0347323@510 | Wanda Stracener | |
| 227319 | Academic Advisor I (Humanities and Social Sciences) | Cheri Tillman | Carrie Yarbrough | 010 Open | Valdosta State University | 227319 | 39171 | 5/13/2021 | | 010 Open | 5/25/2021 | 1380005 | 10007808 | STF | 629X81 | 629X81 Academic Advisor I | 5/13/2021 10:52 | 0347323@510 | Cheri Tillman | |
| 224656 | Administrative Assistant I PT (Testing) | Rebecca Taylor | Carrie Yarbrough | 010 Open | Valdosta State University | 224656 | 15 | 3/3/2021 | | 010 Open | 3/3/2021 | 1403030 | 10006758 | STF | 510X81 | 510X81 Administrative Assistan | 3/3/2021 7:18 | 0347323@510 | Rebecca Taylor | |
| 225236 | Rehired Retiree Office Clerical (Financial Aid) | Wanda Stracener | Carrie Yarbrough | 110 Filled/Closed | Valdosta State University | 225236 | 11 | 3/23/2021 | 3/31/2021 | 110 Filled/Closed | 3/31/2021 | 1420000 | 11907645 | | 935201 | 935201 RehiredRetiree Office/C | 3/23/2021 11:00 | 0347323@510 | Wanda Stracener | This was not posted. Cloned from 224418. Created as a placeholder for Job Data |

KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
CARR - 14


PLAINTIFF'S EXHIBIT
14
tabbies

Job Opening

Job Description

## Job Description

|  |  |
|---|---|
| Job Title | Academic Advisor I (COEHS) |
| Job ID | 225194 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page          Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

#### Typical Allocation of Duties:

**Advising - 45%**
Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$39,171

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Standard

Return to Previous Page               Switch to Internal View

| Job Opening | Job Description |
|---|---|

## Job Description

| | |
|---|---|
| Job Title | Academic Advisor I (Education and Human Services) |
| Job ID | 223920 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page        Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

**Typical Allocation of Duties:**

**Advising - 45%**
Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$39,171

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Standard

Return to Previous Page          Switch to Internal View

| Job Opening | | Job Description | | 1 |

## Job Description

| | |
|---|---|
| Job Title | Academic Advisor I (Humanities and Social Sciences) |
| Job ID | 227319 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

This position is housed in the College of Humanities and Social Sciences

#### Typical Allocation of Duties:

**Advising - 45%**
Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$39,171

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Standard

---

Return to Previous Page                    Switch to Internal View

| Job Opening | Job Description | 1 |

## Job Description

| | |
|---|---|
| Job Title | Academic Advisor I (Part-Time) |
| Job ID | 218399 |
| Location | Valdosta State University |
| Full/Part Time | Part-Time |
| Regular/Temporary | Regular |

Return to Previous Page          Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

**Typical Allocation of Duties:**

**Advising - 45%**
Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$18.83/hr

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

Desired start date: 4/06/2020

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Standard

## Special Applicant Instructions

Required attachments

- Transcripts
- List of three references

Return to Previous Page                    Switch to Internal View

Job Opening                                         Job Description                                    1

## Job Description

Job Title    Academic Advisor I

Job ID    219122

Location    Valdosta State University

Full/Part Time    Full-Time

Regular/Temporary    Regular

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

#### Typical Allocation of Duties:

**Advising - 45%**

Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$39,171

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

Desired start date: August 10, 2020

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Standard

Return to Previous Page                    Switch to Internal View

Job Opening                                        Job Description                                        1

## Job Description

| | |
|---|---|
| Job Title | Academic Advisor I |
| Job ID | 220296 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

This position will be working in the College of Business Administration

**Typical Allocation of Duties:**

**Advising - 45%**
Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$39,171

Conditions of Employment

## Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Standard

Return to Previous Page                    Switch to Internal View

Job Opening

Job Description

## Job Description

| | |
|---|---|
| Job Title | Academic Advisor I |
| Job ID | 221071 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Advise students on course selection, requirements for selected areas of concentration, and post-college plans to help meet their educational needs and realize student scholastic goals.

### Responsibilities

This position is housed in the College of Humanities and Social Sciences Advising Center

**Typical Allocation of Duties:**

**Advising - 45%**
Advise students with regards to their educational, career, personal and social development needs. Refer students to academic and personal resources as appropriate. Assist students in selecting courses.

**Interpret polices - 15%**
Clarify and interpret academic policies and degree requirements.

**Student files - 15%**
Maintain and update student files and records. Ensure compliance with FERPA regulations.

**Student transition services - 15%**
Facilitate programs that help students explore career and post-bachelor's degree options. Assist students in the transition from high school to college and provide appropriate referral to University offices and resources as needed.

**Monitor student progress - 10%**
Monitor student academic progress and provide developmental programming focused on student academic needs. Advise, monitor, and work closely with students on academic probation and those returning from academic suspension.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$39,171

Conditions of Employment

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

Desired start date: November 2, 2020

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Standard

Return to Previous Page                    Switch to Internal View

| Job Opening | Job Description | 1 |
|---|---|---|

## Job Description

Job Title    Administrative Assistant I PT (Testing)

Job ID    224656

Location    Valdosta State University

Full/Part Time    Part-Time

Regular/Temporary    Regular

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Provide administrative and clerical support to a department or unit.

### Responsibilities

The incumbent may be required to work on some Saturdays

**Typical Allocation of Duties:**

**Administrative support and clerical duties - 40%**
Perform a variety of administrative and clerical duties, to include data gathering, data management, correspondence, filing, calendar management, event scheduling, mail distribution, answering phones, organizing mail, and purchasing supplies.

**Advise faculty, staff, and students - 10%**
Advise faculty, staff, and students of policies or procedures.

**Point of contact - 10%**
Acts as a point of contact to other departments, students, faculty, customers, and outside agencies/vendors on behalf of department or unit administrators.

**Budget administration - 20%**
Perform budget administration, tracking, monitoring and auditing; payroll processing; travel/expense processing; and other similar tasks.

**Manipulate and prepare data - 10%**
Manipulate and prepare data and other information, databases, or reports using a computer.

**Preparation of reports and documents and coordination of events - 10%**
Perform some administrative duties such as preparation of reports, documents, or coordination of projects or events as assigned.

### Required Qualifications

**Required Experience**
High school diploma and one (1) year of related work experience.

### Proposed Salary

Create New Job Opening

$15.11/hr

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Positions of Trust + Credit

Return to Previous Page          Switch to Internal View

6/8/2021

| Job Opening | Job Description |   1 |

## Job Description

| | |
|---|---|
| **Job Title** | Admissions Recruiter I |
| **Job ID** | 223126 |
| **Location** | Valdosta State University |
| **Full/Part Time** | Full-Time |
| **Regular/Temporary** | Regular |

Return to Previous Page              Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Recruit students and provide assistance and advice in relation to the admissions process.  Visit schools or colleges to make presentations to groups and individuals.

### Responsibilities

#### Typical Allocation of Duties:

**Manage assigned territory - 30%**
Manage an assigned recruitment territory.

**Visit schools and colleges - 30%**
Visit schools and colleges, speak to groups and individual students, and meet with school officials to develop partnerships between the university and other institutions.

**Provide information to families and students - 15%**
Provide information to students and families regarding educational opportunities and options, admission and other requirements, policies and procedures, transfer of credit, and financial assistance, as appropriate.

**Conduct campus tours - 15%**
Conduct campus tours and represents the Admissions Department during Orientation.

**Marketing materials - 10%**
Distribute a range of resource and promotional materials designed for the recruitment and retention of targeted groups.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$32,761

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

Desired start date: February 22, 2021

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

6/8/2021                                         Create New Job Opening

| Job Opening |

Job Description

## Job Description

| | |
|---|---|
| Job Title | Admissions Recruiter I |
| Job ID | 218170 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Recruit students and provide assistance and advice in relation to the admissions process.  Visit schools or colleges to make presentations to groups and individuals.

### Responsibilities

This opportunity is working in the Admissions Department.

**Typical Allocation of Duties:**

**30%    Manage assigned territory**

Manage an assigned recruitment territory

**30%    Visit schools and colleges**

Visit schools and colleges, speak to groups and individual students, and meet with school officials to develop partnerships between the university and other institutions.

**15%    Provide information to families and students**

Provide information to students and families regarding educational opportunities and options, admission and other requirements, policies and procedures, transfer of credit, and financial assistance, as appropriate.

**15%    Conduct campus tours**

Conduct campus tours and represents the Admissions Department during Orientation.

**10%    Marketing materials**

Distribute a range of resource and promotional materials designed for the recruitment and retention of targeted groups.

**Supervisor Expectations for the Position:**

Management of assigned recruitment territory that could consist of portions of Georgia, Alabama, and Florida. Travel to this territory to visit with high schools and technical schools on a consistent basis.

Educate prospective students about opportunities at Valdosta State, while serving as liaison between prospective students and departments on campus.

Conduct campus tours and represents Admissions department during Orientation.

Assists with miscellaneous office duties as needed.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

| Job Opening |

Job Description

## Job Description

| | |
|---|---|
| Job Title | Admissions Recruiter I |
| Job ID | 223075 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Recruit students and provide assistance and advice in relation to the admissions process. Visit schools or colleges to make presentations to groups and individuals.

### Responsibilities

**Typical Allocation of Duties:**

**Manage assigned territory - 30%**
Manage an assigned recruitment territory.

**Visit schools and colleges - 30%**
Visit schools and colleges, speak to groups and individual students, and meet with school officials to develop partnerships between the university and other institutions.

**Provide information to families and students - 15%**
Provide information to students and families regarding educational opportunities and options, admission and other requirements, policies and procedures, transfer of credit, and financial assistance, as appropriate.

**Conduct campus tours - 15%**
Conduct campus tours and represents the Admissions Department during Orientation.

**Marketing materials - 10%**
Distribute a range of resource and promotional materials designed for the recruitment and retention of targeted groups.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$32,761

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

Job Opening                                    Job Description

## Job Description

| | |
|---|---|
| Job Title | Admissions Recruiter I |
| Job ID | 223228 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Recruit students and provide assistance and advice in relation to the admissions process. Visit schools or colleges to make presentations to groups and individuals.

### Responsibilities

**Typical Allocation of Duties:**

**Manage assigned territory - 30%**
Manage an assigned recruitment territory.

**Visit schools and colleges - 30%**
Visit schools and colleges, speak to groups and individual students, and meet with school officials to develop partnerships between the university and other institutions.

**Provide information to families and students - 15%**
Provide information to students and families regarding educational opportunities and options, admission and other requirements, policies and procedures, transfer of credit, and financial assistance, as appropriate.

**Conduct campus tours - 15%**
Conduct campus tours and represents the Admissions Department during Orientation.

**Marketing materials - 10%**
Distribute a range of resource and promotional materials designed for the recruitment and retention of targeted groups.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$32,761

### Conditions of Employment

6/8/2021                                                        Create New Job Opening

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

Desired start date: February 22, 2021

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

Return to Previous Page                        Switch to Internal View

Create New Job Opening

Job Opening

Job Description

## Job Description

| | |
|---|---|
| Job Title | Admissions Recruiter II |
| Job ID | 219579 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Recruit students and provide assistance and advice in relation to the admissions process. Establish and administer programs for targeting, recruitment, and retention of defined groups of students, and visit schools or colleges to make presentations to groups and individuals. Develop associated programs and marketing materials.

### Responsibilities

#### Typical Allocation of Duties:

**Manage assigned territory - 25%**
Manage an assigned recruitment territory

**Visit schools and colleges - 25%**
Visit schools and colleges, speak to groups and individual students, and meet with school officials to develop partnerships between the university and other institutions.

**Provide information to families and students - 15%**
Provide information to students and families regarding educational opportunities and options, admission and other requirements, policies and procedures, transfer of credit, and financial assistance, as appropriate.

**Conduct campus tours - 15%**
Conduct campus tours and represents the Admissions Department during Orientation.

**Trend analysis - 10%**
Analyze trends in student recruitment and retention programs; design and implement recruitment programs for targeted groups of potential students, and develops strategies for program evaluation.

**Marketing materials - 10%**
Create and distribute a range of resource and promotional materials designed for the recruitment and retention of targeted groups.

### Required Qualifications

**Required Experience**
Bachelor's degree and three (3) years of related work experience.

### Proposed Salary

$34,486

## Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

Desired start date: August 10, 2020

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

6/8/2021

Job Opening

Job Description                                                                1

## Job Description

| | |
|---|---|
| Job Title | Admissions Recruiter II |
| Job ID | 225277 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Recruit students and provide assistance and advice in relation to the admissions process. Establish and administer programs for targeting, recruitment, and retention of defined groups of students, and visit schools or colleges to make presentations to groups and individuals. Develop associated programs and marketing materials.

### Responsibilities

This position will be regionally located in the Atlanta area

#### Typical Allocation of Duties:

**Manage assigned territory - 25%**
Manage an assigned recruitment territory

**Visit schools and colleges - 25%**
Visit schools and colleges, speak to groups and individual students, and meet with school officials to develop partnerships between the university and other institutions.

**Provide information to families and students - 15%**
Provide information to students and families regarding educational opportunities and options, admission and other requirements, policies and procedures, transfer of credit, and financial assistance, as appropriate.

**Conduct campus tours - 15%**
Conduct campus tours and represents the Admissions Department during Orientation.

**Trend analysis - 10%**
Analyze trends in student recruitment and retention programs; design and implement recruitment programs for targeted groups of potential students, and develops strategies for program evaluation.

**Marketing materials - 10%**
Create and distribute a range of resource and promotional materials designed for the recruitment and retention of targeted groups.

### Required Qualifications

**Required Experience**
Bachelor's degree and three (3) years of related work experience.

### Proposed Salary

$34,496

$54,400

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

Job Opening                          Job Description

## Job Description

| | |
|---|---|
| Job Title | Associate Vice President (Student Success) |
| Job ID | 220599 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Administer and oversee a major division of the university in order to manage one of the university's major functions. Report to the President or Vice President, may serve on the President's cabinet, and assists with major decisions effecting the university as a whole.

### Responsibilities

#### Typical Allocation of Duties:

**Develop and implement goals, policies, and procedures - 25%**
Direct and implement goals, strategies, policies, processes, and procedures to ensure the efficient and effective operation of a major division of the university and contribute to the success of university-wide plans and goals.

**Provide leadership - 20%**
Provide strategic leadership for all operational areas of the division.

**Manage personnel - 20%**
Direct and oversee the work of division managers and directors. Make major personnel decisions, including decisions related to hiring and promotion.

**University representative - 15%**
Represent the university and the division to internal and external groups and individuals.

**Manage budget - 10%**
Manage the division budget.

**Participate in university decision-making - 10%**
May serve on the President's cabinet in order to represent a major division of the university, provide information and advice, and participate in university decision-making processes.

### Required Qualifications

**Required Experience**
Master's degree in a specified field and ten years (10) years of work experience in a related field is required which at least seven (7) years must have been in a supervisory role. Terminal degree and/or professional licensure, certification, and/or designation may be required in some areas.

### Proposed Salary

$133,164

## Conditions of Employment



Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

6/8/2021                                               Create New Job Opening

| Job Opening |

Job Description

## Job Description

| | |
|---|---|
| Job Title | Communications Specialist (Admissions) |
| Job ID | 220490 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Perform specialized duties in support of public relations, marketing, and other communication functions to ensure the communication of the university's messages to a variety of audiences.

### Responsibilities

The Office of Admissions' mission is to inform, recruit, and admit a qualified and diverse student population which includes traditional, non-traditional, multicultural, and academically talented students. It strives to provide student centered service in all contacts with prospective, current, and former students. These goals are accomplished by working closely with high schools, two-year colleges, other four-year institutions, and community leaders. The primary focus is in the state of Georgia and all of the states that border it, nationally, and globally. The goal is to have Valdosta State University recognized as an outstanding destination institution to acquire a quality education. The Office of Admissions is also responsible for processing applications and determining residency in accordance with the policies set forth by the Board of Regents.

#### Typical Allocation of Duties:

**Produce written content - 50%**
Produce a variety of written content for the university's print and digital publications, marketing materials, websites, and social media.

**Proof materials - 20%**
Proof, edit, and improve submitted content from university departments.

**Social media - 20%**
Develop strategies and content for the university's social media platforms.

**Special communications - 10%**
Complete special communication/marketing projects as assigned.

### Supervisor Expectations

- Maintain, manage, and execute the multi-channel communication plans that the Office of Admissions uses to engage with prospective students, parents, and school counselors. The communication plan is complex and utilizes print, video, email, web, and text messaging.
- Collaborate with other departments such as Creative Services, Financial Aid, Advising, Honors College, Housing & Residence Life, and Auxiliary Services to assist with communicating imperative steps to enrolling.
- Oversee a Customer Relationship Management System (CRM) which includes a volume of contacts that exceeds 400,000 at various stages in processes.
- Work with the Information Technology Division to ensure the information needed to execute the communication plan and be certain the proper message goes to the correct population without error.
  - Related to the CRM system, the position will be required to train staff members within the Office of Admissions to use the system on their own to communicate with prospective students, parents, and counselors.

### Required Qualifications

<u>**Required Experience**</u>
Bachelor's degree and one (1) year of related work experience.

**Proposed Salary**

$38,667

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                      Switch to Internal View

6/8/2021                                           Create New Job Opening

| Job Opening |                              Job Description

## Job Description

|  |  |
| --- | --- |
| Job Title | Communications Specialist (Student Success) |
| Job ID | 220416 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Perform specialized duties in support of public relations, marketing, and other communication functions to ensure the communication of the university's messages to a variety of audiences.

### Responsibilities

**Typical Allocation of Duties:**

**Produce written content - 50%**
Produce a variety of written content for the university's print and digital publications, marketing materials, websites, and social media.

**Proof materials - 20%**
Proof, edit, and improve submitted content from university departments.

**Social media - 20%**
Develop strategies and content for the university's social media platforms.

**Special communications - 10%**
Complete special communication/marketing projects as assigned.

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$38,667

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free

https://core.hprod.onehcm.usg.edu/psp/hprodsso_1/EMPLOYEE/HRMS/c/HRS_HRPM.HRS_JOB_OPENING.GBL?HRS_JOB_OPENING_ID=220490    1/2

6/8/2021

Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

Return to Previous Page                    Switch to Internal View

6/8/2021                                                                                                Create New Job Opening

[ Job Opening ]                                                Job Description

## Job Description

Job Title    Director (Strategic Communications)

Job ID    218196

Location    Valdosta State University

Full/Part Time    Full-Time

Regular/Temporary    Regular

Return to Previous Page                    Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Department Information

The Office of Communications and Marketing is the central marketing and communication team for the Valdosta State University. The team's focus is on building awareness, increasing visibility, and enhancing support and affinity for the institution, using the functions and resources of creative and technical talent to support communications/PR, digital marketing, traditional marketing/advertising, social media, web design, and related functions.

### Job Summary

This position provides direction and management oversight to one or more departments or units. Plan, direct, and coordinate operational activities.

### Responsibilities

6/8/2021                                                     Create New Job Opening

| Job Opening |                              Job Description

## Job Description

| | |
|---|---|
| Job Title | Financial Aid Assistant I |
| Job ID | 218398 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                     Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Provide customer service and document processing support for the financial aid process.

### Responsibilities

This position will assist students and their families in person or through telephone contact with the financial aid process. This position may also prepare mail-outs, duplicate forms, or other clerical duties to support the mission of the Office of Financial Aid.

#### Typical Allocation of Duties:

**Analyze and process documents - 25%**
Analyze and process financial aid documents and maintains related files.

**Provide information and assistance - 25%**
Assist financial aid applicants by providing accurate information, appropriate materials, and procedural instructions for completing the FAFSA and completing scholarship, grant, and loan applications.

**Maintain files - 20%**
Maintain student financial aid application files and reviews for completeness

**Finalize applications - 15%**
Finalize completed applications for the awards process. Scans and indexes documents.

**Student Communication - 15%**
Communicate with students in person, by email letter, and by telephone to advise of financial aid status and provide information and assistance.

#### Supervisor Expectations:

Employees are required to develop a broad depth of knowledge through provided training of the financial aid process and policies. All employees are expected to be able to receive and give verbal and written instructions and be accurate in the dissemination of information to our customers while maintaining a calm and professional demeanor.

### Required Qualifications

**Required Experience**
High School Diploma and one (1) year of related work experience.

### Proposed Salary

$31,183

## Conditions of Employment



Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

Desired start date: 4/6/2020

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

## Special Applicant Instructions

Required attachments

- Transcripts
- List of three references

Return to Previous Page                Switch to Internal View

| Job Opening |                    Job Description

## Job Description

| | |
|---|---|
| Job Title | Financial Aid Assistant II |
| Job ID | 219560 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to External View

### Job Summary

Provide customer service and document processing support for the financial aid process. Resolve more difficult financial aid and customer service issues.

### Responsibilities

This opportunity is working within the Financial Aid Department. The Financial Aid Department includes staff that assist students and families with completing the financial aid process, as well as the Veterans Affairs education benefit process. The Financial Aid Assistant II position will specialize in the processing of Veterans Affairs Education benefits, to include compliance with all standards outlined by the Veterans Affairs Administration. This includes providing detailed guidance to students and families regarding eligibility of these benefits and how to apply. This further includes timely and accurate processing of enrollment certification to the Department of Veterans Affairs, which includes evaluation of coursework being taken each semester, number of hours enrolled in, charges being assessed, and several other critical enrollment factors. The Financial Aid Assist II will also assist with other functions of the Financial Aid Office, to include assistance with the processing of FAFSA verification documents, supporting recruitment events, assisting with New Student Orientations, answering phone calls that come to the main Financial Aid Office phone line, and assist with the overflow of walk-ins in the Office of Financial Aid. Overall, the ideal candidate for this position will have vast knowledge of Title IV Financial Aid funding and also Veterans' Affairs Education benefits. A minimum of 3 years of general financial aid office experience, as well as 1 year of experience in processing Veterans Education Benefits are required.

#### Typical Allocation of Duties:

**Analyze and process documents - 25%**
Analyze and process financial aid documents and maintains related files.

**Resolve problems - 15%**
Resolve more complex financial aid and customer service issues.

**Finalize applications - 15%**
Finalize completed applications for the awards process. Scans and indexes documents.

**Maintain files - 20%**
Maintain student financial aid application files and reviews for completeness.

**Provide information and assistance - 25%**
Assist financial aid applicants by providing accurate information, appropriate materials, and procedural instructions for completing the FAFSA and completing scholarship, grant, and loan applications. Resolve more difficult financial aid and customer service issues.

#### Supervisor Expectations:

- Utilize the VA ONCE system to report enrollment information to the Department of Veterans Affairs.
- Collaborate with the Veterans Affairs Coordinator, to ensure accurate and timely submission of Veterans Affairs Education benefits.
- Resolve conflicts that may occur with billing charges and expected Veterans Education Benefit payments, by collaborating with the VSU Bursary staff.
- Resolve conflicts that may occur with coursework/enrollment data and degree program requirements, by collaborating with the VSU Advising Staff.
- Utilize the Banner system to determine charges, class schedule, academic standing, financial aid status, and other critical aspects of a student account.
- Utilize the Degree Works system, to confirm coursework is required for the current degree of study.
- Utilize the Campus Logic system, to review information in regards to; Semester Checklist documents, FAFSA verification documents, information about appeals, and others.
- Assist with the processing of federal verification documents, in the Document Review Workflow of the Campus Logic system.
- Maintain and organize veteran benefit-related files, to ensure confidentiality compliance.
- All other duties assigned.

### Required Qualifications

**Required Experience**
High School Diploma and three (3) years of related work experience.

**Proposed Salary**

$32,738

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to External View

| Job Opening | | Job Description |

## Job Description

| | |
|---|---|
| Job Title | Financial Aid Counselor I |
| Job ID | 227266 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page                    Switch to External View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Provide financial aid counseling services to students and parents.

### Responsibilities

This position reports to the Associate Director of Financial Aid.

#### Typical Allocation of Duties:

**Administration - 25%**
Assist in the administration of the financial aid program.

**Provide counseling and assistance - 25%**
Provide counseling and assistance to students and parents during the financial aid process.

**Award funds - 20%**
Make decisions to award funds to students eligible for scholarships, grants, and college work-study. Processes, certifies, and originates loans.

**Audit and reconciles - 15%**
Audit and reconcile financial aid and packages financial aid awards and loans.

**Student Communication - 15%**
Communicate with students in person, by email letter, and by telephone to advise of financial aid status and provide information and assistance.

#### Supervisor Expectations:

•Counsel and advise students and parents about financial aid eligibility
•Evaluate student financial aid applications
•Conduct verification
•Occasionally provide front line customer service for the Financial Aid Office
•Operate Campus Logic and BANNER systems
•Run disbursement functions
•Participate at recruiting events

### Required Qualifications

**Required Experience**
Bachelor's degree and one (1) year of related work experience.

### Proposed Salary

$34,790

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

Desired effective date: July 11, 2021

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to External View

Job Opening                                    Job Description

## Job Description

| | |
|---|---|
| Job Title | Financial Aid Counselor II |
| Job ID | 219029 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page              Switch to External View

### Job Summary

Administers and provides counseling and other financial aid services to students and parents.

### Responsibilities

The Financial Aid Counselor II works with the Assistant Director of Financial Aid to administer the Federal Work Study program and Institutional, State and other Scholarship programs.

**Typical Allocation of Duties:**

**Administer assigned financial aid programs and/or services - 35%**
Administer federal Work Study and other financial aid programs, as assigned.

**Provide counseling and assistance - 25%**
Provide counseling and assistance to students and parents during the financial aid process.

**Award funds - 20%**
Make decisions to award funds to students eligible for scholarships, grants, and college work-study.

**Audit and reconciles - 10%**
Audit and reconcile financial aid and packages financial aid awards.

**Student Communication - 10%**
Communicate with students in person, by email letter, and by telephone to advise of financial aid status and provide information and assistance.

### Required Qualifications

**Required Experience**
Bachelor's degree and three (3) years of related work experience.

### Proposed Salary

$36,621

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

### Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to External View

6/8/2021

Create New Job Opening

Job Opening

Job Description

## Job Description

| | |
|---|---|
| Job Title | Financial Aid Counselor II |
| Job ID | 219572 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular |

Return to Previous Page

Switch to External View

### Job Summary

Administers and provides counseling and other financial aid services to students and parents.

### Responsibilities

This opportunity is working within the Financial Aid Department. The Financial Aid Department includes staff that assist students and families with completing the financial aid process, as well as the Veterans Affairs education benefit process. The Financial Aid Counselor II position will specialize in the processing of federal verification files, to include training of the Financial Aid Counselor I position that will also specialize in the processing of federal verification files. This position will also serve on the Office of Financial Aid Appeals Committee, to include decision making responsibilities for appeals relating to Satisfactory Academic Progress and Professional Judgements (Dependency Override and Family Contribution appeals). The Financial Aid Counselor II will also assist with other functions of the financial aid office, to include supporting recruitment events, assisting with New Student Orientations, answering phone calls that come to the main Financial Aid Office phone line, and assisting with customer walk-ins as needed.

Overall, the ideal candidate for this position will have vast knowledge of; Title IV Financial Aid funding, compliance standards required for FAFSA verification, resolution of technical issues related to FAFSA files, and accurate and timely awarding of appropriate federal and state aid funds. A minimum of three years of related financial aid experience and a Bachelor's degree in a related field, are required. Experience with FAFSA verification is preferred, especially with the processing of verification files in the Campus Logic system.

### Typical Allocation of Duties

#### Administer assigned financial aid programs and/or services - 35%
Administer federal Work Study and other financial aid programs, as assigned.

#### Provide counseling and assistance - 25%
Provide counseling and assistance to students and parents during the financial aid process.

#### Award funds - 20%
Make decisions to award funds to students eligible for scholarships, grants, and college work-study.

#### Audit and reconciles - 10%
Audit and reconcile financial aid and packages financial aid awards.

#### Student Communication - 10%
Communicate with students in person, by email letter, and by telephone to advise of financial aid status and provide information and assistance.

### Supervisor Expectations:

- Assist with the administration of the financial aid program.
- Provide counseling and assistance to students and parents during the financial aid process.
- Evaluate federal aid files, to determine the accurate amount of financial aid awards to students.
- Render approval and denial decisions for Family Contribution Appeals and Dependency Override Appeals.
- Render approval decisions for Satisfactory Academic Progress appeals.
- Collaborate with the Associate Director of Financial Aid, regarding Satisfactory Academic Progress appeals that may be recommended for denial.
- Utilize the Campus Logic system, to review information regarding; FAFSA verification files, Satisfactory Academic Progress Appeals, Family Contribution Appeals, Dependency Override Appeals, and report functions.
- Utilize the Banner system, to ensure accurate awarding of financial aid funds and to review all other aspects of student records.
- Utilize federal databases (NSLDS, FAA/CPS, and COD) to evaluate and update federal financial aid records.
- Collaborate with the Financial Aid Counselor I and Financial Aid Assistant I representatives, to ensure accurate and timely submission of Federal Verification documents and files.
- Provide training and expert guidance to the Financial Aid Counselor I representative.

### Required Qualifications

#### Required Experience
Bachelor's degree and three (3) years of related work experience.

**Proposed Salary**

$36,621

**Conditions of Employment**

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Background Check**

- Position of Trust + Credit

Return to Previous Page                    Switch to External View

Job Opening                                    Job Description

# Job Description

Job Title    Student Serv Coordinator (University Advising & Student Transition)
Job ID       222117
Location     Valdosta State University
Full/Part Time    Full-Time
Regular/Temporary    Regular

Return to Previous Page                    Switch to External View

## Job Summary

Provide administrative support for the coordination of an assigned student services function (i.e., registrar, student records, admissions, residence life, financial aid).

## Responsibilities

### Typical Allocation of Duties:

**Student/customer service - 40%**
Assist students, prospective students, parents, alumni, and others. Provide information and assistance and resolve problems.

**Receive, process, maintain, and update records, applications, and/or payments - 40%**
Receive, record, process, review, and/or audit a variety of records, forms, applications, payments, and/or reports. Update databases, customer accounts, etc.

**Prepare reports - 10%**
Prepare a variety of regular and special reports related to assigned student service function.

**Coordinate special projects - 5%**
Coordinate and oversee special projects, functions, and services as assigned.

**Maintain compliance - 5%**
Ensure compliance with FERPA and other state, federal, and university regulations.

## Required Qualifications

**Required Experience**
Bachelor's degree and one (1) years of related work experience.

## Proposed Salary

$33,977

## Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

Return to Previous Page                    Switch to External View

Case 7:21-cv-00062-WLS     Document 34-14     Filed 05/12/22     Page 49 of 52

| Job Opening |
|---|

Job Description

## Job Description

| | |
|---|---|
| Job Title | Temporary Office Clerical FT (Financial Aid) |
| Job ID | 218354 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Temporary |

Return to Previous Page            Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Provide office and clerical support to a department or unit.

### Responsibilities

This opportunity will be working within the Office of Financial Aid. The candidate will assist students and their families in person or through telephone with the financial aid process. The position may also prepare mail-outs, duplicate forms, and assist with other clerical duties to support the staff and mission of the Office of Financial Aid.

**Typical Allocation of Duties:**

**Administrative support and clerical duties - 60%**
Perform a variety of administrative and clerical duties, which may include correspondence, filing, scheduling, mail distribution, answering phones, and organizing mail.

**Point of contact - 30%**
Acts as a point of contact to other departments, students, faculty, customers, and outside agencies/vendors on behalf of department.

**Manipulate and prepare data - 10%**
Manipulate and prepare data and other information, databases, or reports using a computer.

**Supervisor expectations**

Employees are required to develop a broad depth of knowledge, through provided training of the financial aid process and policies. All employees are expected to be able to receive and give verbal and written instructions and be accurate in the dissemination of information to our customers, while maintaining a calm and professional demeanor.

### Required Qualifications

**Required Experience**
High school diploma and one (1) year of related work experience.

### Proposed Salary

$10/hr

## Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

Desired start date: 3/23/2020

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check

- Position of Trust + Credit

## Special Applicant Instructions

Required attachments

- Transcripts
- List of three references

Return to Previous Page                    Switch to Internal View

Job Opening     Job Description

## Job Description

| | |
|---|---|
| Job Title | Temporary Office Clerical FT (Financial Aid) |
| Job ID | 224418 |
| Location | Valdosta State University |
| Full/Part Time | Full-Time |
| Regular/Temporary | Temporary |

Return to Previous Page          Switch to Internal View

### About Us

As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

### Job Summary

Provide office and clerical support to a department or unit.

### Responsibilities

The Office of Financial Aid provides assistance to students and their families with the financial aid application process. Our goal is to provide the maximum financial aid students are eligible to receive. The incumbents in this position is expected to provide the highest level of customer service to students and their families through telephone or in-person contact.

**Typical Allocation of Duties:**

**Administrative support and clerical du ties - 60%**
Perform a variety of administrative and clerical duties, which may include correspondence, filing, scheduling, mail distribution, answering phones, and organizing mail.

**Point of contact - 30%**
Acts as a point of contact to other departments, students, faculty, customers, and outside agencies/vendors on behalf of department.

**Manipulate and prepare data - 10%**
Manipulate and prepare data and other information, databases, or reports using a computer.

### Required Qualifications

**Required Experience**
High school diploma and one (1) year of related work experience.

### Proposed Salary

$11/hr

### Conditions of Employment

Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).

Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics

Create New Job Opening

Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

**Equal Employment Opportunity**

Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

**Other Information**

Desired start date: March 22, 2021

VSU reserves the right to:

- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

**Background Check**

- Position of Trust + Credit

Return to Previous Page          Switch to Internal View