

**University System of Georgia**
Creating A More Educated Georgia

# USG ADVANCED SALARY INCREASE CERTIFICAITON

Date: September 30, 2020

To: Jeanine Boddie-Lavan, Human Resources Director
Valdosta State University

From: Dr. Juanita Hicks, Vice Chancellor of Human Resources

The USG Office of Human Resources has received your request for approval of the Advanced Salary Increase for the employee listed below. Based on the information provided in the request documentation, the adjustments to the employee's compensation is consistent with the approved institutional compensation plan, policy guidelines and salary administration best practices and will be funded within existing institutional budgets.

The following section provides the status of the advanced salary increase request(s) as determined by the Chancellor. In accordance with Board Policy, the decision shall be final and may not be appealed. Please notify our office of any changes to the request as submitted.

| Employee Name | Current Job Title | Proposed Job Title | Current Salary | Requested Salary | Reason for Increase | FY Cumulative Increase to Base Salary | USG Decision |
|---|---|---|---|---|---|---|---|
| Rodney Carr | Chief Student Success Officer | Chief Student Success Officer | $167,888 | $196,000 | Additional Duties Assigned. Two jobs combined | 17% | ☒ Approved ☐ Adjusted ☐ Denied |

Please notify our office of any changes to the request as submitted. Should you have any questions or need additional information, you may contact me via email at Juanita.Hicks@usg.edu or Sherma Francis on my staff at Sherma.Francis@usg.edu .

KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
**CARR - 15**


PLAINTIFF'S EXHIBIT
15