# Hiring Checklist

| Name | SSN | Empl ID# | Pay Group |
|---|---|---|---|
| Robert Freidhoff | ▓▓▓▓ | ▓▓▓▓ | 51A |
| **Position Number** | **Date of Hire** | **VSU ID Number** | **D.O.B.** |
| 10009035 | 1/1/18 | ▓▓▓▓ | ▓▓79 |
| **Position Title** | **Department** | **Vac.** | **Time Rec.** |
| Executive Director of Advising | VP Student Success | 10 hrs. | Elapsed Time |
| **Supervisor** | **Time Approver** | **Job Code** | **Salary** |
| Rodney Carr | Same | 193J04 | $105,000.00 |

| Empl. Type | HR Spec. | Document/Action | 2nd Rev. | Notes |
|---|---|---|---|---|
| Sta/Fac | SU | Offer Letter ✓  Contract___  PT Agreement___  Appt Ltr___ | | |
| All | SL | Background check completed: 11-10-17 | | |
| All | SU | ☑ Hiring Proposal   ☐ Application   ☑ Job Posting | | |
| All | ndC | Personnel Data Sheet | | |
| All | ndC | ☐ Drug  ☑ IT  ☑ SQ  ☑ WComp  ☑ R2K | | |
| Sta | ndC | Handbook Acknowledgment | | |
| Sta/Fac | ndC | Georgia Defined Application | | |
| Sta/Fac | ndC | ACA Acknowledgement | | |
| All | ndC | ☐ Direct Deposit Form   ☐ W-4   ☐ G-4 | | |
| Sta/Fac | ndC | Banner Form | | |
| Sta/Fac | ndC | Official Transcripts | | |
| Sta/Fac | ndC | TRS/ERS Waiver___   Enter GA Defined Enrollment___ | | |
| | ndC | ☐ From I-9 (certified)   ☐ E-Verification Approval | | |
| All | | Enter Int'l in Glacier | | |
| All | ndC | Enter Name/ D.O.B./ Gender/ Marital Status/ SSN | | |
| All | | Enter Address/Phone#/ VSU Email Address | | |
| All | | Enter Ethnic Group/ Citizenship/Military Status/Smoker | | |
| All | | Add Reason Code and Position Number | | |
| All | | Verify Accurate "Reports To" | | |
| All | | Enter Pay Group/Employee Type/Tax Loc./Holiday/FICA | | |
| All | | Enter Rate Code/Comp Rate | | |
| All | | Enter Annual Benefits Base Rate | | |
| All | | Enter ID Information | | |
| Fac | | Check Tenure Calc Box | | |
| **Payroll and Employee Communication** | | | | |
| All | ndC | FICA Status: ☐ Exempt ☒ Subject ☐ Medicare Only | | |
| All | ndC | State of Residency: ☒ Georgia ☐ Other_____ | | |
| All | ndC | Send OneUSG Registration *(include Dept. and Stakeholders)* | | |
| **Notes** | | | | |

ndoney 1/8/18 _____    _____  _____
HR Spec.        Date        2nd Reviewer        Date        Dir. Review (Changes Made)        Date

Key

| Sta-Staff | Fac-Faculty | GA-Graduate Assistants Only | Stu- All Student Positions | NR- Not Required for the pos/emp. |
|---|---|---|---|---|

KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
**CARR - 16**

PLAINTIFF'S EXHIBIT
16
tabbies



10 November 2017

Robert Freidhoff
9357 Gross Rd.
Dexter, MI 48130

Mr. Freidhoff:

Valdosta State University is pleased to offer you the following position:

| | |
|---|---|
| **Title:** | **Executive Director of Advising** |
| **Department:** | **VP Student Success** |
| **FTE:** | **1.0** |
| **Salary:** | **$105,000.00** |
| **Effective Date:** | **01/1/2018** |

Your duties are outlined in the attached job description. In addition to your compensation, you are eligible to receive benefits normally available to full-time employees in accordance with the University's established policies. If you have any questions about your benefits, please contact Regina Lee at 229-333-5709.

This offer is contingent upon the following: (1) verification of your employment eligibility under the terms of the Immigration Reform and Control Act of 1986 as amended, (2) if warranted per your position, verification of your educational standing, and (3) completion of a background investigation including a criminal background check demonstrating your eligibility for employment with Valdosta State University, as determined by Valdosta State University in its sole discretion, confirmation of the credentials and employment history reflected in your application materials and, if applicable, a satisfactory credit check.

Please note, your first six months of employment will be considered probationary and will be followed by a performance evaluation. Assuming a favorable review from your supervisor at the end of this period, you will be placed on regular status. Also, be advised that the Board of Regents has authorized that each president has the ability to implement a mandatory furlough program requiring employees to take not more than 10 days of unpaid annual leave. Should it become necessary for the president to exercise this authority, employee furloughs will be implemented in accordance with guidelines promulgated by the Office of the Chancellor.

Please indicate your acceptance of the terms of this offer by signing the enclosed copy of this letter and returning a signed copy of the letter to me via email (slamar@valdosta.edu) no later than 11/17/2017 after which time if not signed is considered void. Should you accept the position please proceed to follow the attached background check instructions.

It is my hope that you will accept this offer of employment at the Valdosta State University. We look forward to working with you. If you have any questions regarding this offer, please do not hesitate to the Office of Human Resources at 229-333-5709.

Respectfully,

Denise Bogart
Director of Human Resources

I hereby accept the positon as described in the above letter. My written acceptance of this offer signifies my agreement that no other conditions of employment exists beyond those specially stated in this letter or in approved Valdosta State University of Board of Regents University System of Georgia Policy.

_____          _____
Signature                                          Date

**DEPARTMENT *of* HUMAN RESOURCES & EMPLOYEE DEVELOPMENT**
**PHONE** 229.333.5709• **FAX** 229.259.5030 • **WEB** www.valdosta.edu/hr/ • **ADDRESS** 1500 N. Patterson St. • Valdosta. GA 31698–0000
**LOCATION** University Center, Entrance 5 • 1205 N Patterson St.
*A Comprehensive University of the University System of Georgia and an Equal Opportunity Institution*



6 November 2017

Robert Freidhoff
9357 Gross Rd.
Dexter, MI 48130

Mr. Freidhoff:

Valdosta State University is pleased to offer you the following position:

| Title: | Executive Director of Advising |
|---|---|
| Department: | VP Student Success |
| FTE: | 1.0 |
| Salary: | $105,000.00 |
| Effective Date: | 01/15/2018 |

Your duties are outlined in the attached job description. In addition to your compensation, you are eligible to receive benefits normally available to full-time employees in accordance with the University's established policies. If you have any questions about your benefits, please contact Regina Lee at 229-333-5709.

This offer is contingent upon the following: (1) verification of your employment eligibility under the terms of the Immigration Reform and Control Act of 1986 as amended, (2) if warranted per your position, verification of your educational standing, and (3) completion of a background investigation including a criminal background check demonstrating your eligibility for employment with Valdosta State University, as determined by Valdosta State University in its sole discretion, confirmation of the credentials and employment history reflected in your application materials and, if applicable, a satisfactory credit check.

Please note, your first six months of employment will be considered probationary and will be followed by a performance evaluation. Assuming a favorable review from your supervisor at the end of this period, you will be placed on regular status. Also, be advised that the Board of Regents has authorized that each president has the ability to implement a mandatory furlough program requiring employees to take not more than 10 days of unpaid annual leave. Should it become necessary for the president to exercise this authority, employee furloughs will be implemented in accordance with guidelines promulgated by the Office of the Chancellor.

Please indicate your acceptance of the terms of this offer by signing the enclosed copy of this letter and returning a signed copy of the letter to me via email (slamar@valdosta.edu) no later than 11/17/2017 after which time if not signed is considered void. Should you accept the position please proceed to follow the attached background check instructions.

It is my hope that you will accept this offer of employment at the Valdosta State University. We look forward to working with you. If you have any questions regarding this offer, please do not hesitate to the Office of Human Resources at 229-333-5709.

Respectfully,

*[signature: N Bogart]*

Denise Bogart
Director of Human Resources

I hereby accept the positon as described in the above letter. My written acceptance of this offer signifies my agreement that no other conditions of employment exists beyond those specially stated in this letter or in approved Valdosta State University of Board of Regents University System of Georgia Policy.

_____
Signature

11/8/17
_____
Date

DEPARTMENT of HUMAN RESOURCES & EMPLOYEE DEVELOPMENT
PHONE 229 333 5709• FAX 229 259 5030 • WEB www.valdosta.edu/hr/ • ADDRESS 1500 N Patterson St • Valdosta GA 31698 0035
LOCATION University Center Entrance 5 • 1205 N Patterson St
A Comprehensive University of the University System of Georgia and an Equal Opportunity Institution



**VALDOSTA
STATE**
UNIVERSITY™

6 November 2017

Robert Freidhoff
9357 Gross Rd.
Dexter, MI 48130

Mr. Freidhoff:

Valdosta State University is pleased to offer you the following position:

| | |
|---|---|
| **Title:** | **Executive Director of Advising** |
| **Department:** | **VP Student Success** |
| **FTE:** | **1.0** |
| **Salary:** | **$105,000.00** |
| **Effective Date:** | **01/15/2018** |

Your duties are outlined in the attached job description. In addition to your compensation, you are eligible to receive benefits normally available to full-time employees in accordance with the University's established policies. If you have any questions about your benefits, please contact Regina Lee at 229-333-5709.

This offer is contingent upon the following: (1) verification of your employment eligibility under the terms of the Immigration Reform and Control Act of 1986 as amended, (2) if warranted per your position, verification of your educational standing, and (3) completion of a background investigation including a criminal background check demonstrating your eligibility for employment with Valdosta State University, as determined by Valdosta State University in its sole discretion, confirmation of the credentials and employment history reflected in your application materials and, if applicable, a satisfactory credit check.

Please note, your first six months of employment will be considered probationary and will be followed by a performance evaluation. Assuming a favorable review from your supervisor at the end of this period, you will be placed on regular status. Also, be advised that the Board of Regents has authorized that each president has the ability to implement a mandatory furlough program requiring employees to take not more than 10 days of unpaid annual leave. Should it become necessary for the president to exercise this authority, employee furloughs will be implemented in accordance with guidelines promulgated by the Office of the Chancellor.

Please indicate your acceptance of the terms of this offer by signing the enclosed copy of this letter and returning a signed copy of the letter to me via email (slamar@valdosta.edu) no later than 11/17/2017 after which time if not signed is considered void. Should you accept the position please proceed to follow the attached background check instructions.

It is my hope that you will accept this offer of employment at the Valdosta State University. We look forward to working with you. If you have any questions regarding this offer, please do not hesitate to the Office of Human Resources at 229-333-5709.

Respectfully,

Denise Bogart
Director of Human Resources

---

I hereby accept the positon as described in the above letter. My written acceptance of this offer signifies my agreement that no other conditions of employment exists beyond those specially stated in this letter or in approved Valdosta State University of Board of Regents University System of Georgia Policy.

<br>

| | |
|---|---|
| _____ | _____ |
| Signature | Date |

DEPARTMENT of HUMAN RESOURCES & EMPLOYEE DEVELOPMENT
PHONE  229 333 5709 • FAX  229.259.5030 • WEB  www.valdosta.edu/hr/ • ADDRESS 1500 N Patterson St. • Valdosta, GA 31698–0000
LOCATION University Center, Entrance 5 • 1205 N Patterson St
A Comprehensive University of the University System of Georgia and an Equal Opportunity Institution

June 7, 2019

Robert Freidhoff
Executive Director
University Advising

Dear Robert,

The following information summarizes your Fiscal 2020 annual rate of pay, based on the 2080-hour standard work year. Your hourly rate is the annual value divided by 2080 hours if you are a 12-month employee or 1733 hours if you are a 10-month employee. Only those full-time employees hired before October 1, 2018 were eligible for merit consideration. Proposed merit increases were based on supervisory merit recommendations.

Please note that this memorandum does not constitute a contractual obligation on the part of the institution in that your actual earnings are determined by the hours you work, your sick leave, and your vacation leave to cover absences, etc.

| | | |
|---|---|---|
| FY 2019 Salary | $105,000.00 Annual | $50.48 Hourly |
| Proposed Merit Increase (effective July 1, 2019) | $2,205.00 | 2.10% |
| Faculty Promotion Amount | $- | |
| FY2020 Total Salary @ 1.000 FTE | $107,205.00 Annual | $51.54 Hourly |

Should you have questions or concerns contact your supervisor as soon as possible. In the event of a discrepancy, the approved Fiscal 2018 salary rates will prevail unless it is clear that a data input error has occurred. For those employees in grant funded positions, employment is contingent upon grant renewal. Please note this increase is in accordance with BOR rules and guidelines.

Thank you for your continued contributions to Valdosta State University.

Sincerely,

Jeanine Boddie-LaVan
CHRO/Director

Robert Freidhoff
University Advising
Executive Director

# Faculty and Staff Personnel Action Request (PAR)

JAN 0 9 REC'D

## Employee Information

| Employee Name: Robert Freidhoff | EMPL ID (from 1USG): ▮▮▮▮ | Position Number: ▮▮▮▮ | OR ☑ New Position Needed (Attach Budget Amendment) |
|---|---|---|---|
| Current Classification Title: Exec. Director of Advising | New Classification Title: Interim Assoc. V.P. | Proposed Start Date: 01/20/2020 | Job End Date (if applicable): 7/1/2020 |
| Home Department: Division of Student Success | | Current Compensation: $107,205 | New Compensation: $117,588.00 |
| Reports To: Rodney Carr ▮▮▮▮ | Time Approver: Shauna Branch | Hours Per Week (PT must be 19 hrs. or less, or benefits are offered): 40 | |

### Funding   51|432000 TOP - 40%    51|432000 GOP - 60%

| Dept. Name: | Dept ID: 1430000 | Percent: | Fund: 10500 | Program: 15500 | Class: 11000 | Project: |
|---|---|---|---|---|---|---|
| Dept. Name: | Dept ID: | Percent: | Fund: | Program: | Class: | Project: |

## Employment Type

Check ALL that apply:
- [ ] Vacant Position
- [ ] Faculty  OR  [✓] Staff
- [✓] Full-time  OR  [ ] Part-time

Check ONE:
- [✓] Regular
- [ ] Rehired Retiree
- [ ] Temporary (positions can only work up to 1 year or 1300 hours, then requires a 26 week break in service)
- [ ] Limited Term (staff positions are 1 year or less in duration, renewable only for a second year; faculty may be renewed a third year for a search to be conducted)

## Job Action

Check ALL that apply:
- [ ] New Position  OR  [ ] Rehire
- [ ] Change in funding source
- [ ] Permanent pay change
- [✓] Transfer employee to a different position
- [ ] Transfer Position to a different department
- [✓] Reclassification (on hold until February 2020)
- [ ] Reports to change

## Request to Post Position for Applicants

Proposed posting start date:

- [ ] Standard*  OR  [ ] Open Until Filled

\* Faculty = 30 calendar days
\* Full-time = 10 calendar days
\* Internal only = 5 calendar

**Comments:**
Only the difference in current base salary and new salary is bring funding from this position
60% of current salary is $64,323
40% of Assoc. VP salary is $53,265. New salary is $117,588, increase of $10,383.

| Name of Hiring or Budget Manager | Signature | Date |
|---|---|---|

STOP—Please send to Human Resources for review. HR will route form to Budgets, who will review and route for remaining signatures.

## HR & BUDGET REVIEW—ONLY

| HR Notes: Approved | HR Approval/Date: 1-14-20 |
|---|---|
| Budget Notes: Approved - Interim position has been created. | Budget Approval/Date: 1/14/20 |

When received from the Budget Office, please sign below. Final signatory should return form to HR for processing.

| Name of Dean/Director | Signature | Date |
|---|---|---|
| Name of VP/Provost  Rodney Curr | Signature | Date 1/15/2020 |

## HR & BUDGET ACTION—ONLY

| Jobcode: 145H89 | Regular/Temp: Reg | Pay Group: 51A | Comp Freq: M | Salary Minimum: $117588 | Background Check: | HR Approved Start Date: | Budget Action: | HR Action: |
|---|---|---|---|---|---|---|---|---|

10-14-2019 cbcy

1/15/2020