**Valdosta State University**

**Undergraduate Admissions**

Valdosta State University > Admissions > Undergraduate Admissions > Office of Admissions Staff

# Office of Admissions Staff

## Ryan Hogan
Director
229.333.5791
rmhogan@valdosta.edu

## Lisa Long
Associate Director
229.333.5791
lhlong@valdosta.edu

## Christy Croft
Assistant Director
229.333.5791
lccoley@valdosta.edu

## Alexis Smith
Regional Admissions Counselor
229.333.5577
alexisdasmith@valdosta.edu

## James Sampson
Admissions Counselor
229.412.9486
jtsampson@valdosta.edu

## Jesse D. Taylor
Admissions Counselor
229.412.1089
jessetaylor@valdosta.edu

## Olivia Griffin
Admissions Counselor
229.563.6147



KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
**CARR - 17**



PLAINTIFF'S EXHIBIT
17

ogriffin@valdosta.edu

## Monica Wolfe
Atlanta Regional Admissions Counselor

229.412.8816

mgwolfe@valdosta.edu

## Christine Rice
Regional Admissions Counselor

229.300.7006

chrice@valdosta.edu

## Mary Beth Bennett
Admissions Coordinator

229.333.5791

marybennett@valdosta.edu

## Ingrid Joiner
Admissions Coordinator

229.333.5791

icjoiner@valdosta.edu

## Marie Dison
Admissions Coordinator

229.333.5791

mndison@valdosta.edu

## Tyler Daniels
Admissions Officer

229.333.5791

tedaniels@valdosta.edu

## Linda Murray
Admissions Specialist

229.333.5791

lrmurray@valdosta.edu

## Nancee Storey
Admissions Specialist

229.333.5791

nlstorey@valdosta.edu

## Abbie Hancock

Communications Specialist

229.249.2616

kahancok@valdosta.edu

## Eric Mortimer

Student Assistant

229.333.5791

admissions@valdosta.edu

## Wright Wilson

Student Assistant

229.333.5791

admissions@valdosta.edu

## Kiara Patillo

Student Assistant

229.333.5791

admissions@valdosta.edu

## Justin Carter

Student Assistant

229.333.5791

admissions@valdosta.edu

## Olivia Parsons

Student Assistant

229.333.5791

admissions@valdosta.edu

## Maggie Connolly

Student Assistant

229.333.5791

admissions@valdosta.edu

**Contact Us**

12/26/21, 2:44 PM                                                Office of Admissions Staff - Valdosta State University

Valdosta State University
1500 N. Patterson St.
Valdosta, Georgia 31698

General Information
229-333-5800

© 2018 Valdosta State University - A Comprehensive University of the University System of Georgia