Valdosta State University

Undergraduate Admissions

Valdosta State University  >  Admissions  >  Undergraduate Admissions  >  Meet Your Counselor

# Meet Your Counselor

Our Admissions Counselors are all VSU graduates. They have all been where you are and have asked all the same questions - so don't be afraid to reach out.



Meet Your Counselor | Valdosta State University

YOUR ADMISSIONS COUNSELOR

I am pursuing a(n)

UNDERGRADUATE

degree.

https://www.valdosta.edu/admissions/undergraduate/counselor.php



KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
CARR - 18



PLAINTIFF'S EXHIBIT
18

**SUBMIT**

## THE ADMISSIONS COUNSELORS

### Our Team is Expanding!

Admissions Counselor

229.333.5791

@valdosta.edu

### Dowling Gibson

Jacksonville Regional Admissions Counselor

229.333.5791

dfpayne@valdosta.edu

### Olivia Griffin

Admissions Counselor

229.333.5791

ogriffin@valdosta.edu

### Linda Murray

Admissions Specialist (International & Athletics Liaison)

229.333.5791

lrmurray@valdosta.edu

### Christine Rice

South Florida Regional Admissions Counselor

229.333.5791

chrice@valdosta.edu

### James Sampson

Admissions Counselor

229.333.5791

jtsampson@valdosta.edu

### Alexis Smith

Florida Regional Admissions Counselor

229.333.5791

alexisdasmith@valdosta.edu

## Jesse Taylor

Admissions Counselor

229.333.5791

jessetaylor@valdosta.edu

## Monica Wolfe

Atlanta Regional Admissions Counselor

229.333.5791

mgwolfe@valdosta.edu

- **APPLY NOW**
- **VISIT VSU**
- **V-STATE EXPERIENCE**
- **CONTACT US**

229.333.5791

229.333.5482

**Campus Address**

1413 N. Patterson St.

Valdosta, Georgia 31698 Directions to the Office of Admissions

**Mailing Address**

1500 N. Patterson St.

Valdosta, GA 31698

**Contact Us**
Valdosta State University
1500 N. Patterson St.
Valdosta, Georgia 31698

General Information
229-333-5800

© 2018 Valdosta State University - A Comprehensive University of the University System of Georgia