



KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
**CARR - 19**

PLAINTIFF'S EXHIBIT
19



