# University System of Georgia
# Freshman Admission Requirements



*Staying on Course: The Required High School Curriculum*

The Required High School Curriculum (RHSC) is the cornerstone of the University System of Georgia (USG) admission policy. This document reflects the minimum high school RHSC unit requirements for each of the academic subject areas. Students should pursue a challenging and rigorous high school curriculum to be best prepared for a successful college experience and should consult with their high school counselor to determine appropriate courses.

The course titles and numbers used in this document reflect those utilized by the Georgia Department of Education. Consideration is also given to similar courses for students attending private or out-of-state high schools. In addition to the courses listed on this document, other Advanced Placement (AP) and International Baccalaureate (IB) courses, as well as degree-level courses completed through Dual Enrollment, may be considered.

In addition to these requirements, freshman applicants must meet the high school GPA and test score requirements, if applicable, for the college or university they are applying to attend. Students are encouraged to contact the Admission Office of their USG college or university of interest to learn more about requirements, necessary documentation, and deadlines.

| CARNEGIE UNIT REQUIREMENTS | |
|---|---|
| UNITS | DESCRIPTION |
| 4 Carnegie units of college preparatory English | Literature (American, English, World) integrated with grammar, usage and advanced composition skills<br>*View the courses that satisfy the English area of the RHSC.* |
| 4 Carnegie units of college preparatory mathematics | Algebra I/Coordinate Algebra, Geometry/Analytic Geometry, Algebra II/Advanced Algebra, and a 4th unit of advanced math, or equivalent courses<br>*View the courses that satisfy the mathematics area of the RHSC.* |
| 4 Carnegie units of college preparatory science | The 4 science units should include two courses with a laboratory component. Georgia public high school students should have at least one unit of biology, one unit of physical science or physics, one unit of chemistry, earth systems, environmental science, or an advanced placement course, and a 4th science.<br>*View the courses that satisfy the science area of the RHSC.* |
| 3 Carnegie units of college preparatory social science | Must include one unit focusing on U.S. studies and one unit focusing on world studies.<br>*View the courses that satisfy the social science area of the RHSC.* |
| 2 Carnegie units of the same foreign language<br>**OR**<br>2 units of American Sign Language **OR**<br>2 units of computer science[2] | The 2 units of the same foreign language must have an emphasis on speaking, listening, reading and writing. The 2 units of computer science must have a coding and programming emphasis.<br>*View the courses that satisfy the foreign language/American Sign Language/Computer Science area of the RHSC.* |

Rev. 03/30/21 – SA/SW

KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
**CARR - 21**

PLAINTIFF'S EXHIBIT
21
tabbies



1 | P a g e

## COURSES THAT SATISFY THE ENGLISH REQUIREMENT

| | | | |
|---|---|---|---|
| 23.03400 | Advanced Composition | 23.06300 | World Literature/Composition |
| 23.03800 | AP Seminar, ELA | 23.06400 | Literary Types/Composition |
| 23.04300 | AP Language/Composition | 23.06500 | AP English Literature & Composition |
| 23.05100 | American Literature/Composition | 23.06600 | Contemporary Literature/Composition |
| 23.05200 | British Literature/Composition | 23.06700 | Multicultural Literature/Composition |
| 23.05300 | AP English Language & Composition/American Literature | 23.06800 | IB English A Literature (SL or HL), Year One |
| | | 23.06900 | IB English A Literature (SL or HL), Year Two |
| 23.06100 | Ninth Grade Literature & Composition | 52.09200 | Dramatic Writing (Film, Television, & Theatre I) |
| 23.06120 | IB English B (SL or HL), Year One | | |
| 23.06130 | IB English B (SL or HL), Year Two | | |
| 23.06200 | Tenth Grade Literature & Composition | | |

## COURSES THAT SATISFY THE MATHEMATICS REQUIREMENT

| | | | |
|---|---|---|---|
| 27.05220 | IB Mathematical Studies, Year One | 27.07500 | Differential Equations |
| 27.05240 | IB Mathematical Studies, Year Two | 27.07700 | Multivariable Calculus |
| 27.05310 | IB Mathematics: Analysis & Approaches SL, Year One | 27.07800 | Calculus |
| 27.05320 | IB Mathematics: Analysis & Approaches SL, Year Two | 27.07910 | Advanced Finite Mathematics |
| | | 27.08000 | Engineering Calculus |
| 27.05330 | IB Mathematics: Analysis & Approaches HL, Year One | 27.08500 | Advanced Mathematical Decision Making* |
| 27.05340 | IB Mathematics: Analysis & Approaches HL, Year Two | 27.08600 | Mathematics of Industry & Government* |
| | | 27.08800 | Statistical Reasoning* |
| 27.05350 | IB Mathematics: Applications & Interpretation SL, Year One | 27.08900 | College Readiness Mathematics* |
| | | 27.09710 | CCGPS/GSE Coordinate Algebra |
| 27.05360 | IB Mathematics: Applications & Interpretation SL, Year Two | 27.09720 | CCGPS/GSE Analytic Geometry |
| | | 27.09730 | CCGPS/GSE Advanced Algebra |
| 27.05370 | IB Mathematics: Applications & Interpretation HL, Year One | 27.09740 | CCGPS/GSE Pre-Calculus |
| | | 27.09750 | Accelerated CCGPS/GSE Coordinate Algebra/Analytic Geometry A |
| 27.05380 | IB Mathematics: Applications & Interpretation HL, Year Two | 27.09760 | Accelerated CCGPS/GSE Analytic Geometry B/Advanced Algebra |
| 27.07200 | AP Calculus AB | 27.09770 | Accelerated CCGPS/GSE Pre-Calculus |
| 27.07300 | AP Calculus BC | 27.09900 | GSE Algebra I |
| 27.07400 | AP Statistics | 27.09910 | GSE Geometry |
| | | 27.09920 | GSE Algebra II |
| | | 27.09940 | GSE Accelerated Algebra I/Geometry A |
| | | 27.09950 | GSE Accelerated Geometry B/Algebra II |

*Course may not prepare students for admission to the USG institutions with selective admissions (such as the Georgia Institute of Technology and the University of Georgia) and are not appropriate for students planning to enter into a STEM major. Students planning to major in a STEM field should enter college qualified to place in the appropriate entry-level math for their discipline. Students planning to major in engineering or to attend Georgia Tech should be prepared to start in Calculus. Students in other STEM fields should be prepared to start in Pre-Calculus. Students planning to major in business may need to be ready to start in College Algebra. STEM students who are not automatically placed in these courses should request assessment to see whether they qualify for placement in these courses. Students who arrive not prepared for the entry-level courses in their fields will take extra time to earn degrees. Learn more about the USG mathematics pathways, including why you should take math in college and what courses you should take.

## COURSES THAT SATISFY THE SCIENCE REQUIREMENT

### ACADEMIC COURSES

| Code | Course |
|---|---|
| 26.01200 | Biology I |
| 26.01300 | Biology II |
| 26.01400 | AP Biology |
| 26.01500 | Genetics |
| 26.01800 | IB Biology (SL or HL), Year One |
| 26.01900 | IB Biology (SL or HL), Year Two |
| 26.02000 | IB Sports, Exercise & Health Science (SL or HL), Year One |
| 26.02100 | IB Sports, Exercise & Health Science (SL or HL), Year Two |
| 26.03100 | Botany |
| 26.05100 | Microbiology |
| 26.06100 | Ecology |
| 26.06110 | Environmental Science |
| 26.06200 | AP Environmental Science |
| 26.06300 | IB Environmental Systems (SL), Year One |
| 26.06310 | IB Environmental Systems (SL), Year Two |
| 26.06400 | Advanced Genetics/DNA Research |
| 26.06500 | Epidemiology |
| 26.07100 | Zoology |
| 26.07200 | Entomology |
| 26.07300 | Human Anatomy/Physiology |
| 40.01100 | Physical Science |
| 40.02100 | Astronomy |
| 40.04100 | Meteorology |
| 40.05100 | Chemistry I |
| 40.05200 | Chemistry II |
| 40.05300 | AP Chemistry |
| 40.05500 | IB Chemistry (SL or HL), Year One |
| 40.05600 | IB Chemistry (SL or HL), Year Two |
| 40.05700 | Organic Chemistry |
| 40.05800 | Biochemistry |
| 40.05900 | Materials Chemistry |
| 40.06300 | Geology |
| 40.06400 | Earth Systems |
| 40.07100 | Oceanography |
| 40.08100 | Physics I |
| 40.08200 | Physics II |
| 40.08310 | AP Physics I |
| 40.08320 | AP Physics II |
| 40.08410 | AP Physics C: Mechanics |
| 40.08420 | AP Physics C: Electricity & Magnetism |
| 40.08500 | IB Physics (SL or HL), Year One |
| 40.08600 | IB Physics (SL or HL), Year Two |
| 40.08700 | Environmental Physics |
| 40.08800 | Special Topics in Modern Physics |
| 40.08900 | Advanced Physics Principles/Robotics |
| 40.09100 | Advanced Scientific Internship |
| 40.09230 | Scientific Research III |
| 40.09240 | Scientific Research IV |
| 40.09300 | Forensic Science |
| 40.09400 | Chemical & Material Science Engineering |
| 40.09500 | IB Design Technology (SL or HL), Year One |
| 40.09600 | IB Design Technology (SL or HL), Year Two |
| 40.09700 | IB Marine Science (SL), Year One |
| 40.09710 | IB Marine Science (SL), Year Two |

### CTAE COURSES

| Code | Course |
|---|---|
| 01.46100 | General Horticulture and Plant Science |
| 02.42100 | Animal Science Technology/Biotechnology |
| 02.44100 | Plant Science and Biotechnology |
| 03.41100 | Natural Resources Management |
| 03.45100 | Forest Science |
| 20.41400 | Food for Life |
| 20.41810 | Food Science |
| 20.41710 | Food & Nutrition Through the Lifespan |
| 21.45100 | Energy and Power Technology |
| 21.45300 | Advanced AC and DC Circuits |
| 21.45700 | Appropriate & Alternative Energy Tech |
| 25.44000 | Essentials of Healthcare |
| 25.44600 | Sports Medicine |
| 25.57000 | Essentials of Biotechnology |
| 25.56900 | Applications of Biotechnology |
| 28.01910 | Aerospace Science: Flight Science |
| 43.45200 | Forensic Science & Criminal Investigations |

### OTHER

| Code | Course |
|---|---|
| 11.01600 | AP Computer Science A |
| 11.01700 | IB Computer Science (SL or HL), Year One |
| 11.01710 | IB Computer Science (SL or HL), Year Two |
| 11.01900 | AP Computer Science Principles |
| 11.42500 | Web Development |
| 11.42700 | Embedded Computing |
| 11.42900 | Game Design: Animation and Simulation |
| 11.47100 | Computer Science Principles |
| 11.47200 | Programming, Games, Apps & Society |

## COURSES THAT SATISFY THE SOCIAL SCIENCE REQUIREMENT

| COURSES FOCUSING ON WORLD STUDIES | | COURSES FOCUSING ON U.S. STUDIES | |
|---|---|---|---|
| 45.08110 | AP World History | 45.08100 | United States History |
| 45.08300 | World History | 45.08200 | AP United States History |
| 45.07110 | World Geography | 45.08700 | IB History of the Americas (SL or HL), Year One (U.S. History) |
| 45.07700 | AP Human Geography | | |

**IN ADDITION TO THE ABOVE, THE FOLLOWING COURSES SATISFY THE THIRD SOCIAL SCIENCE UNIT:**

| | | | |
|---|---|---|---|
| 45.01100 | Comparative Religions | 45.06200 | AP Microeconomics |
| 45.01200 | Current Issues | 45.06300 | AP Macroeconomics |
| 45.01300 | Technology & Society | 45.06400 | Comparative Political/Economic Systems |
| 45.01310 | IB Information Technology in a Global Society (SL or HL), Year One | 45.06500 | IB Economics (SL or HL), Year One |
| | | 45.06600 | IB Economics (SL or HL), Year Two |
| 45.01320 | IB Information Technology in a Global Society (SL or HL), Year Two | 45.07200 | Asian Studies |
| | | 45.07300 | Latin American Studies |
| 45.01400 | The Humanities/Social Studies | 45.07400 | Middle Eastern Studies |
| 45.01500 | Psychology | 45.07500 | Sub-Saharan Studies |
| 45.01600 | AP Psychology | 45.07600 | Local Area Studies/Geography |
| 45.01700 | IB Psychology (SL or HL), Year One | 45.07700 | AP Human Geography |
| 45.01710 | IB Psychology (SL or HL), Year Two | 45.07800 | IB Geography (SL or HL), Year One |
| 45.02100 | Anthropology | 45.07900 | IB Geography (SL or HL), Year Two |
| 45.03100 | Sociology | 45.08120 | U.S. History in Film |
| 45.03200 | Ethnic Studies | 45.08400 | AP European History |
| 45.05200 | AP Government/Politics: United States | 45.08500 | Georgia History |
| 45.05300 | AP Government/Politics: Comparative | 45.08600 | Local Area Studies/History |
| 45.05500 | Constitutional Theory | 45.08900 | Modern U.S. Military History, 1918-present |
| 45.05600 | The Individual & Law | 45.08910 | Early U.S. Military History |
| 45.05700 | American Government/Civics | 45.08920 | Recent U.S. Presidents |
| 45.05800 | Ethics & the Law | 45.08930 | IB History of the Americas (SL or HL), Year Two |
| 45.06100 | Economics/Business/Free Enterprise | | |
| | | 45.09100 | United States & World Affairs |
| | | 45.09200 | World Area Studies |

## COMPUTER SCIENCE COURSES THAT SATISFY THE FOREIGN LANGUAGE/AMERICAN SIGN LANGUAGE/COMPUTER SCIENCE REQUIREMENT

| | | | |
|---|---|---|---|
| 11.01600 | AP Computer Science A | 11.42700 | Embedded Computing |
| 11.01700 | IB Computer Science (SL or HL), Year One | 11.42900 | Game Design: Animation & Simulation |
| 11.01710 | IB Computer Science (SL or HL), Year Two | 11.47100 | Computer Science Principles |
| 11.01900 | AP Computer Science Principles | 11.47200 | Programming, Games, Apps & Society |
| 11.42500 | Web Development | | |

## FREQUENTLY ASKED QUESTIONS

### GENERAL FAQs

**Q.1**  *How many total academic units must I complete to be considered for regular admission to a University System of Georgia (USG) college or university?*

**A.** Students must complete a minimum of 17 academic units consisting of 4 English, 4 mathematics, 4 science, 3 social science and 2 foreign language. Page 1 of this document provides more information on each of the subject area requirements.

**Q.2**  *Should I pursue a challenging and rigorous high school curriculum?*

**A.** Yes, in order to be best prepared for college, students are encouraged to take a challenging and rigorous high school curriculum. Students should consult with their high school counselor and parents to select courses suitable to their ability level in each subject area.

**Q.3**  *Are AP, IB, Honors, or Dual Enrollment classes viewed most favorably by college admission officers?*

**A.** Students are encouraged to pursue a challenging and rigorous high school curriculum appropriate to their ability level in each subject area to be best prepared for a successful college experience. AP, IB, Honors, and Dual Enrollment classes can all be considered rigorous. The USG's selective colleges and universities, such as the Georgia Institute of Technology and the University of Georgia, consider the context of the student's high school when reviewing the rigor of a student's high school curriculum. The most successful applicants are those who take advantage of the most rigorous curriculum available to them in whatever form that may take.

**Q.4**  *What else do colleges look for in addition to the completion of the Required High School Curriculum?*

**A.** While the rigor of the high school curriculum is very important, it is not the only factor considered when determining an applicant's potential to succeed in college and eligibility for admission. The high school grade point average (GPA) in academic courses and standardized test results, among other things, are also considered. Additional information on the other requirements can be found in the USG Freshman Admission Requirements: *SAT/ACT, HSGPA, and Freshman Index Requirements* document. Some colleges may also have additional requirements. Students should check with the admission office at their college or university of interest or visit their website for additional information.

**Q.5**  *If I attend a private school or a public high school located outside of Georgia and my high school course titles are not the same as those utilized by the Georgia Department of Education, how do I know if my courses will satisfy the USG's Required High School Curriculum (RHSC)?*

**A.** The course titles and numbers listed in this document reflect those utilized by the Georgia Department of Education; however, the USG colleges and universities will give consideration to similar courses taken by those attending a private school or a public high school located outside of the state. Additional information, such as a course description, may be requested so the college or university can determine if it is appropriate to count the course as an RHSC unit.

**Q.6**  *If I attend a private school or a public high school located outside of Georgia and my school offers a course similar to an approved course that the Georgia Department of Education (GADOE) has discontinued, can the course offered at my school continue to count as an RHSC unit for USG admissions?*

**A.** The course titles and numbers listed in this document reflect those currently used by the Georgia Department of Education (GADOE); however, the USG colleges and universities will continue to give consideration to similar courses taken at a private school or a public high school located outside of the state. If GADOE discontinues a course that was approved to satisfy an RHSC unit, then the course is removed from this document and added to the USG Staying on Course Approved Course Archive document. Additional information, such as a course description, may be requested so that the college or university can determine if it is appropriate to count the course as an RHSC unit.

**Q.7**  *I will graduate from a Georgia public high school but will have participated in the Georgia Alternative Assessment. Will I be eligible for admission to a University System of Georgia college or university?*

**A.** Students graduating from a Georgia Public High School having participated in the Georgia Alternative Assessment are not eligible for regular freshman admission to a University System of Georgia college or university. Courses designed for students in the Georgia Alternative Assessment (courses beginning with "Access") are not included in the USG's Required High School Curriculum.

**Q.8**   *I'm a Georgia public high school student and have taken a course that is not listed on this document, does that mean it cannot be counted as an RHSC unit?*

**A.** The Georgia Department of Education (GADOE) and the USG work collaboratively to determine the Georgia high school courses appropriate to satisfy the RHSC units. Faculty from the USG colleges and universities closely examine each new high school course to determine if it has the academic rigor needed to prepare students for college-level course work. Only those courses that have been reviewed and approved are included on this document. Students should work closely with their high school counselor to ensure they take courses that satisfy high school graduation requirements and satisfy the RHSC.

Courses that are not approved, or are currently under review, appear on the USG RHSC Course Review document. Approved courses that have not appeared on the GADOE's State-Funded List of K-8 Subjects and 9-12 Courses in the last five years are moved to the Approved Course Archive and can still be accepted if taken when approved.

**Q.9**   *I have taken a course with a course number that appears on the Staying on Course document but my course has a different course title. For example, I took 23.061 - Pre-AP Ninth Grade English but 23.061 is called Ninth Grade Literature and Composition on the Staying on Course document. Will my course count as an RHSC unit?*

**A.** The Staying on Course document reflects the course titles utilized by the Georgia Department of Education (GADOE) but GADOE permits high schools to modify titles when a course meets their approved standards but is taught using different strategies, resources, etc. As a result, courses with modified titles, such as those with a Pre-AP or honors designator, count as RHSC units provided the course number appears on the Staying on Course document.

## ENGLISH

**Q.1**   *Do postsecondary remedial/learning support or technical diploma-level courses (such as the TCSG's Fundamentals of English) taken while in high school fulfill an English unit of the USG's Required High School Curriculum (RHSC)?*

**A.** A postsecondary English course completed through Dual Enrollment may satisfy an English unit of the USG's RHSC if the course is college-level and degree-level. Remedial/learning support courses and technical diploma-level courses do not satisfy any unit of the USG's RHSC.

**Q.2**   *I attend a Georgia public high school and would like to take either Literary Types/Composition or Contemporary Literature/Composition. Do either of these courses count as an RHSC English unit?*

A. Yes, both of these courses are approved to count as an English unit for the USG's RHSC. Students should be aware that the Georgia Department of Education only allows Literary Types/Composition and Contemporary Literature/Composition to count as elective ELA credit. Students interested in taking either course in high school should be sure they stay on track for meeting high school graduation requirements.

**Q.3**   *My high school offers Cambridge International English General Paper but I don't see it listed on page 2 of this document. Will it count as one of my four RHSC English units?*

**A.** Yes, the Cambridge International English General Paper course has been approved by the USG faculty review committee for English so students attending a private or out-of-state high school may take the course and have it count as one of their RHSC units. The course does not appear on GADOE's State-Funded List of K-8 Subjects and 9-12 Courses so students attending a Georgia public high school will not be able to take the course.

## MATHEMATICS

**Q.1**   *Which math classes should I take in high school?*

**A.** Students should complete 4 units of math that include Algebra I/Coordinate Algebra, Geometry/Analytic Geometry, Algebra II/Advanced Algebra and a fourth math unit listed as approved on page 2 of this document, or equivalent courses. The USG provides a list of sample high school math sequences but students should be aware that not all sequences provide the same level of preparation for college. Students planning to apply to a college or university with selective admissions (such as the Georgia Institute of Technology or the University of Georgia), or planning to pursue a STEM major, are encouraged to speak with their high school counselor and with the appropriate admissions office to ensure an appropriate math course sequence is taken.

**Q.2** *Are there different mathematics requirements for different college majors?*

**A.** Yes, students who are planning to attend the Georgia Institute of Technology or to major in engineering are expected to be prepared to start with Calculus as their first college mathematics course. Students planning to major in other STEM areas should be prepared to start with Pre-Calculus. Students planning on majoring in business at some USG institutions should be prepared to start in College Algebra. Students who do not achieve initial placement in the appropriate courses should check with their college or university's mathematics department to see whether they can qualify for placement in the entry-level mathematics course appropriate for their intended major. Students who do not achieve the appropriate initial mathematics placement will have to take additional mathematics courses, which will add to the number of semesters needed to earn a degree. Read more about the USG mathematics pathways and the entry-level courses appropriate to particular majors.

**Q.3** *If I complete an accelerated mathematics course (for example, Accelerated Coordinate Algebra/Analytic Geometry) and an on-level mathematics course (for example, Analytic Geometry) the following year, will both courses count towards satisfying the University System of Georgia's Required High School Curriculum (RHSC) in the area of mathematics?*

**A.** Yes, students who complete an accelerated mathematics course one year, and an on-level mathematics course the following year, may remain on-track for completing the USG's RHSC provided they complete four total units of mathematics including through Algebra II/Advanced Algebra (or an equivalent course or higher) and one additional unit from the approved list provided on page 2 of this document. For example, a student completing Accelerated Coordinate Algebra/Analytic Geometry, Analytic Geometry, Algebra II/Advanced Algebra and an additional math unit from the approved course list will have completed the USG's Required High School Curriculum.

**Q.4** *If I complete Algebra I/Coordinate Algebra, Geometry/Analytic Geometry, and Pre-Calculus at my high school, and complete a college-level math course through Dual Enrollment, will I have satisfied the USG's RHSC? If I complete Algebra I/Coordinate Algebra, Algebra II/Advanced Algebra, and Pre-Calculus at my high school, and complete a college-level math course through dual enrollment, will I have satisfied the USG's RHSC?*

**A.** Yes, both of the above sequences satisfy the mathematics requirement of the USG's RHSC.

**Q.5** *My private or out-of-state high school offers Advanced Algebra & Trigonometry as an option to satisfy the 4th math unit required for high school graduation. Does the USG allow this course to satisfy the 4th math unit for USG admissions?*

**A.** Yes, while the Georgia Department of Education discontinued their Advanced Algebra and Trigonometry course in 2015, this course continues to count as a 4th RHSC math unit for students attending a private or out-of-state high school.

**Q.6** *Do postsecondary remedial/learning support or technical diploma-level courses (such as the TCSG's Foundations of Mathematics course) taken while in high school fulfill the 4th math unit of the USG's Required High School Curriculum (RHSC)?*

**A.** The 4 math units of the USG's Required High School Curriculum (RHSC) must include a minimum of Algebra I/Coordinate Algebra, Geometry/Analytic Geometry, Algebra II/Advanced Algebra, and a 4th unit of advanced math. The 4th math unit must be a course from the approved course list that appears on page 2 of this document. A postsecondary math course completed through Dual Enrollment may satisfy the 4th math unit if the course is college-level and degree-level. Remedial/learning support courses and technical diploma-level courses do not satisfy any unit of the USG's RHSC.

## SCIENCE

**Q.1** *How many science units should I complete?*

**A.** Students must complete a total of four units of science, two of which should have a laboratory component. Students graduating from a Georgia public high school should have at least one unit in biology, one unit of physical science or physics, one unit of chemistry, earth systems, environmental science, or an advanced placement course, and a fourth science from the list of approved science courses provided on page 3 of this document.

**Q.2** *My school or school system only offers physical science in the 8th grade, will I be considered deficient if I don't take it in high school?*

**A.** Students enrolled in Georgia private high schools and high schools in other states often complete physical science while in the eighth grade and then take three or more additional science units in high school. Consequently, students

from private high schools and public high schools in other states can count physical science courses taken in the eighth grade as one of the 4 required science units. Georgia public high school students who take high school physical science while in middle school can also count that course provided their high school includes the credit for that high school course on their high school transcript.

**Q.3**    *If I graduate from a private high school or from an out-of-state public high school, am I required to complete 4 science units?*

**A.** Yes, students graduating from a private high school or an out-of-state public high school are required to complete four science units, including two courses with a laboratory component. At least one course should be from the life sciences and one course should be from the physical sciences.

**Q.4**    *My private or out-of-state high school offers several science course options, each counting as a partial unit. Can courses counting as a partial unit be used to satisfy the fourth science unit of the USG's Required High School Curriculum (RHSC)?*

**A.** Yes, students may take a combination of science courses to satisfy the fourth science unit provided the total credit earned equals a full unit.

**Q.5**    *The science courses offered at my high school include life science and physical science content in each course. Can these courses count towards the four required college preparatory science units?*

**A.** Yes, provided the total content is equivalent to taking four units of science. The content must be the equivalent of two units with a laboratory component and should include the equivalent of at least one unit from the life sciences and one unit from the physical sciences.

**Q.6**    *I attend a Georgia public high school so why does my science course not appear on the approved course list found in this document? Does this mean it cannot be used to satisfy the Required High School Curriculum (RHSC)?*

**A.** Only those courses approved by the USG faculty review committee are included in this document and can be used to satisfy the RHSC. The courses that have been reviewed and not approved are provided on the <u>USG RHSC Course Review</u> document.

**Q.7**    *If I take two approved computer science courses to satisfy the Foreign Language/American Sign Language/Computer Science requirement, can I also use one of those computer science courses to satisfy the 4th science requirement?*

**A.** No, an approved computer science course may only be used towards satisfying the science requirement or the Foreign Language/American Sign Language/Computer Science requirement. One course may not be used to satisfy two RHSC requirements.

**Q.8**    *If a dual enrollment course is aligned to a high school course that contains a letter in the course number (e.g. 26.0A904-Dual Enrollment Science USG (BIOL 3310 Invertebrate Zoology)), will that course count as a 4th science unit for the USG's RHSC?*

**A.** A dual enrollment course that is aligned to a high school course that contains a letter in the course number may count as a 4th science unit for the USG's RHSC provided the course number begins with 26 or 40 and the dual enrollment course is degree level.

## SOCIAL SCIENCE

**Q.1**    *Does European History satisfy the World Studies requirement?*

**A.** No, the World Studies requirement can only be satisfied with a course that has a world focus. Courses that focus on a particular area or region of the world do not satisfy the requirement. World History, World Geography, AP World History, and AP Human Geography satisfy the world studies requirement. Consideration is also given to similar courses for students attending private and out-of-state high schools.

**Q.2**    *Do postsecondary technical diploma-level courses (such as the TCSG's Basic Psychology course) taken while in high school fulfill a social science unit of the USG's Required High School Curriculum (RHSC)?*

**A.** A postsecondary social science course completed through Dual Enrollment may satisfy a social science unit of the USG's RHSC if the course is college-level and degree-level. Remedial/learning support courses and technical diploma-level courses do not satisfy any unit of the USG's RHSC.

## FOREIGN LANGUAGE/AMERICAN SIGN LANGUAGE/COMPUTER SCIENCE

*Q.1*    *Should I take a foreign language in high school?*

**A.** While the Georgia Department of Education no longer requires students to complete two units of a foreign language for high school graduation, the University System of Georgia requires the completion of two units of the same foreign language, two units of American Sign Language, or two units of approved Computer Science courses with a coding and/or programming focus.

*Q.2*    *If I have taken a unit of foreign language in middle school, can it count towards satisfying the USG's RHSC?*

**A.** Yes, foreign language units taken in middle school may count towards satisfying the USG's RHSC. Students who have taken foreign language in middle school should be sure to submit their transcript showing the credit earned.

*Q.3*    *Which computer science courses can count towards satisfying the foreign language/American Sign Language/Computer Science requirement?*

**A.** Only those computer science courses with an emphasis on coding and programming may satisfy this area of the RHSC. The list of approved courses is provided on page 2 of this document.

*Q.4*    *If I take one unit of a foreign language and one unit of computer science, will I have satisfied the requirement?*

**A.** No, students must successfully complete two units of the same foreign language, or two units of American Sign Language, or two units of approved computer science courses.

*Q.5*    *If I take two approved computer science courses to satisfy the Foreign Language/American Sign Language/Computer Science requirement, can I also use one of those computer science courses to satisfy the 4th science requirement?*

**A.** No, an approved computer science course may only be used towards the science requirement or the Foreign Language/American Sign Language/Computer Science requirement.

*Q.6*    *If I take two units of a language for native speakers, will those units satisfy the USG's RHSC foreign language requirement?*

**A.** Yes, two units of a language (not English) for native speakers may satisfy the USG's RHSC foreign language requirement provided those two units are in the same language and have an emphasis on speaking, listening, reading and writing in that language.

*Q.7.*    *Will a unit of a foreign language and a unit of the same language but for native speakers satisfy the USG's foreign language requirement?*

**A.** Yes, a unit of a language for native speakers and a unit of the same language offered as a foreign language may satisfy the USG's foreign language requirement. For example, a student completing Spanish I (60.071) and Spanish for Native Speakers Level 2 (60.079) will have completed the USG's RHSC foreign language requirement.

*Q.8.*    *Does the RHSC foreign language requirement apply to applicants who were unable to complete the necessary high school courses due to a documented disability?*

**A.** Applicants with disabilities are expected to have completed the RHSC with the appropriate instructional accommodations. No exemptions or substitutions are permitted with the exception of the foreign language requirement. Applicants who are unable to complete the required foreign language courses due to a documented disability may petition for a substitution. Additional information on petitioning for a foreign language substitution can be found in Section 3.3.3 of the USG Academic and Student Affairs Handbook.

### NOTES

Please note that admission requirements are subject to change. Meeting the minimum requirements provided in this document does not guarantee admission to any USG college or university. Eligibility for admission is determined after a complete review of an applicant's credentials.

Students are encouraged to contact the Admissions Office or to visit the website for their college or university of interest to learn more about their requirements. The contact information for the USG Admissions Offices can be accessed by going to the USG Institutions page and clicking on "Profile" for the college or university of interest. General questions regarding this document may be directed to the USG's Office of Student Affairs by emailing student-affairs@usg.edu or calling 404-962-3110.