Jamie T. Bird

**From:** Tee Mitchell
**Sent:** Wednesday, February 20, 2019 10:49 AM
**To:** april.gano@lanier.k12.ga.us
**Cc:** Jamie T. Bird
**Subject:** FW: Dual enrollment 9th and 10th graders

Hi April,

Thank you again for taking time away from your busy schedule to meet with us today. As promised, below you will find the email we received regarding the possible changes in DE.

Let me know if you have any questions.

Sincerely,

Tee Mitchell
Associate Vice President for Enrollment Services
Valdosta State University
1500 N. Patterson St.
Valdosta, GA 31698
Cell - 229-412-2094



**From:** RAC-Enrollment Management [mailto:RAC-ENRLMNGMT@LISTSERV.UGA.EDU] **On Behalf Of** Sarah Wenham
**Sent:** Monday, January 28, 2019 10:01 AM
**To:** RAC-ENRLMNGMT@LISTSERV.UGA.EDU
**Subject:** FW: Dual enrollment 9th and 10th graders

Dear Enrollment Managers,

As you are no doubt aware, the legislative session is now underway and there is again interest in reducing costs to the state's Dual Enrollment program. At this time, the appropriations bill (HB 31) for the State Fiscal Year beginning July 1, 2019 includes limiting the Dual Enrollment program funding to 11th and 12th graders. The communication below was sent from the USG's Executive Budget Director to your Chief Business Officers. I'm sharing for your awareness only. *It is important to note that it is still early in the legislative session and, as we saw last year, it is possible that things will change as the session progresses. At this time, we should not assume passage of this change.* We are watching this closely and will share more information as soon as it becomes available.

Sarah