*Summit 2019*

## Goal of Working Lunch

# Sparking Conversations!

**What is the one misconception you find students have regarding dual enrollment? Parents? Counselors?**

- All classes transfer and apply to major (they are actually being told this by some TCSG institutions)
- That they should get to enroll even if they don't qualify
- Don't need to submit college transcript for DE classes when going to college
- Eligibility
- Students think it is like high school courses, "practice college," parents have issues understanding entrance requirements from various institutions
- They are still high school students
- College credit is live
- DE credit doesn't count-you don't have to send your transcript to your new college
- DE is NOT high school
- The rigor of the courses is the same at all institutions since some of the courses are transferrable to all USG and TCSG institutions; therefore, they are being prepared to be successful at all institutions within the state no matter where their DE credits come from. (then parents are frustrated when they are not successful)

**If you had Dual Enrollment SUPER POWERS, what change would you make to the DE program?  Why?**

- Limit to Jr ad Sr -social readiness and maturity
- Define USG and TCSG pathways for DE based on degree attainment goals
- All funding apps are completed and submitted before in classes

KAIRISA J. MAGEE, RPR, GCCR
3/15/2022
DEFENDANT'S EXHIBIT
**BIRD - 24**


PLAINTIFF'S EXHIBIT
24

- DE is NOT for ALL students! Turn those into frogs that think so!
- Funding, rejection, approval disconnect
- Beyond top tier students so learning support students could benefit
- Curb parent involvement
- Transfer credit information amongst other institutions; easier Funding Application (already in progress), Funding App (student portion) linked to the institution's DE application. See student status of funding app once admitted.
- Put some limitations on admission requirements for TCSG schools that are consistent.

**What is one area or aspect of Dual Enrollment you wish you knew more about?**

- Everything-new to the program
- All things processing!
- Reporting on each USG campus with their Financial Aid/IT offices
- More changes to application
- Funding App process, Satisfactory Academic Progress Policy at institution

**What areas do you wish legislature would consider when making decisions about Dual Enrollment?**

- Ask the practitioners
- Define TCSG and USG pathways
- Set requirements for TCSG admission
- Funding administrative burden
- Clearly define the goal of the program
- How many DE students lose HOPE? Or go on probation?
- What core classes are students not doing well in?
- Be aware of what colleges can absorb cost-wise.
- What do they actually know about the DE program??

**Can anyone share a great story regarding your experiences with Dual Enrollment?**

- Appreciative students-realizing it's about the and changing their lives
- Student who would not have been able to attend college due to finances, is being paid by a college to attend due to her outstanding DE work. (has many scholarships as a result!)

**Random Question to person on your LEFT-Pose a question that you feel needs discussing that we have not covered?**

- Grades reported back to the high school (numeric vs transcript letter grade
- High School counselor should not sign SPA if the student does not have the needed GPA to participate
- DE is being taken advantage of in some situations and is negatively impacting students. (there is such a thing as having too many credits and then not being able to move forward due to pre-reqs)
- HS Counselors are allowing students to take courses they are not really needing to take and not advising deliberately as Dr. Denley suggested.  Parents have too much control in this decision making.

**What is the greatest benefit the students derive from participating in Dual Enrollment program?**

- Exposure to rigor of college coursework
- Freedom to explore minors and other opportunities once fully enrolled in college
- Financial advantage

- Provides early start, come into college ready and head start on degree
- Lays foundation for academic success later
- Prepare for major past DE
- Free college courses
- College experience

**What do you see as the main objectives in the Dual Enrollment program?**

- Inspiration for all to provide opportunity and access to college coursework and experience
- Provide opportunity for high school student to graduate from college in less time with less debt
- To graduate from high school in good standing
- Prepare for college, students get acclimated, learn different processes and departments; prepare for next transition to traditional college student life
- DE students number one goal should be to graduate high school first because if they don't, they will not attend college. So the main objective of DE should be to accelerate the student who already has an idea of what they want to do in life. In addition, to provide opportunities (courses) that the high school does not provide.

**Any obstacle within the Dual Enrollment Program that needs immediate attention?**

- Set deadlines from the high schools
- Centralized (streamline) place for documentation and communication with our department
- Unfunded mandate regarding books
- Funding for books-SSN issue
- Cost of books needs immediate attention; we do not have the money to absorb this

- Clarifying with high school counselors the admission requirements; we work with multiple institutions and they are all different
- Communication with high school counselors
- Technical college system teaching on HS campuses and focuses not on vocational courses/programs
- BOOKS!
- Using ACCUPLACER for DE but requiring SAT/ACT to stay at same institution after HS graduation
- Students coming with DE Area A credit, but not meeting SAT/ACT minimums-they must appeal and be a presidential admit—USG policy should address this issue.
- Counselors need training from the state-some things must be consistent.

**Other areas that need discussing:**

- How to work with TCSG and how they recruit and enroll DE students
- External sites and DE in the USG
- Funding for books??
- HS counselors –too much work for them-as a result, they do not promote the program as they should.