Dr Rodney Carr
09/23/2020
2pm CST

I spoke with Dr. Carr regarding a complaint filed against him by Jamie Bird. According to our conversation, he heard one of Ms. Bird's students had committed suicide and thought he would stop by to see how she was doing. When he got to her office he noted she was crying and ask her how she is doing which resulted in more crying. He stated to her that while he normally does not do this he ask her if he could give her a hug and she said yes. He gave her the hug. He does not remember closing the door. He stated he is very familiar with being present with women. He normally never shuts the door, always has his assistant present, and does not get in a car alone with a female. He stated he regrets that his assistant was not with him that day. He had no more contact after that incident.

There was a negative email sent out in reference to a written reprimand.

There was a meeting with Dr. Carr and Mitchell regarding a write up. She stated to both of them she holds grudges. Mr. Mitchell did hear this.

01/22/2020: The grudge conversation came up and Dr. Carr stated that he is trying to give her space.

The position was reevaluated to determine if she could move up in her position per her request. HR was contacted and it was determined that she was at proper classification.

CVIOG is a salary study.

He does not recall an air hug comment.

He stated it was a fatal mistake to show compassion.

Sharing write up: After Mitchell left if he is in the that chain of command in midst of changing reporting structure.

Did instruct Mr. Hogan to call former supervisor for information regarding write up as he did not have.

Lisa is next door to Jamie.

Reduction in force and reorganization. Admissions – Rob Frehall ex Director for Advisor – retention – law changed – number of dual enrollment (103 students)

1.29 million reduction – 83% personell



KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
CARR - 27



PLAINTIFF'S EXHIBIT
27
tabbies

Ask Ryan because he is T's office, bc it wasn't his write up.

Don't recall closing the door.  Still crying.

No recollection to the statement made by Dr. Carr...why did you open the door?