September 28, 2020
12:55pm CST
Interview
J. Bird

Packet?

I was a kindergarten teacher at 40 VSU part time college of ed five years

Admissions 2015 as Dual Enrollment Director

Never had anything like this happen before.  Only thing I could do because I was terminated was to file a complaint.

Packet dropped off to Maggie's office.

Definitely was targeted by VP of this University.  Termination of job is Nov 2020.  Can I get my job back?  Is this a legal proceeding?  I wanted to follow protocol so I sent it to the System office to pursue advice and heard nothing.  I went to the Office of Social Equity.

I have been impacted the past 20 months.  I have lived here all my life.  My husband is my sweetheart from high school.  3 kids.  I have had many bosses for over 25 years.  Never had a bad evaluation.  All exemplary.  Never had an issue ever before.

Feb 20, 2019.  Call at 630am that a student committed suicide.  I called my boss and was told not to communicate anything until there could be a joint communication at 9am.  I called my immediate supervisor T. Mitchell, AVP Enrollment Services.  Shared information with him.  He said he would attend a meeting on my behalf that I had scheduled that day. He said he would contact Carr VPSS, because he would want to be a part of the communication.  I got to the office at 8:00am.

I proceeded to do tasks until I heard from Dean of Students.

8:45am I hear someone come in and it is Dr. Carr.  He is closing my door.  I get up to go to a round table I always sit at when I meet with anyone and meet him at the table.

Says he is there to check on me.  Says I don't normally do this and gives me a tight body hug.

I move away and open the door and he gets angry.

I tell him I have work to do.  He remains about 3-4 more minutes then leaves.

It was a brief chat about how bad suicide is then walks out the door.  I get up to make sure he is gone after hearing the outside door shut.

My colleagues across the hall Assoc Dir of Admissions and Lisa Long were there. I told them I don't want him in my office ever again.

Went back to my office and proceeded to finish tasks.

That night I told my husband and we decided if anything else happens to let him know. I don't play that kind of game and that was that.

If I had been a man that would not have happened. That night I got angry.

Feb 26, 2020. I sent an email to all high school counselors to cover some issues that had been going on in the program like not giving correct information, address issues, were seeing and wanted to provide help.

In Georgia there is HB444 state is running out of money for dual enrollment programs. We were trying to streamline the program.

All email language has been heard before. Email was forwarded from high school counselor to TCSO and she forwards it to Bird and it says is this how you all recruit, are you honoring your dual enrollment students. She called our USG liaison asking about VSU not honoring dual enrollment students.

I immediately tried to call her back.

T. Mitchell and our USG liaison Sara Winnman said they would decide how to address the issue.

On my way home Mitchell called me and Said Dr. Carr was very upset about email and the President and his wife are angry. The President's wife is an instructor in Wiregrass. I have two students in her class.

I said please have Dr. Carr call me so I can explain the email.

Feb 26/27, 2020. Later that night my boss called me back and said Carr is too angry to call me but will call you back at some point. Also I was instructed to not send any more emails. Dr. Carr will send an email to all high school counselors and I was not copied. The language from the email was from a convention I attended.

I was told Mr. Mitchell, HR, JBL, Michael Jordan, Mitchell and me needed to meet.

Next two weeks I was to not have contact with anyone as I had already done enough.

Later that afternoon I go to my bosses office and was told according to Carr what I had done was irreparable damage.

Next two weeks I hear nothing.

I told my boss I need to be able to explain myself to Dr. Carr. Later I hear he still cannot call me back because he said he is too pissed off (per Mitchell).

March 6, 2020. Carr, Mitchell, Bird to a meeting. Carr said you called the meeting so what do you want to talk about. I explain the intent behind the email. He said that was the stupidest thing you have ever done and the President is upset. As a matter of fact he wanted me to suspend you for two weeks. So I am going to write you up instead.

I ask what he would gain by writing me up. He said if I do something stupid again it will protect the University.

I ask why you and not HR are writing me up. He pointed to his desk drawer and said that is where he will keep it (Mitchell was present). He said it will not impact my merit or future evaluations.

I am getting emotional at this point and he said not to get upset it is just a gut punch. He said he had been fired twice. I said I don't take this lightly.

He said take a Mt. Dew you need to walk out of here and lay low a couple of weeks, and get back to your job.

He ask me if I hold grudges and I said I have been told I am like an elephant and don't forget.

Mitchell stayed behind to say that I have been through two weeks of hell and that I shouldn't be written up.

Carr told Mitchell he would think about it.

A couple of days later I was called to HR for a formal reprimand. Memo written March 5th, meeting with Carr, T. Mitchell wrote it.

HR said they don't know who wrote it and it is going in my permanent file.

JBL stated that what Carr told her about write up is not HR protocol and ask if she would like her to call Carr. I said absolutely. I ask if I could put in an appeal, rebuttal. JBL said she was new and would have to get back with her on that.

Wrote back and said he would keep it in both locations. I never heard if I could appeal. I went to Mitchell about the reprimand. Initially opposed to the document and would not sign it. Carr said if he didn't sign it he would be written a formal reprimand of insubordination.

When email went out and Carr got angry this is all because of his conduct.

Mitchell to talk about 2018 evaluation all of reprimand was in the evaluation and ratings were lower and merit pay was adjusted. I ask if Mitchell included he said no it was added to. I was made to sign all this.

Nov. I got an email saying classification was turned to Mgr from Dual Enrollment to Coordinator. Lateral move title salary will be the same. I expanded the program over 300%.

Was in office about 3-4 months. Mitchell was Director, given promotion to VP and took Bird with him as a Director.

I called HR and spoke with JBL again and she shares a reclassification notices sent in Oct 2015- Dual Enrollment Coord. And $5000.00 more dollars. And it was copied to Mitchell and he said he never got it either.

I talked with the Provost because I never got a pay raise. Dr. Gerber said he would speak with HR that he did not understand what happened.

Mitchell and Hogan talked early Dec 2019 about reclassifying me and me getting more duties assigned.

They said I wouldn't be the Director but it will get me back to where I was. They said they were going to get Carr's approval.

Jan 2020. Mr Mitchell comes to my office and says he is resigning that he cannot take the harassment or bullying anymore.

Jan 17 2020 was his last day he is now in Tennessee.

Prior to Feb 20 Carr came over here all the time. He talked to other employees, talked about my boss dressing down on Fridays.

Dr. Carr walks in my door and says long time no see. I am sorry to see Mitchell is no longer here but he got a good job in Tenn. He then said all of us will report to Rob Freehall. I ask why I cant report to Ryan Hogan Dir of Admissions. He said he would think about it. He said he hopes we can get back to prior the email and be friendly again.

He ask if I need anything I ask about the reclassification. He said do I need to close the door, oh that's right you don't like doors closed.

He said he would make some calls. I said he should speak to Ryan and Dr. Gerber. I told him I would forward him the information I sent to Hogan. Carr and Hogan had already spoken and Hogan said it needs to remain in Admissions but Carr acted like he didn't know that.

Carr ask me if we were good.  I said yes and he said let me give you a hug, oh that's right you don't like hugs. And said here is an air hug.

Long and Hogan came in and ask what that was that all about and I said don't ask questions.

Hogan calls an hour later and said he heard we all report to Rob Freehall now.  I said yes.  After, Hogan says all of us report to Carr and I report to Freehall.

I called Carr who confirmed and that the dual enrollment program was moving to the Office of Transitions.

I ask why Carr said retention.  We need to work on it.   We don't have room in office of Transitions so you will remain located in Admissions.  That's when Ryan called me.

2-3 days later email from Carr announced Mitchell had left, so we will reevaluate where people will need to go.

Also, the reclassification cannot be addressed, no promotion because of office moves.

A Feb 2 meeting Rob Freehall said he was here to support me.

March 2020 COVID hits.

Now working from home.  Various incidents where I have not had support, getting students tested, all done remotely. (Accublaze test). USG sent out examinity.

When I was moved to office of transitions, I am no longer on the leadership team, I am not with the stakeholders, I told Rob I would like to get back on the leadership team and never heard back.  Never could get support quickly.

July 2020.  Meetign with Val. High School about History Concurrent enrollment.  Rob said he will go with me.

Hogan comes to my office.

July I was summoned to HR, reduction in force and my position was eliminated.

Program was absorbed by another department.  I said that this program is my baby.  The program brought $2.4 million and retained 25-30%

I believe COVID will work in Carrs favor.

Last day Sept.

I turn 60 in October.

HR will get me to retirement.  44% of salary.  Nov 14-15 to retire at 60.

July 20.  Hogan comes in and tells me he is really sorry.

Carr came to Hogan and said do you have any positions that could be eliminated.  The 2 recruiters wouldn't make a dent in the bucket.  Positions are less than 30k

Bird salary is 58-59k

Ryan told me that he would give up those two positions that I know to have been hired back.

Hogan told me Dual Enrollment will go back to Admissions in Nov.

I ask if I could help and he said no we are waiting.

Valdosta High School meeting Carr, and Hogan said they were going with me so I said I would not go that they can handle it.  After I found out I got the extension until Nov I decided I wanted to go to the meeting.   Carr told them he would open up fall 2020 applications.  As of today I just got all the students in classes 9/28/2020. I received many emails of aggravated families because the portal he said he would open was not opened.  All to make it hard for me to move forward.

2019 evaluation – May 20020 I get email from HR that my performance evaluation is passed due and I need to go acknowledge it because its past due.

I call Rob and ask him I missed it he said no that Dr. Carr completed some of T. Mithells evaluations.  I sent Carr an email he said Mitchell completed it was assigned to him.

I went in and looked at it and Carr signed off on it.  All was satisfactory, but merit was still lower.

Mitchell said he did not write it, he ask Carr but Carr said no.

Affected my merit.  Comment says Ms. Bird and Dual Enrollment moved to office of admissions.

I went ahead and acknowledged it.

July 27 call from T Mitchell and he says he just received a phone call from Ryan Hogan, Dr Carr had come to his office and wants him to call and see if Mitchell took anything from his office like personnel files.  Ryan tells Mitchell it was Bird's write up.

It was missing from HR:  Carr told Hogan the write up was missing.

I did not call HR to see if it was missing.

On Mr. Mitchells last day Jan 17, 2020, Mitchell told me there was something he need to share. Carr told him he had a previous Title IX and title VII and never met a lie detector he couldn't beat.

This was inappropriate and would not have happened if I was a man.  It was wrong.

Incident in my office I rebuffed advances he retaliates, wrote me up, made program so I would have no support, no reclassification, removed from leadership team, impacted evaluations, lied that he didn't share my confidential information with another employee.

This is my institution.  I grew up here.  He has wreaked havoc on this campus.  Him and the President are best friends.  Others let go others that just walked out.  Toxic environment, centered around 1 person.  It is my moral obligation to report.  I have no ill will and don't want this in the papers.

Hogan confirmed to me that Dual Enrollment is back in Admissions.  I know my truth and I did not embellish.  Some is my opinion but where there is smoke there is fire.

I have anxiety, stress, high blood pressure all I have been going through.

He put my boss through "hellacious" and people are afraid to speak up.  We can call it a RIF all day long but I was pure targeted and fired.

Ms. Long has been here 30 years, Mr. Hogan, will be nervous to talk to you he is 38 years old. Mr. Mitchell is trying to get back to the state of Georgia.  He is applying in the USG system.

I know I probably won't get my job back.  I would want to stay, I love my job, I built this.  People have reached out to me and said something isn't right.  I want him to be addressed because I feel I cannot be the only one.