September 30, 2020
9:00am CST
Interview: Lisa Long

My office is across from Jamies. Small house, very close, 5 women.

I could see her face.

The morning that incident happened with the student (suicide) we had coffee time. She is very involved with her students and very upset.

Later that day Dr. Carr came over to console her he went to her office and shut the door. I did see the door shut.

They were in there about 5 minutes.

The door opened and they stood and talked a little more and then Carr left.

Bird came out, we talked she didn't say anything initially right the but I could tell something was different = unsettled.

Jamie is not a gossiper type person. It was probably a week or so later she may have mentioned to her supervisor before me I don't know.

We went to high school together she confides in me as a friend and co-worker.

She said she came around her desk and he embraced her in a hug that didn't feel right and that is when she backed away opened office door and went back behind her desk. (I don't remember if Jamie said Carr ask if he could hug her).

9 months later I was in my office with the door open and Ryan was with me. Dr. Carr came in went to Jamies office and went to shut the door,

It was overheard Carr saying oh that's right you prefer the door open.

I couldn't hear any of the specific conversation.

I didn't hear what Jamie said to Hogan.

The incident where she was written up for email. I did dual enrollment before. It became bigger which is why we hired Jamie.

When she wrote the email we had discussed how things were changing in dual enrollment. She ask me to read the email and I did and said it looked good to send.



KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
L. LONG -29



PLAINTIFF'S
EXHIBIT
29
tabbies

There was nothing wrong with that email. I don't know why she was written up.

For the audience she sent it to it was very informative, nothing negative, purely factual.

I feel like she was targeted. Mr. Hogan feels that she was targeted with the RIF, but may not say that. He is nervous to talk to you. She goes above and beyond with her students and her job.

She cares about her students, schools, and wants to do a good job. I feel like she is being bullied.

I know the reason Mr. Mitchell left is because he was being bullied by Dr. Carr.

Too many things have happened for no reason, it had to be maybe dislike for Bird.

We want to work in an environment where we don't feel our jobs are on the line for having an opinion.

You don't want to be scared to come to work and be bullied and scared.

Mr. Hogan is scared. He is scared of being recorded and it being used against him if he tells the truth.

I have been here long enough but leaving now would not be my full retirement.