September 30, 2020
10:00am CST
Interview: Ryan Hogan

I introduced myself. Ryan expressed huge concern over talking with me. He stated he was afraid of retaliation. He was very nervous to talk to me and stated this. I said numerous times he does not have to speak with me. I also suggested rescheduling or getting back to me if that would be better for him. He was clearly distressed. He mentioned he has been here 16 years and has two small children and has seen what can happen and he doesn't want a target on his back.

After telling him again he does not have to speak with me, he said to let's just see what I ask and where it goes.

Bird is physically in my area. She and I reported to T. Mitchell at the same time. The nature of work is hand and hand.

I was a witness to a couple of things. I hear and saw. A little cagey and I am fearful of retaliation.

Mitchell left and the conversation came up what to do with Dual Enrollment. On his way out he said it should stay in Admissions. Dr. Carr said he would speak to everyone involved. He talked to me in January and I told him it should stay in Admissions because of all the policies, HB444, and the logistics. Regardless of where it is it is my responsibility.

Dr. Carr came to my office and told me that it is not reporting to you that it is going to Advising. He said he was going to tell Bird. He ask me if I have the key to the building. There are 5 women over there and they keep it locked because it is not in a great area. I walked over with him.

I did hear the statement when Carr said oh you don't like the door closed.

Carr left and I went to check on her given the news of reporting structure. She appeared flabbergasted.

I'd heard some of it. I am nervous to remember the specifics parts, something like "air hug you don't like to be touched." I did hear that.

When ask about a statement that Carr did not know about Dual Enrollment moving Hogan said: Carr wanted to focus on retention.

When Bird's position was eliminated conversation with Carr and Hogan. We in Admission can support Bird. She has a subordinate here. At that point Carr agreed and told us to figure it out. Us= Frehall and Hogan. Rob agreed it should remain in Admissions.


KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
L. LONG -30


PLAINTIFF'S EXHIBIT
30

I ask him to move to Admissions and he said let's wait to we do all of the transitions because I have people that will be moving to other supervisors.

Last week I was working on forms because HR requires one form per person. Carr texted me and said he is not going to sign Birds. That she will stay under Rob.

I replied oh I must have misunderstood. He said he wanted to wait until November.

Don't know why. I ask Rob and Rob said to me that there are things going on that I don't know about. I never wanted to get in the middle of any of this.

I ask about write up. Hogan ask me is he protected from retaliation again. I said that the University does not support or allow for retaliation and we could work with HR.

Carr called me and said can you get in touch with T (Mitchell), he didn't tell me what type of letter it was. I called and T said he signed it and gave it to Rodney. And Rodney would get it to HR.

I knew what kind of letter it was but not because someone told me. I had heard around here what was going on.

I was kind of playing dumb.

After this I ask T to keep this confidential again because I didn't want to get in the middle of it.

15 minutes later Bird called me and ask about reprimand. I said T did not say it was a letter of reprimand.

Regarding reclassification: CVIOG and a lot of confusion on campus was going on.

Bird was told by the Provost she was a Director, but in HR it said Coordinator.

When the CVIOG info came out Bird was like wait a minute.

I was Assoc. Director and became Director. I couldn't backfill my position because of funding.

T. Mitchell discussed reclassifying Bird and giving her more responsibilities. Some of the things I am still doing as director that I was doing as assoc. director.

Note: Hogan was visibly scared, nervous, worried, concerned he would be targeted like others. He ask for protection from retaliation. He stated he wants to do the right thing but has two small kids and seen what can happen.