## Holly Maestas

| | |
|---|---|
| **From:** | Jeanine Y Boddie-La Van |
| **Sent:** | Thursday, November 5, 2020 3:46 PM |
| **To:** | John D Crawford |
| **Subject:** | FW: Jaime Bird |
| **Attachments:** | RIF Response.pdf; Birdinvestigation10132020.pdf |

Here is both HR's Report and Dr. Lyn's Report. I have also attached the email exchange between Dr. Lyn and Ms. Brid regarding the advisor that Jan Lyn forwarded to me. Title VII does not require an advisor be present or a hearing. I will also be sending you Dr. Lyn's interview notes in a separate email.

Thanks!

Jeanine

---

**From:** Janice Lyn <jlyn@valdosta.edu>
**Sent:** Thursday, September 24, 2020 4:15 PM
**To:** Jamie T. Bird <jbird@valdosta.edu>
**Subject:** Re: Report

Good evening.

Your complaint does fall under both Title IX and Title VII. However, the guidance given by the System Office was to investigate this under Title VII, which also has a nondiscrimination based on gender and sexual harassment piece. Title VII regulations were specifically enacted to address employee on employee cases such as this one. My role is to ask questions and gather as much information as possible. I fully understand your concern and I will be there with you every step of the way through this process.

Please let me know when you would like to talk with me.

Respectfully yours,

Janice Lyn

---

**From:** Jamie T. Bird <jbird@valdosta.edu>
**Sent:** Thursday, September 24, 2020 8:56 AM
**To:** Janice Lyn <jlyn@valdosta.edu>
**Subject:** FW: Report

Janice,

Please use my VSU email moving forward. In reviewing the VSU policy the other day, I thought it said I could have someone of my choosing present with me. Is this not accurate? I just wanted him in the room for support that's all. I have never done anything like this before.



KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
**J.B.L. - 40A**



PLAINTIFF'S
EXHIBIT
40 A