## Holly Maestas

| | |
|---|---|
| **From:** | Janice Lyn |
| **Sent:** | Monday, October 26, 2020 10:08 AM |
| **To:** | Jeanine Y Boddie-La Van |
| **Subject:** | Fw: Report |

**From:** Janice Lyn <jlyn@valdosta.edu>
**Sent:** Wednesday, September 23, 2020 5:47 PM
**To:** Frank Bird <Frank.Bird@flocorp.com>
**Subject:** Re: Report

Thank you so much. I look forward to meeting with you. Regarding the request of your husband's presence during our call, this meeting will be limited to just you and me.

Talk to you soon.

Janice

**From:** Frank Bird <Frank.Bird@flocorp.com>
**Sent:** Wednesday, September 23, 2020 4:50 PM
**To:** Janice Lyn <jlyn@valdosta.edu>
**Subject:** Re: Report

Delivered From External Sender

Sure. How long would you anticipate the call to last? That may help me determine the best time.

Jamie

**From:** Janice Lyn <jlyn@valdosta.edu>
**Sent:** Wednesday, September 23, 2020 5:39 PM
**To:** Frank Bird <Frank.Bird@flocorp.com>
**Subject:** Re: Report

EXTERNAL EMAIL: This email originated outside the organization. Do not click any links or attachments in unexpected emails. Please report suspicious email using the Report Phishing button.

I am open anytime tomorrow, this Friday afternoon, as well as Monday and Wednesday of next week. Will that work for you?

Janice

PLAINTIFF'S EXHIBIT 40-B

1

**From:** Frank Bird <Frank.Bird@flocorp.com>
**Sent:** Wednesday, September 23, 2020 4:31 PM
**To:** Janice Lyn <jlyn@valdosta.edu>
**Subject:** Re: Report

Delivered From External Sender

Dr. Lyn,

Yes, I am available any time other than Friday morning. I would like to have my husband attend the teams meeting if that is acceptable to you.  If so, I need to get his work schedule for the remainder of the week and try to find a time that will work for the both of you.  Will wait to hear back from you.

Jamie

**From:** Janice Lyn <jlyn@valdosta.edu>
**Sent:** Wednesday, September 23, 2020 2:03 PM
**To:** Frank Bird <Frank.Bird@flocorp.com>
**Subject:** Re: Report

EXTERNAL EMAIL: This email originated outside the organization. Do not click any links or attachments in unexpected emails. Please report suspicious email using the Report Phishing button.

Good afternoon Jamie.

Would you have any time this week to speak with about your case?  I can invite you through Microsoft Teams so we can see each other as I am working remotely.

Respectfully,

Janice Lyn

**From:** Frank Bird <Frank.Bird@flocorp.com>
**Sent:** Monday, September 21, 2020 5:30 PM
**To:** Janice Lyn <jlyn@valdosta.edu>
**Subject:** Re: Report

Delivered From External Sender

Dr. Lyn,

Thank you for the update.  I look forward to hearing from you.

Jamie Bird

2

**From:** Janice Lyn <jlyn@valdosta.edu>
**Sent:** Monday, September 21, 2020 11:36 AM
**To:** Frank Bird <Frank.Bird@flocorp.com>
**Subject:** Report

EXTERNAL EMAIL: This email originated outside the organization. Do not click any links or attachments in unexpected emails. Please report suspicious email using the Report Phishing button.

Ms. Bird,

Good afternoon.  I am Dr. Janice Lyn, Interim Coordinator for Title IX at Valdosta State University.  I was forwarded a complaint filed by you and will be the investigator for this Title VII complaint.

I will be reaching out to you soon.

Respectfully yours,

Dr. Janice Lyn