**Sarah E Bessenger**

| | |
|---|---|
| **From:** | Jamie T. Bird |
| **Sent:** | Tuesday, February 26, 2019 12:45 PM |
| **To:** | agano@lanier.k12.ga.us; Amelia.Roberson@berrien.k12.ga.us; Barbara.bagley@coffee.k12.ga.us; Belknap.leeann@mail.fcboe.org; blaw@brooks.k12.ga.us; cburrell@southlandacademy.org; cluke@clinchcounty.com; Dana.cason@ccboe.net; danahutchinson@lowndes.k12.ga.us; darnisha.molden@clayton.k12.ga.us; debbie.hobbs@jeff-davis.k12.ga.us; Diane.hardin@benhillschools.org; egaskins@gocats.org; ericacooper@lowndes.k12.ga.us; Fredanewson@lowndes.k12.ga.us; gordonmo@lee.k12.ga.us; greid@gacyber.org; grissom@fultonschools.org; hjackson@gocats.org; jguilliams@valwood.org; Karen.Black@echols.k12.ga.us; Karla M Hull; Kathy.lovett@benhillschools.org; Kelly.schettini@cowetaschools.net; kpittman@jones.k12.ga.us; kwalker@camden.k12.ga.us; kwarren@cook.k12.ga.us; lebupchurch@lowndes.k12.ga.us; leighwalker@lowndes.k12.ga.us; Lucy_mason@gwinnett.k12.ga.us; martellis.curtis@coffee.k12.ga.us; mdukes@victorychristianvaldosta.org; mmckinney@gocats.org; mrodgers@tcjackets.net; reeses@fultonschools.org; registrar@hcavaldosta.org; Sujette.giddens@benhillschools.org; tadams@gortca.com; tcarter@camden.k12.ga.us; Teresa.garrett@berrien.k12.ga.us; terrimyers@lowndes.k12.ga.us; vgallahan@valwood.org; Yolandria_wyche@dekalbschoolsga.org |
| **Cc:** | Sarah E Bessenger |
| **Subject:** | RE: Dual Enrollment Honors Academy |
| **Attachments:** | 2019-Dual-Enrollment-Student-Participation-Agreement.docx; ACCUPLACER Link and Directions-updated February 2019.docx |

Good Afternoon Counselors,

Valdosta State University has released the course offerings for **Fall Semester 2019**. You may view these at: https://www.valdosta.edu/courses. We will begin registering DE students for fall semester on **March 25th**, so we have about a month to advise. I have attached the SPA and testing options for your reference. The SPA has not been updated from the state at this time, so just adjust the dates on your end for now.

With regard to DE institutional program placements: For students wanting to participate in any dual enrollment program in our state, it is critical for those students **wanting to attend a 4-year institution after they graduate high school**, get their DE credits from the same type of institution. The curriculum course rigor needs to be the same in order for them to be successful once they graduate and move forward into college. Around the state, universities are seeing students attempting to enter their institutions with many DE credits and yet, they cannot meet the needed admission requirements for that particular institution. Part of participating in a DE program is choosing the right institution in which to attend and not one that will just help students "check off courses." This also helps to ensure that students get the needed academic foundation that will allow them to move forward successfully wherever they go after they graduate. Your assistance in guiding your students (and their parents ☺) in this direction will certainly help them avoid this potential issue. Dual enrollment is a great program and we want to make sure students are being impacted in a positive way that will enhance their future education.

We look forward to working with your students this upcoming fall! Please let me know if you have any questions.

Jamie

*language from DE conf. in Denver-2015 used every orientation etc.*

KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
**J.B.L. - 41**

PLAINTIFF'S EXHIBIT
41

1

Jamie T. Bird
VSU Dual Enrollment Coordinator
Dual Enrollment Honors Academy
Office of Admissions
Valdosta State University
1500 North Patterson Street
Valdosta, Georgia  31602
229.249.2779 office
229.333.5482 fax
www.valdosta.edu



Good Afternoon Counselors,

As we have settled into our spring semester, our efforts now turn to **Fall Semester 2019** for planning purposes.  As you know, students may take any course in which we have approved as a dual enrollment course.  Those courses are updated frequently and may be located at https://apps.gsfc.org/SecureNextGen/dsp_accel_course_listings.cfm.  As you view this catalog specific to Valdosta State University, let me know if you see something missing and should be included.  We are always adding to our catalog, but can certainly look into something specific.

While students may take any course needed, we do have some guided cohorts built specifically for dual enrollment students as we have done in the past.  These are usually for students in close proximity to our campus.  Students may take some of these courses or make a schedule of a few courses that will work with their high school schedule.  It all depends on their needs and what will work for their high school.

**Fall Semester 2019:**

| | | | |
|---|---|---|---|
| History 2112 | MWF | 8:00-8:50 | Jr course-time will allow them to return to the high school for second block. |
| English 1101 | MWF | 9:00-9:50 | Senior requirement for British Lit |
| Math 1111 | MWF | 10:00-10:50 | Senior requirement used for 4th Math |
| Communications 1100 | T/TR | 9:30-10:45 | Great course for any DE student.  Could pair with the ENG and Math above. |
| Economics 1500 | T/TR | 9:30-10:45 | Senior requirement- Could pair with the ENG and Math above. |
| Political Science 1101 | MWF | 10:00-10:50 | |
| | T/TR | 9:30-10:45 | Required in the core curriculum |

For those online students, we are working on providing more online full term options for our DE students vs. eCore.  If you have any specific needs, please let us know.

Have a great rest of your week!!

2

**Jamie T. Bird**
VSU Dual Enrollment Coordinator
Dual Enrollment Honors Academy
Office of Admissions
Valdosta State University
1500 North Patterson Street
Valdosta, Georgia  31602
229.249.2779 office
229.333.5482 fax
www.valdosta.edu



3