**Sarah E Bessenger**

| | |
|---|---|
| **From:** | Jamie T. Bird |
| **Sent:** | Wednesday, February 27, 2019 8:07 PM |
| **To:** | Sarah E Bessenger |
| **Subject:** | Fwd: VSU and TCSG's Dual Enrollment Partnership |

Jamie Bird

Begin forwarded message:

> **From:** "Black, Karen" <Karen.Black@echols.k12.ga.us>
> **Date:** February 27, 2019 at 2:05:57 PM EST
> **To:** Rodney B Carr <rodneycarr@valdosta.edu>, "Jamie T. Bird" <jbird@valdosta.edu>
> **Subject: RE: VSU and TCSG's Dual Enrollment Partnership**
>
> Thank you for your email. One of our biggest hurdles of getting our DE students directly into the 4 yr college coursework is the fact that they must meet the math requirement along with the Reading and Writing. Our students usually don't get to take Alg 2 until their junior year which they usually need before they can meet the Algebra scores. On the other hand, some of our students can meet the reading and writing as early as 9th grade, so that allows them to begin DE classes at WGTC and GMC in advance. If they could get into VSU English and Social Studies classes before meeting the math requirements, that would much more likely be their choice of DE. Just wanted you to know where we are coming from when placing students in other settings. I look forward to your workshops on how we can better meet the needs of our students. Thank you for all you are doing for our students.
>
> Karen Black
> School Counselor
> Echols County High School
> 190 HWY 94 E
> Statenville, GA 31648
> 229-559-2486
> Fax 229-559-3491
>
> **From:** Rodney B Carr [mailto:rodneycarr@valdosta.edu]
> **Sent:** Wednesday, February 27, 2019 1:03 PM
> **To:** agano@lanier.k12.ga.us; Amelia.Roberson@berrien.k12.ga.us; Barbara.bagley@coffee.k12.ga.us; Belknap.leeann@mail.fcboe.org; blaw@brooks.k12.ga.us; cburrell@southlandacademy.org; cluke@clinchcounty.com; Dana.cason@ccboe.net; danahutchinson@lowndes.k12.ga.us; darnisha.molden@clayton.k12.ga.us; debbie.hobbs@jeff-davis.k12.ga.us; Diane.hardin@benhillschools.org; egaskins@gocats.org; ericacooper@lowndes.k12.ga.us; Fredanewson@lowndes.k12.ga.us; gordonmo@lee.k12.ga.us; greid@gacyber.org; grissom@fultonschools.org; hjackson@gocats.org; jguilliams@valwood.org; Black, Karen <Karen.Black@echols.k12.ga.us>; Karla M Hull <khull@valdosta.edu>; Kathy.lovett@benhillschools.org; Kelly.schettini@cowetaschools.net; kpittman@jones.k12.ga.us; kwalker@camden.k12.ga.us; kwarren@cook.k12.ga.us; lebupchurch@lowndes.k12.ga.us; leighwalker@lowndes.k12.ga.us; Lucy_mason@gwinnett.k12.ga.us; martellis.curtis@coffee.k12.ga.us;

KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
**J.B.L. - 42**

PLAINTIFF'S EXHIBIT
42

mdukes@victorychristianvaldosta.org; mmckinney@gocats.org; mrodgers@tcjackets.net;
reeses@fultonschools.org; registrar@hcavaldosta.org; Sujette.giddens@benhillschools.org;
tadams@gortca.com; tcarter@camden.k12.ga.us; Teresa.garrett@berrien.k12.ga.us;
terrimyers@lowndes.k12.ga.us; vgallahan@valwood.org; Yolandria_wyche@dekalbschoolsga.org
**Subject:** VSU and TCSG's Dual Enrollment Partnership

Counselors,

You recently received an email from Valdosta State's Dual Enrollment Coordinator about the Fall course schedule for Valdosta State University and dual enrollment. I would like to clarify and better define parts of the email. Please know that it is the mission and vision of Valdosta State University to collaborate with our education partners to serve your community. We strive daily to provide an environment of support for our school system partners and our partners in higher education.

As you know, dual enrollment is an opportunity for your high school students to gain an amazing advantage for a life changing education. As South Georgia's Regional Comprehensive University, Valdosta State University is committed to collaborating to meet the educational needs of dual enrollment students by partnering with the Technical College System of Georgia. The TCSG is able to provide core courses that are high quality and offered in your schools. Meanwhile, VSU complements the TCSG's offering in many of your schools, in addition to providing a unique on campus cohort program that is specially designed for those who are ready to move on to a comprehensive university experience. Working together, we are proud to promote access to quality higher education throughout South Georgia and beyond.

I will be reaching out to you soon to discuss joint counselor events held throughout our region by VSU with our TCSG partners to demonstrate how we, as a collective group, can make dual enrollment a seamless transition for your students. Please contact Mr. Tee Mitchell at rtmitchell@valdosta.edu or please reach out to me at rodneycarr@valdosta.edu.

Thank you for your investment into the next generation.

Dr. Rodney B. Carr
Vice President of Student Success
West Hall
Ph. (229) 259-2586
Email: rodneycarr@valdosta.edu

2