

**VALDOSTA STATE UNIVERSITY.**
*Building for One Next Century*

## Memo to File

**To:**    Jamie Bird, Dual Enrollment Coordinator

**From:**  Tee Mitchell, Associate Vice President for Enrollment Services

**CC:**    Jeanine Boddie-LaVan, Chief HR Officer

**Date:**  March 5, 2019

**Re:**    Reprimand

On February 26, 2019, Ms. Bird sent an email to High School Counselors throughout Georgia with whom she had established relationships discussing the Dual Enrollment (DE) Program. Language was included that suggested that students needed to get their DE credits from the same type of institution in which they were planning to attend based on the rigor of the curriculum. Unbeknown to Ms. Bird, her email was forwarded to at least one person at a neighboring Technical College and was then shared liberally by multiple institutions throughout the Technical College system. As a result, the message was considered offensive as it was perceived to suggest that Technical Colleges were ineffective in providing a good academic foundation for students who want to attend a 4-year institution after they graduate high school.

While this is an isolated occurrence in the almost 8 years that Ms. Bird has worked for the University, the email was deemed inappropriate and demonstrated a lack of judgment and decision making that is expected in the role of the Dual Enrollment Coordinator. Moreover, this communication had a significant adverse impact on recently established relationships that will need to be repaired. Accordingly, there can be no further instances where communication is disseminated that could be perceived as damaging to the University. To assist in this effort, I am requiring the following strategies:

- Ms. Bird must demonstrate the level of judgment and decision making skills and communication consistent with her position and the expectations of the Office of Admissions, Student Success, and the University.
- Ms. Bird should prepare for the possibility that there may be negative repercussions in regard to future relationships between her and HS Counselors as well as representatives from Technical Colleges for a period of time and maintain a consistent level of professionalism.
- This incident will be noted on Ms. Bird's performance evaluation for this cycle and rated accordingly.

KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
**J.B.L. - 43**



PLAINTIFF'S EXHIBIT
43

Ms. Bird's contributions to VSU and strong work ethic have been greatly appreciated and we are confident that providing her with this information will serve to ensure her continued success. Ms. Bird should not hesitate to let me know what resources or tools she believes she may need that would help her in this effort.

A copy of this memorandum will be placed in Ms. Bird's permanent personnel file in Human Resources. Consequently, failure to comply with the listed strategies or to maintain satisfactory performance in the future will result in further progressive discipline up to and including termination. Please sign in the space provided below to acknowledge that you have received a copy of this memorandum.

Signatures:

Print Employee Name:    Jamie Bird

Employee Signature:    _Bird_

Date:    _3/7/2019_

Print Supervisor Name:    Tee Mitchell

Supervisor Signature:    _Tee Mitchell_

Date:    _3/7/19_