From: Jamie T. Bird jbird@valdosta.edu
Subject: Fwd: New Changes in the Division of Student Success
Date: Aug 1, 2020 at 9:51:48 PM
To: Jamie T. Bird jbird@valdosta.edu

#57

Jamie Bird

Begin forwarded message:

From: Rodney B Carr <rodneycarr@valdosta.edu>
Date: February 4, 2020 at 2:01:16 PM EST
Subject: New Changes in the Division of Student Success

Colleagues,

The Division of Student Success has had two recent departures, Dr. Sonja Wright-Smith and Mr. Tee Mitchell. When opportunities present themselves it is always a good time to evaluate our talents and our efficiencies. Through the feedback of those in the Division and those around us, we have decided to make the following changes:

1) Rebecca Taylor, our current Director of Testing, will be the new Director of Access and Testing.
2) Mr. Rob Freidhoff will serve as the Interim Associate Vice President for Student Success.
   a. The AVP for Enrollment will not be filled, and an internal posting for AVP for Student Success will follow later in the term. (Pending BoR approval)

3) Create the **Office of First Year Transitions** – This department will house our Orientation, First Year Programs and Dual Enrollment staff. This amazing team will have primary responsibility for transitioning our students from accepted potential Blazers to returning for their sophomore year Blazers. Truly creating a cohesive response from acceptance, to orientation, to welcome week, to first few weeks of class, to Spring semester, and finally to a glorious return for sophomore year.

Dr. Rodney B. Carr



KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
CARR - 44A



PLAINTIFF'S EXHIBIT
44 A

Vice President of Student Success
West Hall
Ph. (229) 259-2586
Email: rodneycarr@valdosta.edu