

Office of Human Resources &
Employee Organization and Development

Office of Legal Affairs,
Board of Regents for the University System of
Georgia, 270 Washington Street, SW
Atlanta, Georgia 30334

**Subject: VSU Response to Jamie Bird Application for Discretionary Review**

August 24, 2020

Dear Office of Legal Affairs:

This letter is in response to the above-referenced Application for Discretionary Review made by Ms. Jamie Bird to the System Office.

**Allegations:**

Valdosta State University (VSU) was asked to provide a response to the Office of Legal Affairs at the System Level in regard to an Application for Discretionary Review submitted by Ms. Jamie Bird, Dual Enrollment Manager at VSU. In Ms. Bird's request, she alleges harassment and intimidation by Dr. Rodney Carr on the basis of her sex/gender. Specifically, she indicates adverse treatment and subsequent termination due to Dr. Carr's actions against her stemming from an incident that occurred in her office in February 2019. As such, Ms. Bird lists nine actions taken against her over the past 17 months.

**Response:**

In order to provide a complete response, it was decided that it was necessary to conduct a review of the documented actions that Ms. Bird listed. Ms. Jeanine Boddie-LaVan and Ms. Sonya Michelle Jordan, (hereinafter referred to as "the committee") led this review. In the course of the review, the Committee 1) reviewed the packet of information provided by Ms. Bird; 2) spoke with Dr. Rodney Carr; 3) researched relevant policies and procedures; and 4) reviewed emails, HR notes, and other pertinent documentation.

The findings from the review indicated that:

- Dr. Carr's recollection of the February 2019 interaction with Jamie Bird is different from Ms. Bird's account.
- Dr. Carr's behavior of not meeting with women behind a closed door has been previously established by HR in writing.
- In regard to the Ms. Bird's reprimand, Mr. Mitchell and Dr. Carr followed the guidance given to them by the Office of Human Resources.
- VSU's HR worked collaboratively with Ms. Bird's supervisor regarding the level of progressive discipline and the reprimand.
- HR met with Dr. Carr and Ms. Bird on multiple occasions <u>individually</u> and at no time did either party discuss the February 2019 interaction or provide that interaction as a basis for the reprimand.
- While HR can neither confirm nor deny that Ms. Bird shared the February 2019 interaction between her and Dr. Carr with her then supervisor (Mr. Render Tee Mitchell), we have confirmed that Mr. Mitchell did not forward or share any of Ms. Bird's concerns to the Office of Human Resources.

KAIRISA J. MAGEE, RPR, GCCR
2/21/2022
PLAINTIFF'S EXHIBIT
**J.B.L. - 46**


PLAINTIFF'S EXHIBIT
46

1

- The Office of Social Equity provided a statement on August 12, 2020 indicating they have never received a formal or informal complaint from Ms. Bird or Mr. Mitchell regarding prohibited behavior from her supervisor or co-workers. (**Note – On Thursday, August 20, 2020, OSE received a complaint from Ms. Jamie Bird on the matter**).
- Dr. Carr followed the guidance and training from VSU's HR sent to all supervisors in regard to what constitutes merit and performance evaluations.
- The decision to change merit recommendations was based solely on the pool of money allotted and impacted almost all employees within the Student Success Division.
- Prior to meeting with Ms. Bird on March 7, 2019, both Mr. Mitchell and Dr. Carr were fully aware that the written reprimand Ms. Bird signed contained the statement "A copy of this memorandum will be placed in Ms. Bird's permanent personnel file in Human Resources."
- Prior to meeting with Ms. Bird on March 7, 2019, both Mr. Mitchell and Dr. Carr were fully aware that the written reprimand Ms. Bird signed contained the statement "This incident will be noted on Ms. Bird's performance evaluation for this cycle and rated accordingly."
- Data shows that the overall retention rates in Dual Enrollment has decreased over the last five years, resulting in a new reporting structure whereby the current supervisor is experienced in relationship building, connections and retention.
- Data shows that the percent of new freshman retained by Dual enrollment is at the lowest it has been in the last five years, resulting in a new reporting structure whereby the current supervisor is experienced in relationship building, connections and retention.
- The Committee found a consistent pattern among Dr. Carr's ratings on evaluations as well as merit decisions.
- The restructuring of reporting relationships changed the make-up of the leadership team for both Dr. Carr and Mr. Freidhoff and the way in which the meetings were conducted.
- Dr. Carr provided a legal non-discriminatory reason for the recommendation to RIF the manager position within Dual Enrollment.

**Conclusion:**

We respectfully request that this Application for Discretionary Review be denied for the reasons set forth in this document. We request the opportunity to respond to any additional submissions by Ms. Bird, including statements shared on her behalf by others. Should you require any additional information, please feel free to contact us directly. Thank you for your consideration in this matter.

Sincerely,

Jeanine Boddie-LaVan
Chief HR Officer

CC: Justin Arrington

2

**Documentation:**

**1. A summary of Dr. Rodney Carr's recollection of the February 2019 interaction with Ms. Jamie Bird**
The Committee spoke with Dr. Rodney Carr on Monday, August 10, 2020. His recollection of the February 2019 interaction between him and Ms. Bird went as follows:

- Dr. Carr was informed that a dual enrollment student committed suicide the night before.
- Dr Carr was passing by Admissions when he spotted Ms. Bird's car and thought to check on her.
- Ms. Bird was crying when he arrived.
- Dr Carr believes because it is a standard practice for him to meet with employees in the presence of his administrative support employee that he would have asked for permission to hug her.
- Dr. Carr confirmed that that he was going to do something he had never done before (hug her). While he does not remember Ms. Bird giving an audible response because she was crying, he stated that he would not have proceeded without at least an affirmative nod.
- Dr. Carr explained that as a rule, he usually doesn't meet with women in an office alone or with the door closed (HR does have statements from his direct reports indicating the same)
- Dr. Carr does not remember who closed the door but does recall that he had to open it to leave.
- Dr. Carr stated that it is likely that the door was closed because Ms. Bird was crying and the sensitive nature of what they were discussing.
- Dr. Carr denied that Ms. Bird pulled away from him or moved to open the door. He says that since he knew the student was one that Ms. Bird had recruited and that same student had committed suicide, he would have most likely discussed her having access to EAP counseling and then left.
- When asked if he spoke to anyone about the interaction, Dr. Carr says that he does not remember doing so.
- Dr. Carr stated that Mr. Mitchell (Ms. Bird's supervisor at the time) never mentioned a concern about the interaction on the part of Ms. Bird either at the time it happened or at the time that of the written reprimand.
- The Committee reached out to the Office of Social Equity to inquire about any complaints relating to the incident in Ms. Bird's office following the suicide of a student. As of August 12th, there have been no complaints reported to the Office of Social Equity or to Human Resources.

**2. Item-by-item response regarding alleged actions.**
**Alleged Action #1** – "6 days after the February 2019 incident, I was verbally reprimanded regarding an email that I sent to the high school counselors; (this email was approved by the Associate Director of Admissions) Dr. Carr stated that he would write me up and "keep it in his desk drawer" and "be able to pull it out and fire me if I did anything stupid again." He further stated it would not impact my future evaluations, merit pay and would not involve HR. My supervisor was with me during this meeting and will verify this dialogue."
Dr. Mitchell did notify HR that a verbal reprimand was issued prior to HR's involvement. The CHRO issued guidance for the written reprimand based on the severity of the infraction policy VSU and HRAP and shared past practice.

Dr. Carr and Mr. Mitchell met with Ms. Bird on March6, 2019, to discuss the impending reprimand. At this meeting, both men had reviewed the reprimand and were fully aware of the facts that the reprimand would be included in Ms. Bird's personnel file and would be noted on her review and impact merit.

**Alleged Action #2** – "Approximately a week later, I was given a written reprimand that appeared to have been written by my supervisor. My supervisor stated that he was directed to write the reprimand or be written up for insubordination and fired if he did not write it. My supervisor was never in agreement that a written reprimand needed to be given. I did follow up with the HR Director upon receipt of the letter. She contacted Dr. Carr for his response. He said that "he was going to keep the reprimand in his "desk drawer AND at HR." This is not true."

3

Mr. Mitchell asked HR whether we could consider a verbal reprimand and provided multiple reasons it should be considered. Moreover, Mr. Mitchell never discussed a February 2019 interaction. In review of the incident, the amount of damage control that needed to be completed as well as the repercussions between VSU HR did make Mr. Mitchell aware that we would be moving forward with a written reprimand, While VSU HR and Dr. Carr did discuss the fact that Mr. Mitchell seemed unable or unwilling to grasp the severity of this incident, there was never a discussion regarding Mr. Mitchell's termination. Furthermore, Dr. Carr denies any conversations that suggested that Mr. Mitchell would be terminated if he did not "write it".

The written reprimand letter was created in collaboration with Human Resources and Mr. Render "Tee" Mitchell. Dr. Carr's involvement in the creation of the letter was limited to review only.   However, VSU HR provided guidance and provided the draft of the letter.

In meetings with both Mr. Render Mitchell and Ms. Jamie Bird separately and together, foreknowledge or approval of Bird's email by Mr. Mitchell prior to Ms. Bird sending to the K12 Counselors was not shared. While, it was noted that a similar letter was sent out annually, on this occasion, Ms. Bird made edits to the letter that her supervisor was not aware of before the letter was sent.

In a meeting with Ms. Bird on March 7, 2020, she shared with HR that Dr. Carr told her that the reprimand would only be kept in his desk drawer and not shared with HR. However, Mr. Mitchell brought the signed letter over to HR immediately after the counseling session occurred. Nevertheless, upon hearing the claim, HR reached out to Dr. Carr who denied making this statement. We provided this information in an email to Ms. Bird on March 8, 2020.

**Alleged Action #3 -- "I improperly failed to receive a promotion within the Office of Admissions in January of 2020 when I was moved to another department on campus."**
Upon Mr. Render Mitchell's (Ms. Bird's supervisor) leaving, Ms. Bird underwent a "reporting structure only" change whereby she would report to the interim Associate VP. Prior to January 2020, Ms. Bird's department was listed as Admissions, and since January of 2020, her department continues to be listed in OneUSG as Admissions. Nothing changed in regard to Ms. Birds' classification, role or responsibilities that would have warranted a promotion or a reclassification. Moreover, VSU recently completed a class and comp study with the Carl Vincent Institute of Georgia (CVIOG) and the recommendation at the conclusion of the study was that Ms. Bird was appropriately classified in the Manager classification.

**Alleged Action #4 – "Dr. Carr returned to my office in January 2020 (frrst (sic) time since incident and with my supervisor no longer at VSU) and referenced the February 2019 incident using some of the same language he did in 2019."**
The Committee was not sure of the reference of the February 2019 incident. When asked, Dr. Carr denied ever discussing the February 2019 interaction at a later time, whereby he gave her a hug. However, in January of 2020, Ms. Bird came to Dr. Carr to discuss her title based on CVIOG.  In regard to this meeting, Dr. Carr agreed that there was a reference made to the reprimand due the letter Ms. Bird sent in February 2019.

VSU Employee Relations Manager, Michelle Jordan, also recalled Dr. Carr sharing with her a discussion from that meeting whereby, Ms. Bird asked Dr. Carr why they do not talk like they used to. Dr. Carr shared that he told Ms. Bird, it was because at the conclusion of the March 2019 meeting with Ms. Bird and Mr. Mitchell concerning the reprimand, Ms. Bird informed Dr Carr that she "holds a grudge". Dr. Carr stated that his response was that he does not and that the perceived distance was him wanting to give her as much space as needed.

Immediately after the January 2020 conversation, Dr. Carr contacted VSU's CHRO for guidance regarding a title/salary change for Ms. Bird.  Human Resources explained that she was in the appropriate classification based on her duties.

A review of HR documentation indicates that when Dr. Carr was provided with the recommendations for his unit, he accepted all CVIOG recommendations initially.  Later, he did come to HR regarding a classification change for a different employee due to a 50% reduction in duties for that employee.

4

**Alleged Action #5 – "Moved the DE program from the Office of Admission to another department on campus that was not equipped with dual enrollment knowledge; therefore, not able to provide continued support for the program."**

After the departure of Mr. Mitchell as Ms. Bird's supervisor, Dr. Carr moved First Year Programs and Dual Enrollment under the Chief Advising Officer and Interim VP of Student Success. Ms. Bird reported to the prior AVP and is now reporting to the Interim AVP. Moreover, Dr. Carr's decision also would provide additional support for the decline of retention of dual enrollment students by connecting them with advising sooner in their college experience. While Ms. Bird expressed concern that Mr. Freidhoff (her new supervisor) did not understand anything at all about dual enrollment, Dr. Carr explained that Mr. Freidhoff was exceptional at building relationships and retaining students.

**Alleged Action #6 – "Removing me from the Enrollment Services Leadership Team that met monthly to provide knowledge and expertise on enrollment services."**

Prior to the movement of dual enrollment, Ms. Bird had been meeting with Mr. Mitchell's leadership team. This included representatives from several offices on campus such as the registrar, testing, admissions, etc. The last leadership meeting held was in the fall 2019 semester, but Dr. Carr said that he did not believe these meetings were monthly. However, when reporting structure changed, these departments (registrar, testing, admissions) were now reporting directly to Dr. Carr and joined his Leadership Team. As a result of the change in reporting structure, it was no longer necessary for Ms. Bird to meet with the same group. The Committee confirmed with Mr. Freidhoff that he does not currently have a meeting whereby his entire leadership group participates but rather meetings with them individually and on an "as needed basis".

**Alleged Action #7 – "Did not allow my current supervisor to complete my 2019 performance evaluation claiming that my previous supervisor had completed the evaluation. This is false. Dr. Carr prevented my previous supervisor from completing my 2019 evaluation. In fact, Dr. Carr completed the evaluation. (A comparison of my evaluations prior to February 2019 shows the impact that this incident has had on my career)."**

Ms. Bird also alleges that Dr. Carr did not allow Mr. Mitchell to complete her annual evaluation. At the time of Mr. Mitchell's resignation, Dr. Carr specifically instructed Mr. Mitchell that he would have to complete annual evaluations from 2019 prior to his resignation being effective. Also, Mr. Mitchell received several email communications as the supervisor giving reminders that this must be completed. As of the date that Mr. Mitchell left VSU, his annual reviews were not completed. This left Dr. Carr as the 2nd level supervisor responsible for the annual reviews of all Mr. Mitchell's previous direct reports.

Dr. Carr explained that his understanding regarding evaluations and ratings was that successful should be what employees are rated when they are doing their jobs effectively. Any rating other than successful required consistent documentation to support it. This understanding is consistent with HR guidance as well as the current training of management that has been provided. Dr. Carr confirmed that neither the self-review nor the documentation that was left behind indicated performance for those under Dr. Mitchell that exceeded expectations or fell below expectations. Since Dr. Carr did not have sufficient documentation to justify higher or lower ratings, he rated Ms. Bird's performance as successful. As a result of this training and calibration of ratings, a majority of evaluations of employees reflected a "decrease" in ratings in 2019 evaluation year. Moreover, all of Mr. Mitchell's direct reports, received an overall rating of "successful".

**Alleged Action #8 – "Dr. Carr adjusted my merit pay to a rate lower than that submitted by my supervisor."**

Ms. Bird suggests that Dr. Carr changed her merit after a higher amount was recommended by her supervisor. Dr. Carr did change the merit recommendations for many of the employees in his area. Records indicate that Dr. Carr applied an equal measure to all those employees who were similarly situated so that all employees who received similar scores on their evaluations received the same merit percentage recommendation. Consistent with all unit heads, Dr. Carr explains would have done it this way due to budget restrictions.

**Alleged Action #9 – "On July 27, 2020, Dr. Carr shared portions of my confidential personnel information with another employee at VSU under the guise of collecting some "missing" information that was not in my Human Resources' file."**

Ms. Bird alleges that Dr. Carr shared confidential information of hers under the guise of collecting missing information that was not in her personnel file. She alleges that this took place on 07/27/2020. When asked, Dr. Carr could only recall inquiring about how many years of service Ms. Bird had through the K-12 school system. This information was requested during an attempt to assist in finding out when Ms. Bird was eligible for retirement. Since her 60th birthday was close enough to the Reduction in Force effective date, he was considering the possibility of extending the date, so that she could have the choice to retire prior to her position being eliminated. Ultimately, her position remains in effect until after her eligibility date for retirement.

### 3. Legal Non Discriminatory Justification for RIF

Ms. Bird suggests that she should not have been the choice for reduction in force because she has grown the program by 300% and that she is the only one who handles dual enrollment for VSU. However, the reduction in force was not based on performance but rather it was based on financial exigency. In researching peer institutions, Dr. Carr determined that VSU has approximately 300 students currently in dual enrollment while our peer institutions have upwards of 400. In addition, our peer institutions do not have a dedicated individual who handles dual enrollment as their local recruiters handle this. Lastly, he looked at similar positions to find that our recruiters handle a case load of approximately 338 students each and are paid $32,000 per year. Ms. Bird handles a case load of approximately 238-300 students and receives compensation of $58,000 per year. Her duties could be re-assigned to the local recruiters and therefore, her position was able to be eliminated with the least impact to students.

### 4. A copy of, or link to, the HRAP Policy regarding Grievance Procedures.

Attached -

Ms. Bird did ask us for a recourse to the reprimand and stated that she had never received a reprimand before. We shared the standard protocol that while the reprimand will remain in the file, however, tried to assure her that it is given very little weight after a year of no other issues. We also shared that we would review HRAP to see if there was anything else that could be done. We emailed her the next date and shared that a reprimand was not something listed as grieveable.

### 5. A snippet of VSU Policy and Procedures.

Supervisors, with the assistance of Human Resources & Employee Development, are given the discretion to choose the best available method to address unacceptable performance or conduct in light of overall circumstances. Therefore, it is incumbent upon all supervisors to address unacceptable performance or conduct by their employees. Such action may range from a simple verbal warning to discharge. Supervisors may use the performance evaluation process when applicable but should also address problems as they occur using other methods. This is including, but not limited to, verbal coaching,

40

review of expectations, additional training, to documented conferences and warnings.

### 6. A copy of Dual Enrollment Retention Rates.

Attached

### 7. A copy of the written reprimand (drafted by HR) for Jamie Bird.

Attached

### 8. A copy of the meeting requests.

Attached

9. A snippet of the merit tool submitted by Tee Mitchell and copy of merit decisions on those within Student Affairs approved by Dr. Rodney Carr.

Attached

10. A copy of Bird's 2018 Performance Evaluation.

Attached

11. A copy of HR training on performance evaluation

Attached

12. A copy of the emails that were sent to Tee Mitchell so that he could finalize Ms. Bird's 2019 performance review prior to his department

Attached

13. A snippet from HR documentation confirming that Dr. Carr has a standard established practice whereby his administrative assistant sits in on all meetings with him, especially employees of the opposite gender.

The Committee also confirmed that Ms. Branch sits in on meetings with Dr. Carr's other female direct report, Chere' Peguesse (white female) as well as with HR/EOD Ashley Cooper (white female). Furthermore, we confirmed that Dr. Carr had Ms. Branch sit in to record coaching conversations with most of his directors irrespective of gender or race. Similar to Dr. Peguesse, all male direct reports verified that Ms. Branch sits in on all their meetings with Dr. Carr and is an active participant in the discussion at least half the time. Both Dr. Carr and Ms. Branch separately stated that Dr. Carr's practice when meeting with employees or students of the opposite gender is to have his administrative assistant, Shauna Branch, to sit in on the meeting.

14. A copy of the performance evaluations of other direct reports under Rodney Carr as well as Bird's peers rated by Dr. Carr.

Attached

15. Any other information that VSU deems relevant to Ms. Bird's allegation or to the resolution of this complaint.

Mitchell resignation letter – Attached (Indicating resignation based on new opportunity only)
Bird's 2019 Review Acknowledged by Carr and Bird w/ no comment – Attached
OneUSG Department Listing for Bird – Attached
Student Success Merit Decisions – Attached
Emails – Attached
Snippet from the RIF request regarding Dual Enrollment:

> **Dual Enrollment:** Dual enrollment is being eliminated as a one-employee department. Dual enrollment will be absorbed by the overall admissions recruiters and these duties will become a part of the regular case load for the recruiter rather than being a separate process. A manager position is no longer necessary to oversee these processes. The second person on the organization chart is an admissions employee who had been providing support and assistance to dual enrollment. That employee will remain with admissions after the reduction in force is effective. Eliminating one employee units and departments is in keeping with guidance from the Comprehensive Administrative Report.

**Contact**
Jeanine Boddie-LaVan
Chief HR Officer
1500 N. Patterson Drive, Entrance 5
229-333-5709

# ATTACHMENTS

Attachment 1 HRAP Grievance
Corresponds to Documentation #4

## HUMAN RESOURCES
University System of Georgia

# Human Resources Administrative Practice Manual

## Employee Relations

« PREV [Gratuity]                    NEXT [Performance Evaluation] »

## Grievance Policy

**Citation Reference**

**Official Title**                    Policy on Grievance

**Citation Reference**

| | |
|---|---|
| Abbreviated Title | Grievance |
| Volume | Human Resources |
| Responsible Office | Human Resources |
| Originally issued | May 2008 |
| Revised | |

# Policy Statement

The University System of Georgia is committed to providing a good working environment for its faculty and staff. Conflicts and disagreements between employees and their supervisors are inevitable. It is the policy of the University System of Georgia to resolve these disputes fairly, and at the lowest possible level. When these conflicts or disagreements occur, employees should first attempt to resolve them through discussion with their supervisor.

# Reason for Policy

This policy reinforces the institution's commitment to provide a safe and amicable workplace for all employees.

# Entities Affected By This Policy

All units of the University System of Georgia are covered by this policy.

# Who Should Read This Policy

All employees within the University System of Georgia should be aware of this policy.

# Contacts

| Contact | Phone | Email/URL |
|---|---|---|
| Office of Human Resources | 404-962-3235 | usg-hr@usg.edu |
| Institution Chief Human Resources Officers | | See University System HR Officer Listing at http://www.usg.edu/hr/officers/ |
| Chief Legal Affairs Officer, USG | 404-962-3255 | usg-legal@usg.edu |
| Institution Chief Legal Affairs Officer | Refer to institution directory. | |

# Website Address for This Policy

None

# Related Documents/Resources

None

# Definitions

These definitions apply to these terms as they are used in this policy:

- **Board of Regents**: The governing body of the University System of Georgia

- **Boa.    f Review**: A designated employee or group of employee.    signed to consider a grievance file by an employee and review the action taken, as determined by each individual institution.

# Overview

The policy is intended to provide an avenue for resolution of conflicts at the lowest possible level. Attempted resolution may be addressed through the Grievance/Disciplinary Review Process, if applicable.

A grievance or disciplinary review will be available to handle claims that a person has been harmed by any action that violates the policies of either the institution or the Board of Regents of the University System of Georgia ("the Board of Regents") or for requested disciplinary review pursuant to the University System policy, entitled Dismissal, Demotion or Suspension.

A grievance will not be available to dispute:

- promotion and tenure decisions,
- performance evaluations,
- hiring decisions,
- classification appeals,
- challenges to grades or assessments,
- challenges to salary decisions,
- challenges to transfers or reassignments,
- termination or layoff because of lack of work or elimination of position,
- investigations or decisions reached under the institutions Harassment Policy, and
- normal supervisory counseling.

In addition, these formal procedures will not be available to a student or employee who has chosen to seek relief through a department, school or unit's internal grievance procedure unless such procedure failed to provide a fair and impartial hearing and an adequate mechanism for appeal or review.

# Process/Procedures

# Circumstances under Which Grievances May Be Filed

A classified employee may file a grievance only if:

- The employee has been suspended; or
- The employee has been discharged; or
- The employee has been demoted, or their salary has been reduced.

An employee may not file a grievance, even in the above circumstances, if:

- The discharge occurred during the six (6)-month provisional period;
- They have been adversely affected by a reorganization, program modification or financial exigency (such employees may apply to the Board of Regents for review);
- The issue underlying the grievance is a charge of discrimination on the basis of race, sex, age, disability or religion. Such charges should be directed to the Affirmative Action/EEO Officer.
- The issues being grieved have been previously heard by an administrative panel at the institution.

## Grievance Procedures

A classified employee may file a grievance by completing a grievance form and submitting it to the Chief Human Resources Officer (or other office designated to handle grievances). Unless there is good cause for delay, a grievance must be filed within ten (10) working days of the notice of suspension or discharge. If filed after that time, the grievance must be accompanied by a written explanation for the delay. The Chief Human Resources Officer will rule on whether the employee had good cause for filing the grievance late. Upon submission of the grievance statement, the grievant will be provided with a copy of the formal grievance policy and other documents pertaining to grievance hearing procedures. The employee shall be entitled to the procedural protections of a hearing before a Board of Review. The Board of Review hearing may take place either before or after the effective date of the personnel decision in question.

# Responsibilities

The responsibilities each party has in connection with the Grievance Policy are:

| Party | Responsibility |
|---|---|
| Vice Chancellor for Human Resources, USG | Ensure compliance with policy; provide guidance and advice to campus Chief Human Resources Officers on appropriate grievance hearing processes. |
| Institution Chief Human Resources Officers | Ensure compliance with policy; establish institution specific grievance hearing procedures. |
| Chief Legal Affairs Officer, USG | Serve as a resource for the Vice Chancellor for Human Resources and campus Chief Human Resources Officers, providing advice and guidance on application of policy and appropriate hearing processes. |
| Institution Chief Legal Affairs Officer | Serve as a resource for the campus Chief Human Resources Officer, providing advice and guidance on application of policy and appropriate hearing processes. May design or assist in design of institution specific hearing procedures. |

# Forms

None

# Appendices

None

Attachment 2 DE Enrollment Rates
Corresponds to Documentation #6



## Retention of Dual Enrollment Students

Terms: Fall 2015 - Fall 2016 - Fall 2017 - Fall 2018 - Fall 2019

### Dual Enrollment Retention Rates

| Term | Total Students | Total Not Retained | Percent Not Retained | Total Retained | Percent Retained |
|---|---|---|---|---|---|
| Fall 2015 | 52 | 26 | 50.0% | 26 | 50.0% |
| Fall 2016 | 137 | 60 | 43.8% | 77 | 56.2% |
| Fall 2017 | 184 | 93 | 50.5% | 91 | 49.5% |
| Fall 2018 | 241 | 122 | 50.6% | 119 | 49.4% |
| Fall 2019 | 205 | 115 | 56.1% | 90 | 43.9% |

### Dual Enrollment Retained Students by Status

| Term | Total Retained | Retained as Dual Enrollment Student | Percent Retained as Dual Enrollment Student | Retained as New Freshman Student | Percent Retained as New Freshman Student | Retained as Other Student Type | Percent Retained as Other Student Type |
|---|---|---|---|---|---|---|---|
| Fall 2015 | 26 | 16 | 30.8% | 9 | 17.3% | 1 | 1.9% |
| Fall 2016 | 77 | 40 | 29.2% | 34 | 24.8% | 3 | 2.2% |
| Fall 2017 | 91 | 40 | 21.7% | 44 | 23.9% | 7 | 3.8% |
| Fall 2018 | 119 | 65 | 27.0% | 47 | 19.5% | 7 | 2.9% |
| Fall 2019 | 90 | 52 | 25.4% | 27 | 13.2% | 11 | 5.4% |

Note: This report is intended for internal use only and should not be distributed to others outside of the university or published to the website.

As of Aug 13, 2020                A Collaborative Report from Institutional Research and Data Warehouse                Page 1 of 1
http://www.valdosta.edu/administration/institutional-research/
(229) 333-7831

Attachment 3 Bird Reprimand
Corresponds to Documentation #7



**VALDOSTA
STATE
UNIVERSITY**

# Memo to File

**To:**     Jamie Bird, Dual Enrollment Coordinator

**From:**  Tee Mitchell, Associate Vice President for Enrollment Services

**CC:**     Jeanine Boddie-LaVan, Chief HR Officer

**Date:**  March 5, 2019

**Re:**     Reprimand

On February 26, 2019, Ms. Bird sent an email to High School Counselors throughout Georgia with whom she had established relationships discussing the Dual Enrollment (DE) Program. Language was included that suggested that students needed to get their DE credits from the same type of institution in which they were planning to attend based on the rigor of the curriculum. Unbeknown to Ms. Bird, her email was forwarded to at least one person at a neighboring Technical College and was then shared liberally by multiple institutions throughout the Technical College system. As a result, the message was considered offensive as it was perceived to suggest that Technical Colleges were ineffective in providing a good academic foundation for students who want to attend a 4-year institution after they graduate high school.

While this is an isolated occurrence in the almost 8 years that Ms. Bird has worked for the University, the email was deemed inappropriate and demonstrated a lack of judgment and decision making that is expected in the role of the Dual Enrollment Coordinator. Moreover, this communication had a significant adverse impact on recently established relationships that will need to be repaired. Accordingly, there can be no further instances where communication is disseminated that could be perceived as damaging to the University. To assist in this effort, I am requiring the following strategies:

- Ms. Bird must demonstrate the level of judgment and decision making skills and communication consistent with her position and the expectations of the Office of Admissions, Student Success, and the University.
- Ms. Bird should prepare for the possibility that there may be negative repercussions in regard to future relationships between her and HS Counselors as well as representatives from Technical Colleges for a period of time and maintain a consistent level of professionalism.
- This incident will be noted on Ms. Bird's performance evaluation for this cycle and rated accordingly.

Ms. Bird's contributions to VSU and strong work ethic have been greatly appreciated and we are confident that providing her with this information will serve to ensure her continued success. Ms. Bird should not hesitate to let me know what resources or tools she believes she may need that would help her in this effort.

A copy of this memorandum will be placed in Ms. Bird's permanent personnel file in Human Resources. Consequently, failure to comply with the listed strategies or to maintain satisfactory performance in the future will result in further progressive discipline up to and including termination. Please sign in the space provided below to acknowledge that you have received a copy of this memorandum.

**Signatures:**

Print Employee Name:      **Jamie Bird**

Employee Signature:

Date:      3/7/2019

Print Supervisor Name:      **Tee Mitchell**

Supervisor Signature:

Date:      3/7/19

| | |
|---|---|
| **From:** | Jeanine Y Boddie-La Van |
| **To:** | Jamie T. Bird |
| **Subject:** | RE: Bird |
| **Date:** | Thursday, March 7, 2019 12:53:00 PM |

Yes that would be perfect.  See you then.


-----Original Message-----
From: Jamie T. Bird
Sent: Thursday, March 7, 2019 12:53 PM
To: Jeanine Y Boddie-La Van <jyboddielavan@valdosta.edu>
Subject: Re: Bird


I have rearranged and can come at 2:00. That still work for you?

Jamie Bird


> On Mar 7, 2019, at 12:35 PM, Jeanine Y Boddie-La Van <jyboddielavan@valdosta.edu> wrote:
>
> Hi Jamie,
>
> I have a 3 pm and am not sure how long it will last. However I am free until 2:45 pm. Can you come before?
>
> Jeanine
>
> -----Original Message-----
> From: Jamie T. Bird
> Sent: Thursday, March 7, 2019 12:20 PM
> To: Jeanine Y Boddie-La Van <jyboddielavan@valdosta.edu>
> Cc: frankbirdagency@gmail.com
> Subject: Bird
>
> Jeanine,
>
> I spoke with Tee today regarding this on-going situation.  I do have some questions.  Would you by any chance be able to see me today after 3:00?
>
> Jamie Bird

| | |
|---|---|
| **From:** | Jeanine Y Boddie-La Van |
| **To:** | Tee Mitchell |
| **Subject:** | RE: Meeting |
| **Date:** | Thursday, February 28, 2019 10:54:00 AM |

We are on our way.

-----Original Message-----
From: Tee Mitchell
Sent: Thursday, February 28, 2019 10:53 AM
To: Jeanine Y Boddie-La Van <jyboddielavan@valdosta.edu>
Subject: Meeting

Hi Jeanine,

Can you meet with Jamie at 11:15?

Thanks,
Tee

Sent from my iPhone

## Michelle Jordan

| | |
|---|---|
| **From:** | Rodney B Carr |
| **Sent:** | Wednesday, August 19, 2020 9:47 AM |
| **To:** | Michelle Jordan |
| **Subject:** | Fw: Meeting with Jamie Bird |

---

**From:** Rodney B Carr
**Sent:** Monday, March 4, 2019 5:54 PM
**To:** Tee Mitchell <rtmitchell@valdosta.edu>
**Cc:** Shauna Morris Branch <slmorris@valdosta.edu>
**Subject:** Meeting with Jamie Bird

Tee,

I would like to schedule a meeting with you and Jamie for Wednesday morning at 9:30 if you are both available.

Dr. Rodney B. Carr
Vice President of Student Success
West Hall
Ph. (229) 259-2586
Email: rodneycarr@valdosta.edu

1

## Michelle Jordan

| | |
|---|---|
| **From:** | Shauna Morris Branch |
| **Sent:** | Wednesday, August 19, 2020 9:45 AM |
| **To:** | Michelle Jordan |
| **Subject:** | Meeting |



Shauna M. Branch
Assistant to the Vice President for Student Success
Valdosta State University
West Hall, Executive Suite, Room 1010
1500 N. Patterson St.
Valdosta, GA 31698
Ph. (229) 253-4210
Email slmorris@valdosta.edu

Attachment 5 Merit Tool
Corresponds to Documentation #9



From: Rebecca Lynn Taylor
Sent: Tuesday, March 19, 2019 8:42 AM
To: Ler Mitchell Admin Aefl@uabhinta.edu>
Cc: Jerome T Boddie La Van <rybolddenlavan@uabhinta.edu>
Subject: Merit

Good morning Lee

Due to an error (on my part) with the Merit recommendation site the percentages for my staff (Joshua Robertson and Matthew Flanigan) is not showing up on the IT side. Per the recommendation of Dr. Boddie LaVan, Director of Human Resources would you forward her a screen shot of the page you see with the recommended merits for my staff?

Thank you,
Rebecca

Skip to Main Content
The Annual Review has been saved!

**2018 Annual Review**

Attachment 6 Bird 2018 Review
Corresponds to Documentation #10

**Review Status:** Open

**Annual Review Type:** Focal

**Program Timeframe:** 04/01/18 to -

**Last Updated:** February 12, 2019 10:28

**Last Completed Step:** Self Assessment

**Co-reviewer:**

# Annual Review for Jamie Bird (Score in progress: Distinguished)

Supervisors should evaluate employees on job performance and goals from April 1, 2018 through March 31, 2019. Supervisors should also do their best to incorporate information provided on the self-assessment into the annual review.

Required fields are indicated with an asterisk (*).

ᴬᴮꟼ Check spelling  ▼

## Goals

Goals:

The 2017 goals remain in effect.

* Comments
The DE goal was fairly aggressive at 20%. Jamie exceeded the DE goal with an increase of 30% for the Fall 18 term.

* Rating
Distinguished

## Competencies

* Comments
Jamie is always looking for ways to refine her DE processes. I would like to encourage Jamie to demonstrate the level of judgment, decision making skills and communication consistent with her position and the expectations of the Office of Admissions, Student Success and the University. Jamie will focus on strengthening relations with TCSG officials, which in turn should negate any negative repercussions in regard to partnerships with Technical Colleges and HS Counselors.

* Rating
Emerging

## Job Specific Responsibilities

* Comments
Jamie currently oversees the recruitment of DE students as well as advising through their first term of enrollment as a FR at VSU. She currently serves on the state DE planning committee to provide insight on the development of standard protocols and procedures for all DE programs in the state.

* Rating
Distinguished

# Accomplishments

* Comments
Jamie did a great job of coordinating and carrying out our DE recruitment plan for Fall 18. The DE program has increased by 363% since Fall 15. This was accomplished in part by reaching out to all of the local high schools and strengthening relationships with HS counselors and administrators. I believe her tireless efforts have been the key to increasing DE at VSU. Jamie is working on using innovative ways in which to restructure the current DE model that will better meet the needs of our VSU professors/local schools and students alike. This will ensure SACS accreditation requirements are met as well as various specific needs of all stakeholders.

# Overall Rating

* Comments
Jamie is a great ambassador for VSU. One of her greatest strengths is building relationships and she takes it seriously. She takes pride in her work at VSU. I would like for Jamie to build relations with local TCSG school as well.

* Rating
Distinguished
performance_evaluation_17872 performance_review_13015 edit_performance_evaluation_17872
To ensure the security of your data, you will be logged out due to inactivity in 3 minutes at

.

Any data not saved will be lost.

Click 'OK' to keep your session active.

Case 7:21-cv-00002-WLS Document 34-40 Filed 05/13/22 Page 26 of 57

# Performance Management Series

- ▶ Goal-Setting & Setting Performance Standards – September
- ▶ Engaging in Effective Dialogue- October
- ▶ Managing Underperformers – November
- ▶ Preparing for the Performance Review – January

Case 7:21-cv-00062-WLS   Document 34-40   Filed 05/12/22   Page 27 of 57

# Calibrating & Consistency Across Areas

When we celebrate The Blazers as an NCAA Championship Team – we celebrate because they rose above every other team to meet that level of performance.

We want to bring that championship culture to our University as a whole, not just in Athletics.

If we inflate ratings we are not supporting a championship culture – instead we are supporting a participative culture.

# Writing the Review

- Rating system
  - 1 – unsuccessful - Performance falls short of the minimum criteria and standards. Immediate and substantial improvement is necessary. Examples provided in additional comments section.
  - 2 – emerging - Performance is inconsistent and needs development. Performance feedback and reinforcement of training may assist in achieving success. Examples provided in additional comments section.
  - 3 – successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.
  - 4 - Performance clearly and consistently exceeds expectations. Examples provided in additional comments section.
  - 5 - Demonstrates unusual proficiency in obtaining results and is recognized as a leader/mentor. Examples provided in additional comments section.
- Comments should match ratings

## VALDOSTA STATE UNIVERSITY
## ANNUAL EVALUATION REVIEW REFRESHER
## 2019 CYCLE

Valdosta State University's performance management cycle to evaluate employees has been changed to correspond to the calendar year. Supervisors will evaluate their employee's performance progress by completing an annual evaluation in PeopleAdmin, and providing feedback to their employees through an annual review session. In January, we will start the 2019 annual review phase. As a reminder, for this cycle we will be evaluating performance from **April 1, 2019 – December 31, 2019**.

To ensure supervisors have sufficient time to complete the annual review process, the Office of Human Resources has created a timeline for preparing evaluations and conducting annual review sessions.

The timeline is as follows:

| Performance Cycle Steps | Due Dates |
|---|---|
| Supervisor enters goals set during the 2019 review cycle into the Work Plan in PeopleAdmin | Jan 2 – Jan 9 |
| Employee creates a Self-Assessment, and submits to the Supervisor through PeopleAdmin | Jan. 2 – Jan. 17 |
| Supervisor creates an annual evaluation and submits to the 2nd Level Supervisor for approval | Jan. 20 – February 7 |
| 2nd Level Supervisor approves the evaluation and submits to the VP for acknowledgement | February 10-14 |
| Vice President/Provost acknowledges review and sends back to Supervisor | February 17-21 |
| Supervisor conducts annual review with Employee | February 24-March 13 |
| Employee acknowledges review electronically through PeopleAdmin | March 16-20 All Annual Reviews must be completed by March 20th, 2020 |

Early completion of any individual task within the process is encouraged.

Issues that prevent the timely review for a subordinate (e.g., employee on extended leave) must be documented in writing. The supervisor should send a copy of that documentation to the 2nd level supervisor, Vice President/Provost, and Human Resources. (Reminder: If the reason is medical in nature, do not include specific medical information in the documentation.)

**Performance Evaluation Process**
1. All regular, full-time employees you supervise should have a:
   a. working description that reflects the employee's current responsibilities
   b. goals based on the working description

2. All employee evaluations are based on the employee's 2019 goals and competencies. The employee's goals should have been developed with the working description as the basis, using the SMART approach. SMART goals are Specific, Measurable, Attainable, Relevant, and Timely.

3. Supervisors were afforded the opportunity to create SMART goals for their employees at the time they were conducting the 2018 Annual Review. Furthermore, these goals could have been updated at any time, but no less than 90 days before the annual review if you plan to rate the employee on that specific job responsibility or goal.

4. Prior to evaluating performance for this year's performance cycle, each employee you supervise MUST review his/her 2019 goals and use the Self-Evaluation form in PeopleAdmin to provide his/her progress. You may begin creating the evaluation prior to receiving the employee's self-evaluation information; however, the evaluation cannot be submitted for approval to the 2nd level supervisor until the self-evaluation has been received or the deadline for the self-evaluation (January 17, 2020) has been exceeded.

5. The supervisor should complete the entire annual evaluation form in PeopleAdmin. Review each job responsibility and goal.
   a. Use the drop down menu and select the appropriate rating.
   b. Ensure you are not just rating recent performance but the entire performance period (April 1 – December 31)
   c. Ensure you are not rating one isolated issue unless it caused a significant issue in costs, reputation, etc. for the institution.
   d. The following rating options are available for goals and competencies:
      i.   Exemplary
      ii.  Distinguished
      iii. Successful
      iv.  Emerging
      v.   Unsuccessful
   e. Substantiate ratings with specific, observable comments.  Any individual rating other than "Successful" for either goals or competencies **requires comments**.
   f. Document improvements needed for the employee you are evaluating, if any.
   g. Initiate a Performance Improvement Plan (PIP) and/or Training Plan for your employee with specific goals and milestones.

6. The 2nd level supervisor should review the evaluation to ensure that:
   a. comments are observable,
   b. ratings are supported by the supervisor's comments,
   c. strategies are included to assist employees in performance improvement for any rating of "Emerging" or "Unsuccessful".

7. When conducting the annual review session, please be prepared to answer questions from employees regarding any developmental feedback you have given.  You should provide examples of successful behavior if improvement is necessary.  You should also be prepared to explain how the unacceptable behavior can be improved. Do not assume the employee knows what the desired performance/behavior is or how to improve it.  If an employee does not understand your expectations, he/she is not likely to meet the expectations. Communicate your expectations and describe the behavior and outcomes you want to see.

Please call the Office of Human Resources if you have any questions.  If you require additional training on the Performance Review process, please contact the HR staff.

**Please Note:**

1. Employees currently will not receive a 2019 annual review if they are still in their probationary period; were recently hired at Valdosta State University and they recently completed or will soon be completing a probationary evaluation.

2. The review session for an employee currently out on extended leave or vacation should be postponed until the employee returns, however you must create the evaluation according to the timeline.

3. If there is a dual-reporting relationship, please ensure that you coordinate the performance review with the appropriate supervisor.

4. If you have worked with Human Resources on progressive discipline or coaching strategies for any of your employees, please contact Michelle Jordan at ext. 6435 before finalizing the evaluation. Some examples of progressive discipline and coaching strategies include Oral Reprimands, Written Reprimands, Performance Improvement Plans (PIP's), Emerging or Unsuccessful ratings on reviews in the previous year performance cycle.

5. If you need a refresher on our Performance Management Process or you have a suggestion that will make this process better, please contact Michelle Jordan, or by email at sojordan@valdosta.edu to schedule as soon as possible.

Attachment 8 Emails sent to T. Mitchell
Corresponds to Documentation #12

**Jeanine Y Boddie-La Van**

| | |
|---|---|
| **From:** | Michelle Jordan |
| **Sent:** | Wednesday, August 12, 2020 2:55 PM |
| **To:** | Jeanine Y Boddie-La Van |
| **Subject:** | Render Mitchell - Regarding Annual Evaluations |
| **Attachments:** | Annual Review - Tee Mitchell - 01032020.pdf; Annual Review - Tee Mitchell - 01022020.pdf; Annual Review - Tee Mitchell - 12172019.pdf |

Jeanine,

I sent emails to Tee on the following dates and times:

12/17/2019 – Group email to all supervisors
01/02/2020 – Group email to all supervisors
01/03/2020 – Group email to all supervisors
01/09/2020 – Tee Mitchell attended an open lab training for PeopleAdmin to discuss completing evaluations in the PeopleAdmin System – We verbally discussed completing evaluations prior to Tee's departure on 01/18/2020.

*Kind Regards,*

*S. Michelle Jordan*

Employee Relations Manager | Human Resources | Division of Finance and Administration
1500 N. Patterson Street | Valdosta, GA 31698
Phone: 229.333.5709 | fax: 229.259.5030 | www.valdosta.edu

Tell us how we are doing Rate US
Want to acknowledge someone for excellent service? I Caught You Caring

This e-mail, and any attachments, contains information that is, or may be, covered by the electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining,using,copying,distributing,or otherwise disclosing this information in any manner. Instead,please reply to the sender that you have received this communication in error,and then immediately delete it. Thank you for your timely cooperation.

From:       Michelle Jordan

Bcc:        Alan M Bernstein; Amy Chew; Adrian J Taylor; Arthur E Jonas; Ann B Farmer; Andrea Butler; Anthony Lamar Bryant; Amelia Reams; Angelica M Gannon; Alan M Sanderson; Antolina E Pilgrim; Aimee Nicolosi; Arthur Blake Pearce; Alicia Richards Roberson; Brian A Haugabrook; Brian C Ring; Bobby D Elston; Barrie D Fitzgerald; Bernard Oliver; Bobby V Flowers; Barry Hojiatie; Barbara J Radcliffe; Brian J Roberts; Barbara K. Fontaine; Benjamin K Li; Brian L Gerber; Byron LaGary Carter; Brittany A Smith; Renee Whitmer; Benny Wayne Thomas; Carlos J Davis; Carmen D James; Alan Rowe; Charles E Backes; Christy Beth Yates; Catherine Storey; Cheryl Greene Tillman; Christopher K Waugh; Carolyn L Nelson; Christopher M Griggs; Corine C Myers-Jennings; Chad N Daugherty; Chasity N Wood; Catherine Oglesby; Chere L Pequesse; Catherine Rebecca Wills; "crpeterson@valdosta.edu"; Melinda Brown Cutchens; Chelsea Wells Holcombe; Daryl Lowe; David R Shaw; Deidra DiPietro; Dorothy Dye; Douglas G Farwell; Debra G McCrary; H. Duke Guthrie; Daniel J Oppel; Darius L Anthony; David Monetti; Donnell S Davis; Darrell L Ross; Deborah S Davis; Donna Newberry Sewell; David L Starling; Douglas Ray Tanner; Dwayne Trouille; Drew W Burgering; Donald W Leech; Elaine C Darity; Edward E Chatelain; Erica Chaviano; Ed D Walker II; Eric H Callaway; Merritt Wall; Emily P Heruska; Eschol L Davis; Elizabeth W Olphie; Frederick L Downing; Gregory A Guilliams; Ghufran Ahmed; Gerald A Williams; Guy Vernon Frost; Gregory Lynn Henderson; Gary W Goff; Graham W Nguyen; Hollis R Barnett; Honey Hatcher Coppage; Hilary Hornsby Gibbs; Hazel J McCoggle; Hilary Willis; Holly M Lawrence; Heidi N. Browning; Hudson P Rogers; Harold Robert Cutlip; Herbert F Reinhard III; Heidi Schroer Cox; Isaac M. Barton; Irina B McClellan; Ivan Nikolov; Janice Edwards Key; Joanne A Wardell; Jay M Johnson; James T Baxter; Jamie T. Bird; Jennifer L Williams; Janet B Wade; John D Crawford; John P Dunn; Jessica Lee; Joseph F D"Amico; Jill Lisa Ferrell; Jesus G Arreola; James Jeffery Grant; Jamae Kierce Flint; Jarrod K Noviello; Jeffrie Keith Shipley; Jamie Landau; James T. LaPlant; James L Pate; Jennifer L Shinpaugh; Jia Lu; Jack Mitchell Lockhart; James Joseph Muncy; Joseph A Newton; John T Wright; Jon D Parris; Jessica Renee Pope; Joseph S Ritter; Julian G Vickers; Jacqueline S Wheeler; Joseph W Robbins; Keith Warburg; Jeanine Y Boddie-La Van; Kacy Allison Mixon; Keith Ashley Watson; Karen B Jarvis; Karin F Barber; Karen D Higgs; Kenneth A Smith; Keisha Roberts; Karin Pafford Roland; Krishnendu Roy; Karen Rubin; Kit Strief; Kathy L Warner; Kyle W Culpepper; Laura Bell Wright; Laura E Byers; Christy Croft; Leo C Melody; Loretha Copeland; Lenora M Willis; Lisa Hagan Long; Lauren Williams; Lavonna L Lovern; Lai Kent Orenduff; Lori P Lovell; Lorna P Mullis; Linda R Most; Leroy R Trower; Lester Wayne Plumly; Mark S Williams; Mark S. Blackmore; Michael D. Blanton; Michael H Eaves; Mark Mears; Mark G Borzi; Jeremy Scott; Meredith Lancaster; Martha A Leake; Michael L Knight; Michael O Holt; Michael Paul Savoie; Monica R Haynes; Michael R Helfer; Melissa R Porterfield; Michael Thomas Schmidt; Maggie J Viverette; Marsha K. Walden; Nicole Foster; Niki W Turley; Ofelia R Nikolova; Philip Calkins; Patricia Ann Miller; Phyllis Turrentine Brooks; Penelope Croft; Quinncy Thomas; Raymond A Sable; Ronald A Stunda; "Rebecca Murphy (rbowes@valdosta.edu)"; J Richard Carter; Ronald Charles Butler; Robert C Freidhoff; Robert J Hudnall; Robert L Gannon; Lynn Darsey; Rebecca Lynn Taylor; Ryan Hogan; Robert J Taylor; Rodney B Carr; Rozelle L Slaymon; Tee Mitchell; Robert T Smith; Robin Cunningham Vickery; Ramona D Wing; Stephen Andrew; Sage Williams Archer; Steven A Scheuler; Shari C Alfred; Steve Cline; Sophi D Stevens; Suzanne M Ewing; Said C Fares; Sharon L Gravett; Sandra Brooken Griffin; Stanley Jones; Samantha J Powell; Susan Leigh Jones; Shannon L McGee; Sonya L Sanderson; Sonja L Wright-Smith; Shafat Mubin; Shana M. Yorkey; Sonja B Jenkins; Shirley P Andrews; Shawn G Phippen; Sebrina R Solomon; Sterlin J Sanders; Shaun V. Ault; Tricia A Hale; Terence A Sullivan; Tameka B Hobbs; Timothy B Murphy; Tayler E Lawhorn; Tracy J Burch; Jason Gaskins; Thomas J Macera; Terrie L Adrian; Thomas J Manning; Traycee F Martin; Utara T Bailey; Veronica Graham; Vincent A Miller; Wendy Cheryl Butler; Wendy P Miller; Wes Babcock; Walter K Moore; Wilburn L. Leschber; Walter George Rollenhagen; Wyatt S Lee; Wanda Barton Stracener; Yvonne B LeRoy-Landers; Zduy Chu

Subject:    Retrieving Archived Reviews
Date:       Friday, January 3, 2020 9:21:00 AM
Attachments: Instructions for Retrieving Archived Reviews.docx

Supervisors,

Many of you have contacted me to inquire about retrieving past reviews in order to see previous goals that were set. Attached is an instruction sheet that will help you navigate the system in order to retrieve past reviews. Please keep in mind that you will only have access to reviews you created for the employee. If the employee in question changed supervisors or positions, HR will need to provide that information to you. Please contact me via email to request previous reviews in these cases.

Please also remember that goals should remain timely and appropriate, therefore repeating goals from previous reviews should only be done in cases where the goal is ongoing or was not reached before the end of that evaluation cycle. Goals should be set and discussed with employees each evaluation cycle and should be tied to duties and responsibilities in the current evaluation year.

Please continue to contact me with any questions or concerns. Also, please remember that I will be

From:    Michelle Jordan
Bcc:     Alan M Bernstein; Amy Chew; Adrian J Taylor; Arthur E Jonas; Ann B Farmer; Andrea Butler; Anthony Lamar Bryant; Amelia Reams; Angelica M Gannon; Alan M Sanderson; Antolina E Pilgrim; Aimee Nicolosi; Arthur Blake Pearce; Alicia Richards Roberson; Brian A Haugabrook; Brian C Ring; Bobby D Elston; Barrie D Fitzgerald; Bernard Oliver; Bobby V Flowers; Barry Hojiatie; Barbara J Radcliffe; Brian J Roberts; Barbara K. Fontaine; Benjamin K Li; Brian L Gerber; Byron LaGary Carter; Brittany A Smith; Renee Whitmer; Benny Wayne Thomas; Carlos J Davis; Carmen D James; Alan Rowe; Charles E Backes; Christy Beth Yates; Catherine Storey; Cheryl Greene Tillman; Christopher K Waugh; Carolyn L Nelson; Christopher M Griggs; Corine C Myers-Jennings; Chad N Daugherty; Chasity N Wood; Catherine Oglesby; Chere L Pequesse; Catherine Rebecca Wills; "crpeterson@valdosta.edu"; Melinda Brown Cutchens; Chelsea Wells Holcombe; Daryl Lowe; David R Shaw; Debbie B Wisenbaker; Deidra DiPietro; Dorothy Dye; Douglas G Farwell; Debra G McCrary; H. Duke Guthrie; Daniel J Oppel; Darius L Anthony; David Monetti; Donnell S Davis; Darrell L Ross; Deborah S Davis; Donna Newberry Sewell; David L Starling; Douglas Ray Tanner; Dwayne Trouille; Drew W Burgering; Donald W Leech; Elaine C Darity; Edward E Chatelain; Erica Chaviano; Ed D Walker II; Eric H Callaway; Merritt Wall; Emily P Heruska; Eschol L Davis; Elizabeth W Olphie; Frederick L Downing; Gregory A Guilliams; Gerald A Williams; Guy Vernon Frost; Gregory Lynn Henderson; Gary W Goff; Graham W Nguyen; Hollis R Barnett; Honey Hatcher Coppage; Hilary Hornsby Gibbs; Hazel J McCoggle; Hilary Willis; Holly M Lawrence; Heidi N. Browning; Hudson P Rogers; Harold Robert Cutlip; Herbert F Reinhard III; Heidi Schroer Cox; Isaac M. Barton; Irina B McClellan; Ivan Nikolov; Janice Edwards Key; Joanne A Wardell; Jay M Johnson; James T Baxter; Jamie T. Bird; Jennifer L Williams; Janet B Wade; John D Crawford; John P Dunn; Jessica Lee; Joseph F D"Amico; Jill Lisa Ferrell; Jesus G Arreola; James Jeffery Grant; Jamae Kierce Flint; Jarrod K Noviello; Jeffrie Keith Shipley; Jamie Landau; James T. LaPlant; James L Pate; Jennifer L Shinpaugh; Jia Lu; Jack Mitchell Lockhart; James Joseph Muncy; Joseph A Newton; John T Wright; Jon D Parris; Jessica Renee Pope; "jsbeal9@hotmail.com"; Joseph S Ritter; Julian G Vickers; Jacqueline S Wheeler; Joseph W Robbins; Keith Warburg; Jeanine Y Boddie-La Van; Kacy Allison Mixon; Keith Ashley Watson; Karen B Jarvis; Karin F Barber; Karen D Higgs; Kenneth A Smith; Keisha Roberts; Karin Pafford Roland; Krishnendu Roy; Karen Rubin; Kit Strief; Kathy L Warner; Kyle W Culpepper; "lane-latasha@aramark.com"; Laura Bell Wright; Laura E Byers; Christy Croft; Leo C Melody; Loretha Copeland; Lenora M Willis; Lisa Hagan Long; Lauren Williams; Lavonna L Lovern; Lai Kent Orenduff; Lori P Lovell; Lorna P Mullis; Linda R Most; Leroy R Trower; Lester Wayne Plumly; Mark S Williams; Mark S. Blackmore; Michael D. Blanton; Michael H Eaves; Mark Mears; Mark G Borzi; Jeremy Scott; Meredith Lancaster; Martha A Leake; Michael L Knight; Michael O Holt; Michael Paul Savoie; Monica R Haynes; Michael R Helfer; Melissa R Porterfield; Michael Thomas Schmidt; Maggie J Viverette; Marsha K. Walden; Nicole Foster; Niki W Turley; Ofelia R Nikolova; Philip Calkins; Patricia Ann Miller; Phyllis Turrentine Brooks; Penelope Croft; Quinncy Thomas; Raymond A Sable; Ronald A Stunda; Rebecca Murphy; J Richard Carter; Ronald Charles Butler; Robert C Freidhoff; Robert J Hudnall; Robert L Gannon; Lynn Darsey; Rebecca Lynn Taylor; Ryan Hogan; Robert J Taylor; Rodney B Carr; Rozelle L Slaymon; Tee Mitchell; Robert T Smith; Robin Cunningham Vickery; Ramona D Wing; Stephen Andrew; Sage Williams Archer; Steven A Scheuler; Shari C Alfred; Steve Cline; Sophi D Stevens; Suzanne M Ewing; Said C Fares; Sharon L Gravett; Sandra Brooken Griffin; Stanley Jones; Samantha J Powell; Susan Leigh Jones; Shannon L McGee; Sonya L Sanderson; Sonia L Wright-Smith; Shafat Mubin; Shana M. Yorkey; Sonja B Jenkins; Shirley P Andrews; Shawn G Phippen; Sebrina R Solomon; Sterlin J Sanders; Shaun V. Ault; Tricia A Hale; Terence A Sullivan; Tameka B Hobbs; Timothy B Murphy; Tayler E Lawhorn; Tracy J Burch; Jason Gaskins; Thomas J Macera; Terrie L Adrian; Thomas J Manning; Traycee F Martin; Utara T Bailey; Veronica Graham; Vincent A Miller; Wendy Cheryl Butler; Wendy P Miller; Wes Babcock; Walter K Moore; Wilburn L. Leschber; Walter George Rollenhagen; Wyatt S Lee; Wanda Barton Stracener; Yvonne B LeRov-Landers; Zduy Chu; Alma Young
Subject:    Annual Reviews
Date:    Thursday, January 2, 2020 5:04:00 PM
Attachments:    Performance Review Refresher Annual 2019.docx

---

Supervisors,

# Annual Reviews are now open in People Admin.

Please go to https://valdosta.peopleadmin.com/hr/sessions/new as soon as possible to check and make sure that all employees for whom you are responsible to evaluate are listed in your employee portal. Please remember that the evaluation period for this review is April 1, 2019 – December 31, 2019. Also, please remember that ONLY full-time staff members who completed 6 months of employment within the evaluation period or before will be included in your list.

Also, please make sure to enter goals set for your employees in the 2019 review cycle into the Work Plan in People Admin. These goals MUST be entered before the employee will have access to complete a self-assessment. Goals must be entered into the system NO LATER than

close of business on **Thursday, January 9, 2020**.

To assist you with this process, open labs (drop in as needed/available) will be held in the New Media Center Computer lab on the following dates:

1/7/2020  3pm – 5pm
1/8/2020 10am – 12pm
1/9/2020  3pm – 5pm

Please refer to the attachment for a complete timeline of the evaluation process.  Please feel free to contact me with any questions or concerns that you may have regarding annual evaluations.

*Kind Regards,*

*S. Michelle Jordan*
Employee Relations Manager | Human Resources | Division of Finance and Administration
1500 N. Patterson Street | Valdosta, GA 31698
Phone: 229.333.5709 | fax: 229.259.5030 | www.valdosta.edu

Tell us how we are doing **Rate US**
Want to acknowledge someone for excellent service?  I Caught You Caring

This e-mail, and any attachments, contains information that is, or may be, covered by the electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining,using,copying,distributing,or otherwise disclosing this information in any manner. Instead,please reply to the sender that you have received this communication in error,and then immediately delete it. Thank you for your timely cooperation.

conducting open labs (drop-in forum) to assist in completing performance reviews, the dates and times are listed below.  Open Labs will be held in the Computer Lab in the New Media Center.

1/7/2020  3pm – 5pm
1/8/2020 10am – 12pm
1/9/2020 3pm - 5pm
1/13/2020 10am – 12pm
1/16/2020 3pm – 5pm

Kind Regards,

S. Michelle Jordan
Employee Relations Manager | Human Resources | Division of Finance and Administration
1500 N. Patterson Street | Valdosta, GA 31698
Phone: 229.333.5709 | fax: 229.259.5030 | www.valdosta.edu

Tell us how we are doing **Rate US**
Want to acknowledge someone for excellent service?  I Caught You Caring

This e-mail, and any attachments, contains information that is, or may be, covered by the electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining,using,copying,distributing,or otherwise disclosing this information in any manner. Instead,please reply to the sender that you have received this communication in error,and then immediately delete it. Thank you for your timely cooperation.

**From:** Michelle Jordan

**Bcc:** Alan M Bernstein; Amy Chew; Adrian J Taylor; Arthur E Jonas; Ann B Farmer; Andrea Butler; Anthony Lamar Bryant; Amelia Reams; Angelica M Gannon; Alan M Sanderson; Antolina F Pilgrim; Aimee Nicolosi; Arthur Blake Pearce; Alicia Richards Roberson; Brian A Haugabrook; Brian C Ring; Bobby D Elston; Barrie D Fitzgerald; Bernard Oliver; Bobby V Flowers; Barry Hojjatie; Barbara J Radcliffe; Brian J Roberts; Barbara K. Fontaine; Benjamin K Li; Brian L Gerber; Byron LaGary Carter; Brittany A Smith; Renee Whitmer; Benny Wayne Thomas; Carlos J Davis; Carmen D James; Alan Rowe; Charles E Backes; Christy Beth Yates; Catherine Storey; Cheryl Greene Tillman; Christopher K Waugh; Carolyn L Nelson; Christopher M Griggs; Corine C Myers-Jennings; Chad N Daugherty; Chasity N Wood; Catherine Oglesby; Chere L Peguesse; Catherine Rebecca Wills; crpeterson@valdosta.edu; Melinda Brown Cutchens; Chelsea Wells Holcombe; Darvi Lowe; David R Shaw; Debbie B Wisenbaker; Deidra DiPietro; Dorothy Dye; Douglas G Farwell; Debra G McCrary; H. Duke Guthrie; Daniel J Oppel; Darius L Anthony; David Monetti; Donnell S Davis; Darrell L Ross; Deborah S Davis; Donna Newberry Sewell; David L Starling; Douglas Ray Tanner; Dwayne Trouille; Drew W Burgering; Donald W Leech; Elaine C Darity; Edward E Chatelain; Erica Chaviano; Ed D Walker II; Eric H Callaway; Merritt Wall; Emily P Heruska; Eschol L Davis; Elizabeth W Olphie; Frederick L Downing; Gregory A Guilliams; Gerald A Williams; Guy Vernon Frost; Gregory Lynn Henderson; Gary W Goff; Graham W Nouven; Hollis R Barnett; Honey Hatcher Coppage; Hilary Hornsby Gibbs; Hazel J McCoggle; Hillary Willis; Holly M Lawrence; Heidi N. Browning; Hudson P Rogers; Harold Robert Cutlip; Herbert F Reinhard III; Heidi Schroer Cox; Isaac M. Barton; Irina B McClellan; Ivan Nikolov; Janice Edwards Key; Joanne A Wardell; Jay M Johnson; James T Baxter; Jamie T. Bird; Jennifer L Williams; Janet B Wade; John D Crawford; John P Dunn; Jessica Lee; Joseph F D"Amico; Jill Lisa Ferrell; Jesus G Arreola; James Jeffery Grant; Jamae Kierce Flint; Jarrod K Noviello; Jeffrie Keith Shipley; Jamie Landau; James T. LaPlant; James L Pate; Jennifer L Shinpaugh; Jia Lu; Jack Mitchell Lockhart; James Joseph Muncy; Joseph A Newton; John T Wright; Jon D Parris; Jessica Renee Pope; jsbeal9@hotmail.com; Joseph S Ritter; Julian G Vickers; Jacqueline S Wheeler; Joseph W Robbins; Keith Warburg; Jeanine Y Boddie-La Van; Kacy Allison Mixon; Keith Ashley Watson; Karen B Jarvis; Karin F Barber; Karen D Higgs; Kenneth A Smith; Keisha Roberts; Karin Pafford Roland; Krishnendu Roy; Karen Rubin; Kit Strief; Kathy L Warner; Kyle W Culpepper; lane-latasha@aramark.com; Laura Bell Wright; Laura E Byers; Christy Croft; Leo C Melody; Loretha Copeland; Lenora M Willis; Lisa Hagan Long; Lauren Williams; Lavonna L Lovern; Lai Kent Orenduff; Lori P Lovell; Lorna P Mullis; Linda R Most; Leroy R Trower; Lester Wayne Plumly; Mark S Williams; Mark S. Blackmore; Michael D. Blanton; Michael H Eaves; Mark Mears; Mark G Borzi; Jeremy Scott; Meredith Lancaster; Martha A Leake; Michael L Knight; Michael O Holt; Michael Paul Savoie; Monica R Haynes; Michael R Helfer; Melissa R Porterfield; Michael Thomas Schmidt; Maggie J Viverette; Marsha K. Walden; Nicole Foster; Niki W Turley; Ofelia R Nikolova; Philip Calkins; Patricia Ann Miller; Phyllis Turrentine Brooks; Penelope Croft; Quinncy Thomas; Raymond A Sable; Ronald A Stunda; Rebecca Murphy (rbowes@valdosta.edu); J Richard Carter; Ronald Charles Butler; Robert C Freidhoff; Robert J Hudnall; Robert L Gannon; Lynn Darsey; Rebecca Lynn Taylor; Ryan Hogan; Robert J Taylor; Rodney B Carr; Rozelle L Slaymon; Tee Mitchell; Robert T Smith; Robin Cunningham Vickery; Ramona D Wing; Stephen Andrew; Sage Williams Archer; Steven A Scheuler; Shari C Alfred; Steve Cline; Sophi D Stevens; Suzanne M Ewing; Said C Fares; Sharon L Gravett; Sandra Brooken Griffin; Stanley Jones; Samantha J Powell; Susan Leigh Jones; Shannon L McGee; Sonya L Sanderson; Sonja L Wright-Smith; Shafat Mubin; Shana M. Yorkey; Sonja B Jenkins; Shirley P Andrews; Shawn G Phippen; Sebrina R Solomon; Sterlin J Sanders; Shaun V. Ault; Tricia A Hale; Terence A Sullivan; Tameka B Hobbs; Timothy B Murphy; Tayler E Lawhorn; Tracy J Burch; Jason Gaskins; Thomas J Macera; Terrie L Adrian; Thomas J Manning; Traycee F Martin; Utara T Bailey; Veronica Graham; Vincent A Miller; Wendy Cheryl Butler; Wendy P Miller; Wes Babcock; Walter K Moore; Wilburn L. Leschber; Walter George Rollenhagen; Wyatt S Lee; Wanda Barton Stracener; Yvonne B LeRoy-Landers; Zduy Chu; Alma Young

**Subject:** Annual Evaluations

**Date:** Tuesday, December 17, 2019 10:08:00 AM

**Attachments:** Performance Review Refresher Annual 2019.docx

Dear Supervisors,

As shared in a previous announcment, HR has moved the performance evaluation cycle to coincide with the calendar year, starting with the 2019 performance cycle. Beginning with our return after the holiday break on January 2, 2020, PeopleAdmin will be open for your employees to begin their self-assessments and for you to start the annual review for your employees. Please see the attached document regarding the process for completing annual reviews.

To further support you in this effort, Michelle Jordan will offer open labs to all our supervisors. During this time, Michelle will be available to assist you with entering pre-established goals for 2019, navigating the system, or resolving any technical issues that you may encounter while attempting to complete this process. You should also feel free to send employees who need assistance with creating their self-assessment to the lab. These sessions will be held in the computer lab of the New Media Center. The dates and the times are as follows:

1/7/2020  3pm – 5pm
1/8/2020 10am – 12pm
1/9/2020 3pm - 5pm
1/13/2020 10am – 12pm
1/16/2020 3pm – 5pm

Your HR Team

Attachment 9 PM Ratings done by Carr
Corresponds to Documentation #14

| | | | |
|---|---|---|---|
| Branch | Shauna | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Taylor | Rebecca | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Byers | Laura | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Warburg | John | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Fitzgerald | Barrie D | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Duncan | Margaret | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Hogan | Ryan | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Pettway | Melinda | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |

| Jones | Stanley | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Freidhoff | Robert | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Peguesse | Chere | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Tanner | Douglas | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |
| Bird | Jamie | 2019 Annual Performance Review | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. |

The following screen shot shows that all of Mr. Render "Tee" Mitchell's direct reports were rated as "Successful" employees on the 2019 Annual Performance Review.

| Name | Reporting Org Unit | Percent Complete | Overall Score | Notes |
|------|--------------------|------------------|---------------|-------|
| Bird, Jamie | Admissions | 100 | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. | |
| Hogan, Ryan | Admissions - Applic Fees | 100 | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. | |
| Jones, Stanley | Perf Mgmt - Manager | 100 | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. | |
| Tanner, Douglas | Perf Mgmt - Manager | 100 | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. | |
| Taylor, Rebecca | Perf Mgmt - Manager | 100 | 3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision. | |

The following screen shots show that Render "Tee" Mitchell began with goals for all of his direct reports. He set the goals for each of these employees and the employees acknowledged those goals. However, due to Mr. Mitchell's resignation, he did not complete the reviews. Dr. Rodney Carr picked them up at the Annual Review Step and completed each employee's annual review.





# 2019 Annual Performance Review for Jamie Bird

**Score:**
3 - Successful - Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

**Program Type:**
Focal

## 2019 Annual Performance Review

**Review Status:** [ Complete ]

**Annual Review Type:** Focal

**Program Timeframe:** 11/27/19 to 06/14/20

**Last Updated:** May 04, 2020 10:03

**Last Completed Step:** Acknowledge

Bird's 2019 Review Acknowledged
w/o Comment

# Review History

| Person | Action | Previous Status | New Status | Event | Date |
|---|---|---|---|---|---|
| Render Mitchell | Self Assessment | available | active | Open Date Reached | 01/14/20 11:28:55 AM |
| Render Mitchell | Self Assessment | unavailable | available | Prerequisite Completed | 01/14/20 11:28:55 AM |
| Render Mitchell | Goals and Performance Check in | active | complete | Mark Completed | 01/14/20 11:28:55 AM |
| Jamie Bird | Annual Review | available | active | Open Date Reached | 01/23/20 03:21:04 PM |
| Jamie Bird | Annual Review | unavailable | available | Prerequisite Completed | 01/23/20 03:21:04 PM |
| Jamie Bird | Self Assessment | active | complete | Mark Completed | 01/23/20 03:21:04 PM |
| Rodney Carr | 2nd Level Supervisor Notification (Read Only) | available | active | Open Date Reached | 02/05/20 09:51:51 AM |
| Rodney Carr | 2nd Level Supervisor Notification (Read Only) | unavailable | available | Prerequisite Completed | 02/05/20 09:51:51 AM |
| Rodney Carr | Acknowledge | available | active | Open Date Reached | 02/05/20 09:51:51 AM |
| Rodney Carr | Acknowledge | unavailable | available | Prerequisite Completed | 02/05/20 09:51:51 AM |
| Rodney Carr | Annual Review | active | complete | Mark Completed | 02/05/20 09:51:51 AM |
| Sonya "Michelle" Jordan | 2nd Level Supervisor Notification (Read Only) | active | unavailable | Mark Unavailable | 02/05/20 04:27:13 PM |
| Sonya "Michelle" Jordan | Acknowledge | active | unavailable | Mark Unavailable | 02/05/20 04:27:13 PM |
| Sonya "Michelle" Jordan | Annual Review | available | active | Open Date Reached | 02/05/20 04:27:14 PM |
| Sonya "Michelle" Jordan | Annual Review | unavailable | available | All Prerequisites Completed | 02/05/20 04:27:14 PM |
| Sonya "Michelle" Jordan | Annual Review | complete | unavailable | Mark Unavailable | 02/05/20 04:27:14 PM |
| Rodney Carr | 2nd Level Supervisor Notification (Read Only) | available | active | Open Date Reached | 02/17/20 01:05:01 PM |
| Rodney Carr | 2nd Level Supervisor Notification (Read Only) | unavailable | available | Prerequisite Completed | 02/17/20 01:05:01 PM |
| Rodney Carr | Acknowledge | available | active | Open Date Reached | 02/17/20 01:05:02 PM |
| Rodney Carr | Acknowledge | unavailable | available | Prerequisite Completed | 02/17/20 01:05:02 PM |
| Rodney Carr | Annual Review | active | complete | Mark Completed | 02/17/20 01:05:02 PM |
| Rodney Carr | 2nd Level Supervisor Notification (Read Only) | active | complete | Mark Completed | 02/20/20 09:15:37 AM |
| Jamie Bird | Acknowledge | active | complete | Mark Completed | 05/04/20 10:03:46 AM |

**Plan** for Jamie Bird

# Job Responsibility and Related Goals

In the box provided, please enter 1 job responsibility and all performance goals related to that responsibility (there should be at least one performance goal for each job responsibility listed). Click "Add Entry" to add another box for the next job responsibility.

## Description

Continue to increase DE student participation through strategic recruiting and consistent advising. Internal goal is to increase Dual Enrollment by 5% for the Fall 2020 term.

## Description

Take advantage of statewide DE seminars and national professional development opportunities.

## Description

Continue to increase retention rate of current VSU DE students.

# Organizational Competencies

The following competencies are attributes, knowledge, skills, abilities, and other characteristics that contribute to individual success in the organization; they focus on "how" things get done and help drive individual and organizational performance. These competencies have been identified as critical success factors for VSU employees.

## Description

Delivering Results – Demonstrates an understanding of the scope of the University; Is honest, trustworthy and conveys oneself in a professional manner; Takes ownership and accountability for own performance; Strives to consistently achieve excellence in all tasks and goals; Effectively addresses setbacks and ambiguity; Displays strong commitment to further organizational and community success.

## Description

Agility – Quickly and effectively adapts to changing situations by altering their approach or way of thinking. Applies creative problem solving skills to develop solutions that eliminate unnecessary obstacles for students, parents, and other institutional constituents.

## Description

Collaboration – Cooperates with employees within/across departments to accomplish shared goals; treats others with dignity and respect while maintaining a friendly demeanor; acknowledges the values of others contributions to shared goals.

## Description

Communication – Expresses thoughts clearly and respectfully both orally and in writing; demonstrates effective listening skills; clearly understands instructions and conveys information effectively.

## Description

Service Excellence – Provides helpful, courteous, accessible, responsive, and knowledgeable services and information. Addresses student, faculty, staff, alumni, parent, retiree and other constituent's questions and concerns in a timely and responsive manner.

# Acknowledgement

Annual Review for Jamie Bird

# Job Responsibility and Related Goals

For each competency use the rating scale below to indicate proficiency level.

**Unsuccessful** - Performance falls short of the minimum criteria and standards of this competency. Immediate and substantial improvement is necessary to address this area.

**Emerging**-Performance in this area is inconsistent and needs alignment and/ or development. Performance feedback and efforts to reinforce competency may provide the tools to achieve success.

**Successful**-Incumbent meets the expected standards. Performance is steady, reliable, consistent, and maintained with a minimum amount of supervision.

**Distinguished**-Performance clearly and consistently exceeds the expectation levels of this performance area.

**Exemplary**-Demonstrates unusual proficiency in obtaining results with this competency and is recognized as a leader or mentor.

**Use the comment area to share behavioral examples that justify your rating if it is lower than a 3.**

## Job Responsibility and Related Goals:

Continue to increase DE student participation through strategic recruiting and consistent advising. Internal goal is to increase Dual Enrollment by 5% for the Fall 2020 term.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Job Responsibility and Related Goals:

Take advantage of statewide DE seminars and national professional development opportunities.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Job Responsibility and Related Goals:

Continue to increase retention rate of current VSU DE students.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

This will continue to be a challenge, recruitment, and transition will be critical this year for retention. Mrs. Bird has been relocated into the Office of transitions to hopefully assist with this process.

# Organizational Competencies

For each competency use the rating scale below to indicate proficiency level.

**Unsuccessful** - Performance falls short of the minimum criteria and standards of this competency. Immediate and substantial improvement is necessary to address this area.

**Emerging**-Performance in this area is inconsistent and needs alignment and/ or development. Performance feedback and efforts to reinforce competency may provide the tools to achieve success.

**Successful**-Incumbent meets the expected standards. Performance is steady, reliable, consistent, and maintained with a minimum amount of supervision.

**Distinguished**-Performance clearly and consistently exceeds the expectation levels of this performance area.

**Exemplary**-Demonstrates unusual proficiency in obtaining results with this competency and is recognized as a leader or mentor.

Use the comment area to share behavioral examples that justify your rating if it is lower than a 3.

## Competency:

Delivering Results – Demonstrates an understanding of the scope of the University; is honest, trustworthy and conveys oneself in a professional manner; Takes ownership and accountability for own performance; Strives to consistently achieve excellence in all tasks and goals; Effectively addresses setbacks and ambiguity; Displays strong commitment to further organizational and community success.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Competency:

Agility – Quickly and effectively adapts to changing situations by altering their approach or way of thinking. Applies creative problem solving skills to develop solutions that eliminate unnecessary obstacles for students, parents, and other institutional constituents.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Competency:

Collaboration – Cooperates with employees within/across departments to accomplish shared goals; treats others with dignity and respect while maintaining a friendly demeanor; acknowledges the values of others contributions to shared goals.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Competency:

Communication – Expresses thoughts clearly and respectfully both orally and in writing; demonstrates effective listening skills; clearly understands instructions and conveys information effectively.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Competency:

Service Excellence – Provides helpful, courteous, accessible, responsive, and knowledgeable services and information. Addresses student, faculty, staff, alumni, parent, retiree and other constituent's questions and concerns in a timely and responsive manner.

## Rating

3 – Successful – Performance meets the expected standards. Performance is steady, reliable, and consistent with minimal supervision.

## Comments

## Approvals & Acknowledgements

| Name | Comments | Decision | Completed By | Completed On |
|---|---|---|---|---|
| 2nd Level Supervisor Notification (Read Only) | No comment given | Acknowledge | Rodney Carr | 02/20/20 09:15:37 AM |
| Acknowledge | No comment given | Acknowledge | Jamie Bird | 05/04/20 10:03:46 AM |

Mitchell Resignation Letter

January 2, 2020

Dr. Carr,

This letter is to inform you of my resignation as Associate Vice President for Enrollment Services at VSU, effective Friday, January 17, 2020. I have accepted the position of Associate Vice Chancellor for Enrollment Management at the Tennessee Board of Regents. After prayerful consideration, I believe this is a great and unique opportunity to redirect 20 years of experience in admissions/enrollment services. My time at VSU has been filled with a lot of excitement and challenges that are to be expected in an ever-changing landscape of higher education.

Looking back, I was hired at VSU in 2015 and tasked with what was said to be impossible by reversing the new freshmen enrollment decline. I was fortunate enough to work with an incredible team as we increased new freshmen enrollment by 19% from Fall 2015 to Fall 2018. For the Fall 2019 term, all of the comprehensive institutions within the USG experienced a decline in new freshmen, as did VSU. Despite the Fall 2019 term, VSU still experienced an increase in new freshmen enrollment by 10.8% from Fall 2015 to Fall 2019. As I look back on my career, I have been a part of some incredible teams with very effective strategies to pull off the unthinkable. While at Macon State College, we increased overall enrollment by 73% from 1998 to 2005 (3,559 to 6,150). During my time at GGC, we increased overall enrollment by 289% (2,947 to 11,468) while competing with the likes of Kennesaw State University, Georgia State University, University of North Georgia, etc. The common denominators were passionate and dedicated enrollment teams who were provided with the resources to succeed in bringing in the class.

I have truly been blessed throughout my 20-year career with some incredible people working together as a team. I look forward to what the Lord has in store for me in the next chapter of my career. The VSU team has talented and dedicated people second to none. However, I am concerned about the budget cuts that will put this team at a disadvantage in competing with the likes of KSU, GSU, UNG, etc. I am grateful for my time here at VSU.

Sincerely,

*Tee Mitchell*

Tee Mitchell

| | | |
|---|---|---|
| Academic Advisor | COA Advising Center | 0.00% |
| Academic Advisor | CONHS Advising Center | 0.00% |
| Director | Access Office for Stud w/Disab | 0.50% |
| Advising Center Director | COEHS Advising Center | 0.50% |
| Student Financial Aid Asst I | Financial Aid | 1.00% |
| Assistant Director | Admissions | 1.50% |
| Regional Admissions Recruiter | Admissions | 1.50% |
| Regional Admissions Recruiter | Admissions | 1.75% |
| Dual Enrollment Manager | Admissions | 1.75% |
| Regional Admissions Recruiter | Admissions | 1.75% |
| Dir Creative Services | Creative Services | 1.75% |
| Design Services Coordinator | Creative Services | 1.75% |
| Coordinator Registrar | Registrar | 1.75% |
| VP Student Success | VP for Student Success | 1.75% |
| Academic Advisor | COHUSS Advising Center | 1.78% |
| Admissions Specialist | Admissions | 1.85% |
| Records Coordinator I | Registrar | 1.85% |
| Coordinator Interpreting Services | Access Office for Stud w/Disab | 2.10% |
| Staff Interpreter | Access Office for Stud w/Disab | 2.10% |
| Accessibility Specialist | Access Office for Stud w/Disab | 2.10% |
| Administrative Specialist/Coordinator | Access Office for Stud w/Disab | 2.10% |
| Staff Interpreter | Access Office for Stud w/Disab | 2.10% |
| Admissions Coordinator | Admissions | 2.10% |
| Admissions Coordinator | Admissions | 2.10% |
| Assistant Director | Admissions | 2.10% |
| Admissions Coordinator | Admissions | 2.10% |
| Director of Admissions | Admissions | 2.10% |
| Admissions Coordinator | Admissions | 2.10% |
| Admissions Recruiter I | Admissions | 2.10% |
| Associate Dir., Admissions | Admissions | 2.10% |
| Associate VP Enrollment Servic | Admissions | 2.10% |
| Regional Admissions Recruiter | Admissions | 2.10% |
| Admissions Specialist | Admissions | 2.10% |
| Assistant Director | Admissions | 2.10% |
| Advising Center Director | COA Advising Center | 2.10% |
| Academic Advisor | COEHS Advising Center | 2.10% |
| Academic Advisor | COEHS Advising Center | 2.10% |
| Academic Advisor | COHNEX Advising Center | 2.10% |
| Academic Advisor | COHNEX Advising Center | 2.10% |
| Director | COHNEX Advising Center | 2.10% |
| Academic Advisor | COHUSS Advising Center | 2.10% |
| Director | COHUSS Advising Center | 2.10% |
| Academic Advisor | COHUSS Advising Center | 2.10% |
| Academic Advisor | CONHS Advising Center | 2.10% |
| Executive Director | Communications & Marketing | 2.10% |
| Digital Media Spcialist | Communications & Marketing | 2.10% |
| Academic Advisor | COSM Advising Center | 2.10% |

Student Success Merit Decisions

| | | |
|---|---|---|
| Advising Center Director | COSM Advising Center | 2.10% |
| Academic Advisor | COSM Advising Center | 2.10% |
| Senior Academic Advisor | COSM Advising Center | 2.10% |
| Photographer | Creative Services | 2.10% |
| Coordinator Video Services | Creative Services | 2.10% |
| Web Designer | Creative Services | 2.10% |
| Associate Director | Financial Aid | 2.10% |
| Assistant Director | Financial Aid | 2.10% |
| Sr. Student Financial Aid Counsel | Financial Aid | 2.10% |
| Asst Dir Financial Aid | Financial Aid | 2.10% |
| Stdt Financial Aid Counselor I | Financial Aid | 2.10% |
| Stdt Financial Aid Counselor I | Financial Aid | 2.10% |
| Operations Manager | Financial Aid | 2.10% |
| Director | Financial Aid | 2.10% |
| Stdt Financial Aid Counselor I | Financial Aid | 2.10% |
| Sr. Stdt Financial Aid Counsel | Financial Aid | 2.10% |
| Department Manager - Admin | Financial Aid | 2.10% |
| Academic Advisor | LCOBA Advising Center | 2.10% |
| Academic Advisor | LCOBA Advising Center | 2.10% |
| Academic Advisor | LCOBA Advising Center | 2.10% |
| Academic Advisor | LCOBA Advising Center | 2.10% |
| Coordinator Registrar | Registrar | 2.10% |
| Coordinator Registrar | Registrar | 2.10% |
| Registrar | Registrar | 2.10% |
| Associate Registrar | Registrar | 2.10% |
| Associate Registrar | Registrar | 2.10% |
| Admissions Recruiter I | Admissions | 2.20% |
| Admissions Recruiter I | Admissions | 2.20% |
| Admissions Recruiter I | Admissions | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Veterans Affairs Asst | Financial Aid | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Student Financial Aid Asst I | Financial Aid | 2.20% |
| Records Coordinator II | Registrar | 2.20% |
| Records Coordinator II | Registrar | 2.20% |
| Director | LCOBA Advising Center | 2.30% |
| Academic Advisor | COA Advising Center | 2.50% |
| Videographer | Creative Services | 2.75% |
| Counselor | Counseling Center | 3.00% |
| Asst to the Vice President | VP for Student Success | 3.22% |

OneUSG Department Listing for Bird



Work Location | Job Information | Payroll | Salary Plan | Compensation

**Jamie Bird**
Employee

Empl ID 0103399
Empl Record 0

Work Location ?

Find    First  ‹ 6 of 11  › Last
Go To Row                +  –

| | |
|---|---|
| *Effective Date 07/01/2019 | |
| Effective Sequence 0 | *Action Pay Rate Change |
| HR Status Active | Reason Merit  ? |
| Payroll Status Active | *Job Indicator Primary Job |
| | History ☐ |

Company 510    Valdosta State University
Position Number 10006108  🔍  Dual Enrollment Manager
Position Entry Date 10/01/2011
                Position Management Record
Regulatory Region USA        United States
Business Unit 51000        Valdosta State University
Department 1430000        Admissions
Department Entry Date 09/21/2015
Location 510        Valdosta State University
Establishment ID 510  🔍  Valdosta State University        Date Created 05/16/2019
Last Start Date
Expected Job End Date

Job Data        Employment Data        Earnings Distribution        Benefits Program Participation

⊞ Save   🔍 Return to Search   ◄ Previous in List   ↓ Next in List   ✉ Notify   ↻ Refresh   ⊡ Update/Display   ↷ Include History   ↻ Correct History

Work Location | Job Information | Payroll | Salary Plan | Compensation



Work Location    Job Information    Payroll    Salary Plan    Compensation

**Jamie Bird**                          Empl ID 0:03399
Employee                                Empl Record  0

Work Location  ?                                                    Find      First  1  5 of 11  Last
                  *Effective Date 02/01/2020    [ii]                          Go To Row      +  -
              Effective Sequence    0                    *Action  Position Change              v
                 HR Status  Active                       Reason  Position Date Update          v  ?
              Payroll Status  Active               *Job Indicator  Primary Job                 v
                                                                            History            ☐

                 Company  510           Valdosta State University
           Position Number 10006108    Q    Manager
         Position Entry Date 10/01/2011
                          Position Management Record

           Regulatory Region  USA            United States
              Business Unit  51000          Valdosta State University
                 Department  1430000        Admissions
       Department Entry Date  09/21/2015
                  Location  510             Valdosta State University
           Establishment ID  510     Q      Valdosta State University          Date Created  01/11/2020

              Last Start Date
         Expected Job End Date          [ii]

Job Data                Employment Data              Earnings Distribution        Benefits Program Participation

Save    Return to Search    Previous in List    Next in List    Notify    Refresh    Update/Display    Include History    Correct History
Work Location | Job Information | Payroll | Salary Plan | Compensation

Emails regarding Reprimand Draft,
Perfomance Evaluation, Bird Follow-up

| | |
|---|---|
| **From:** | Jeanine Y Boddie-La Van |
| **To:** | Tee Mitchell; Rodney B Carr |
| **Cc:** | Michelle Jordan |
| **Subject:** | J. Bird |
| **Date:** | Monday, March 4, 2019 5:51:00 PM |
| **Attachments:** | Ms. Bird memo.pdf |

Hi all –

I have attached the written reprimand for your review. Feel free to suggest any changes deemed necessary. Please note that most of what is written is the standard verbiage that is used within written reprimands that have been issued.

Thanks!

Jeanine

| From: | Tee Mitchell |
|---|---|
| To: | Jeanine Y Boddie-La Van |
| Subject: | RE: Performance Eval? |
| Date: | Wednesday, March 13, 2019 5:24:54 PM |

Thanks, Jeanine.

**From:** Jeanine Y Boddie-La Van
**Sent:** Wednesday, March 13, 2019 5:24 PM
**To:** Tee Mitchell <rtmitchell@valdosta.edu>
**Subject:** RE: Performance Eval?

That looks good to me Tee and is consistent with what was shared with her. Sorry for taking so lomg.

Jeanine

**From:** Tee Mitchell
**Sent:** Wednesday, March 13, 2019 2:19 PM
**To:** Jeanine Y Boddie-La Van <jyboddielavan@valdosta.edu>
**Subject:** Performance Eval?

Hi Jeanine,

Please see the attached performance eval and let me know if you have any recommendations.

Thanks,
Tee

| From: | Jeanine Y Boddie-La Van |
|---|---|
| To: | Jamie T. Bird |
| Cc: | Michelle Jordan |
| Subject: | Requested Information |
| Date: | Friday, March 8, 2019 2:37:00 PM |

Hi Jamie,

I have spoken with Rodney and his recollection is that he shared that a copy of the reprimand would be both for his drawer as well as a copy remaining in HR. At present, we cannot find a mechanism for recourse of a reprimand but will continue to check and will let you know on Monday.

Thanks!

Jeanine