
KAIRISA J. MAGEE, RPR, GCCR
3/16/2022
PLAINTIFF'S EXHIBIT

**KIRKLAND - 48**

10/28/13

I know he wants the advancement role – exciting challenge, great for his resume, great for his desire to be a president

Previously, there was speculation of an affair with <u>Lindsey</u> Barron.  Since then, more speculation of affairs with <u>Regina</u> Jones and/or <u>Leslie</u> from Charter House

- Jokes with women like they are guys.
- Stands too close to women – doesn't keep safe personal distance
- The way he acts around me is "too intimate for my own comfort."
- Intimacy is suggested by his behavior.
- Not sure what he intends.
- "Why didn't he learn that when we was younger."

If I made him VP of both, he becomes other big public face of the college.  I can't take that risk.

If he doesn't learn to change how he behaves (the perceptions he is creating), he'll never be successful as a president.


PLAINTIFF'S
EXHIBIT
48



Rodney

- I can tell what was on his mind when he wrote it. ☺
  ~ One-stop functionality, international
- That said, I think dates are incorrect.
- What's not there should be considered:  1) BCEC management – natural evolution of that role, establishing a presence, migrating Joan to more-sustainable model   2) Relationship repair and management – Connie, new FA Director, Adria and other Deans    3) continued management of police-mode vs. consensus-building, which is probably his natural strength and weakness



**Subject:** RE: Concerned
**Date:**    Tuesday, December 4, 2012 5:23:29 PM ET
**From:**   Richard A. Carvajal
**To:**      M Kirkland

Michael,

Thank you for sending this to me. Give me a little time to figure out how to proceed, but please know that I will look into your concerns. I'll be back in touch soon. Thanks.

Richard

**From:** Michael Kirkland
**Sent:** Tuesday, December 04, 2012 8:43 AM
**To:** Richard Carvajal
**Cc:** Michael Kirkland
**Subject:** Concerned

December 4, 2012


Dear Dr. Carvajal,

As an alumnus of Bainbridge College and as a dedicated faculty member, it is my deepest hope that BC will fulfill its potential as a center of learning in southwest Georgia, and that under your leadership, current and future students can experience the joys of learning as I did. I fully admire your grand vision for the college. Our students deserve a campus where the College's employees can do their best work. Unfortunately, a member of your Cabinet, Vice President for Student Affairs Dr. Rodney Carr, continues to create a hostile workplace for college employees.

Dr. Carr's unprofessional behavior has only worsened during the past year. You may remember that we discussed this situation over lunch last January, and that by August, I did not feel that I could continue to serve as a part of an administrative team that treated employees unfairly and disrespectfully. Sadly, this situation has continued to escalate, and so I feel that it is my duty to take further action. One option that I have is to file a report with the University System's ethics online hotline. I have refrained from this step for two reasons. First, I think that the College needs as much positive support from the central office as possible. Second, I think that as president, you deserve an opportunity to deal first with institutional problems.

Therefore, I submit this email under the auspices of the University System's whistleblower policies. The information contained herein is a combination of personal experiences as well as confidential conversations with other college employees. In accordance with the USG whistleblower policy, I submit this information to you in good faith.

As a former Dean, I have been approached by several employees who feel comfortable speaking to me because they are fearful of approaching a current administrator. It has been a great burden to me to hear their concerns and not to know where to turn for help with resolving the serious issues that they raise. I believe that in the interest of a successful presidency, you should be aware of the problems that Dr. Carr continues to create on the BC campus.

It has become clear that Dr. Carr's inappropriate behavior is a pattern and not an isolated incident. During the past year alone, Dr. Carr has demeaned four different employees, reducing two women to tears. These incidents have occurred after his public mockery of an employee over many months. Regardless of title or rank, no employee of the University System of Georgia should be able to curse, demean, threaten, and ridicule a fellow worker in the way Dr. Carr continues to do with impunity.

Most recently, I received a call last week. In short, the story that I was told was that Dr. Carr called a division-wide meeting last week and threatened his employees with their jobs if enrollment did not pick up. He also told them that you specifically had said that if the student affairs staff couldn't get the numbers up, then you (you and Dr. Carr) would find someone who could. Naturally, everyone who was present was very upset and felt they had nowhere to turn. Your strong friendship with Dr. Carr, which he mentions frequently, makes the staff feel isolated from your help.

Not only has Dr. Carr intimidated his staff, he also has become notorious around campus for vulgar and sexually charged language, in clear contradiction to the USG prohibition of the creation of a hostile workplace and in obvious violation of professional ethics. Many employees feel unable to speak out about the situation, because he has invoked your support in threatening his employees. Some of the incidents have been reported to Dr. Tonya Strickland, including such inappropriate behavior as Dr. Carr's actual physical contact with a female employee, described by a witness as massaging and running her fingers through his hair. Subsequently, that female employee and Dr. Carr were overheard having inappropriate conversations, causing distress to everyone in the vicinity.

I do not ask you to rely on my account of these serious accusations. In an effort to protect my colleagues from further hostile working conditions or possible reprisals, I request that you seek an externally led investigation that will help you discover the truth about Dr. Carr's behavior. It is important that the investigator be a neutral person for the following reasons:

1. Dr. Rodney Carr has invoked your support in threatening and intimidating situations.
2. Dr. Rodney Carr has attempted to silence a person who had already made an unofficial report.
3. Dr. Rodney Carr announced this fall that he could not be alone with female employees because of "accusations," leading employees to believe that Dr. Carr knows about complaints and yet nothing has been done.
4. Dr. Rodney Carr lets it be known that he is a close friend of the president, frequently discussing their off-campus activities together.
5. Despite Dr. Carr's demeaning and sexually-charged language, his fellow vice presidents have done little to protect their employees from his assaults, which adds to the victims' fear of retaliation.
6. Although the normal channel for reporting misconduct would be via HR, Dr. Lisa Burroughs does not have the confidence of the campus community as a fair and impartial investigator.

I would further ask, if you grant my request for an outside investigator, that the college's employees be identified to you only in the report by generic IDs. For example, an employee can be called "student affairs employee 1." I fear that any attempt to investigate Dr. Carr's ongoing and severe actions via an internal investigator will be seen by the campus community as lacking in integrity.

Dr. Carvajal, this has not been an easy letter for me to write, but as a faculty member and former Dean who wants the best for Bainbridge College, I feel that it is my responsibility to let you know about a personnel issue that has severe and negative implications for the wellbeing of the College.

Bainbridge College has never been just a place where I work. I truly love the college and have since my days as a student.

Sincerely,

Michael Kirkland



**BAINBRIDGE STATE COLLEGE**

CELEBRATING 40 YEARS · 1973 - 2013

OFFICE OF THE PRESIDENT
2500 East Shotwell Street | Bainbridge, GA 39819
P: (229) 248-2510 F: (229) 248-2547

WWW.BAINBRIDGE.EDU

Date:    March 30, 2013

To:      Dr. Rodney Carr
         Vice President for Student Affairs

From:    Dr. Richard Carvajal
         President

RE:      Written Reprimand

Per the recommendation contained in the Report of Findings following an investigation into your actions conducted by the Board of Regents of the University System of Georgia, I hereby am issuing this Letter of Reprimand that shall be added to your personnel record.

In their investigation, Dr. Dwight Baker and Dr. Joyce Jones found your management style to be "aggressive and unprofessional," and they likewise found incidents involving "sexually charged language and cursing." Based on what I learned from their investigation, I agree with their conclusions that improvement is needed. Their specific list of concerns included the following findings:

- Your actions have led to a perception among your staff that you have favorites. Instead of creating buy-in for the necessary changes, your methods have left many feeling "left out" or unimportant.
- Your decision to not hire a direct manager for the front counter – which serves as the hub of the new one-stop center – was a mistake, and many in your area believe that additional training and increased oversight of front counter staff continue to be necessary as a result.
- The investigators shared several accounts with me of BSC staff members being made to feel uncomfortable as a result of your sharing inappropriate language and/or stories with them in the workplace.
- The investigators also shared with me stories of when you were unable to control your temper, and your behavior in those instances damaged your reputation with some fellow staff members as a result.

On the other hand, there is no question that you have inherited a very difficult challenge in transitioning Student Affairs to a one-stop model, and for the most part, you have tackled that challenge quite successfully. For instance, after taking over for Connie Snyder, you created a culture of accountability that had previously been lacking. You successfully improved the quality of services provided to students, and you formed a strong leadership team. While your staff did report concerns and areas of desired improvement, they also recognized that many of the change initiatives you have led were both necessary and beneficial for student success. As a result, I continue to believe that you have the potential to be an excellent leader for this college. That said, you must learn from this experience and improve upon the mistakes that have been outlined in this letter.

Specifically, I ask that you take the following steps:

- Continue with the steps you have initiated to hire a Coordinator for the front counter of the one-stop center who reports to one of your direct reports, as improvement in that area is absolutely crucial to the continued success of the one-stop center.
- Continue the work you have already begun to create greater personal separation between yourself and your staff members.
- Exhibit a more professional manner in the workplace, especially with your subordinates. Sexually charged language and/or cursing should never be used with those you supervise and/or with subordinates of other Cabinet members.
- Take the steps necessary whenever possible to limit the perception of favoritism among your staff. While all supervisors have staff whom they know they can more easily count on, the best supervisors behave in a manner that makes all of their staff members feel that they are part of the team.
- Read the book *Communicating a Professional Presence*, and know that I would be happy to discuss any suggestions you find helpful and/or questions you personally find thought-provoking.
- Continue the steps you have already initiated to visit other Student Affairs areas and leaders, and seek out mentors in your field and learn from their examples.
- Finally, you need to learn that any language that can be acceptable and even normal when with friends is not necessarily acceptable in the broader workplace. For instance, at the recent Budget Advisory Committee meeting, well after stating to me that your image at work would take a 180 degree turn, you introduced Ridge Harper as "Lance's B Sample." While that is obviously the name Ridge picked out for a fantasy football league played among friends, it was not appropriate to use that label in a setting that was obviously work-related and contained a majority of folks not participating in that social activity. You must learn to differentiate what is and is not acceptable language depending on the setting. Your humor, when appropriate to the situation, is part of what makes you effective, but the effective leader never tries to be funny at the expense of the comfort of others.

I thank you for taking this matter seriously. Again, I believe you have tremendous potential to be a terrific leader for BSC and beyond, and I truly hope that you will learn from this experience so that you can capitalize on that potential. I look forward to discussing your ongoing progress with the steps outlined in this letter at your annual review and/or anytime you feel the need to receive additional feedback.

