**Assistant Director (Admissions)**

Next Job▶

Apply for Job

234894

Valdosta State University

Full-Time

Regular

Add to Favorite Jobs

Email this Job

Job ID

Location

Full/Part Time

Regular/Temporary

## About Us
As a comprehensive institution of the University System of Georgia, Valdosta State University (VSU) is a welcoming, aware, and vibrant community founded on and dedicated to serving our communities' rich and diverse heritages. Through excellence in teaching, basic and applied research, and service, VSU provides rigorous programs and opportunities that enrich our students, our university, and our region. As such, the VSU mission consists of three interrelated parts that includes a student mission, university mission and regional mission. The university is equally dedicated to the core values of community, including a commitment to practice civility, integrity and ~ Blazer Greed citizenship. As members of this community and proud Blazers we strive to uphold these core values for the advancement of the University.

## Job Summary
Assist in the direction and oversight of the operations of a department or unit.

## Responsibilities
The mission of the Office of Admissions, a unit of the Division of Student Success, is to inform, recruit, admit, and enroll a qualified, diverse student population which includes traditional, non-traditional, multicultural and academically talented students. We strive to provide student centered service in all contacts with prospective, current and former students. The Office of Admissions works closely with high schools, two-year colleges, other four-year institutions and community leaders, with primary focus in the state of Georgia and all of the states that border it. Our goal is to have Valdosta State University recognized as an outstanding destination institution to acquire a quality education. We are also responsible for processing applications and determining residency in accordance with the policies set forth by the Board of Regents.

### Typical Allocation of Duties:
**Assist in plans and goals development - 30%**
Assist in developing and implementing plans and goals for the department or unit.
**Assist in daily operations - 25%**
Work with the Director or Associate Director to coordinate and supervise daily operations. Supervise assigned department staff. Participate in the provision of professional services as required.
**Compliance - 15%**
Ensure compliance with regulations, standards, and internal policies.



KAIRISA J. MAGEE, RPR, GCCR
1/19/2022
PLAINTIFF'S EXHIBIT
**HOGAN - 49**

EXHIBIT
Plaintiff's
49

**Data analysis - 15%**
Analyze data, prepares reports, and implements necessary changes to existing procedures.
**Coordinate departmental participation - 10%**
Coordinate the participation of the department/unit at internal and external functions.
**Participate in meetings - 5%**
Participate in administrative staff meetings and attends other meetings as needed to provide guidance and direction on related issues.
## Supervisor Expectations:

•

- Responsible for all recruitment operations of the department.
- Supervise and lead the Admissions Counselors in order to inform and admit qualified students to the institution.
- Collaborate with other departments to participate in recruitment events as well as maintain those connections should a prospective student need their support.
- Attend meetings, participate in campus-wide committees, and assist with annual projects and events assigned through the Office of Admissions department and the Division of Student Success.
- Serve on departmental committees as requested.
- Plan and execute recruitment events such as V-State Experience, Open House, and the daily campus tours.
- Leadership on a department and a divisional level (chairing a committee, leader of a work group or initiative, etc.).
- Provide oversight of marketing materials (brochures, postcards, etc.)
- Perform professional or managerial work including advanced data analysis and synthesis.
- Assist the Director of Admissions with strategic planning for the department.

## Required Qualifications
**Required Experience**
Bachelor's degree in a specified field and three (3) years of related work experience. Professional licensure, certification, and/or designation may be required in some areas.

## Proposed Salary
$61,328

## Conditions of Employment
Employment is contingent upon successful completion of a background check. Position May Require Credit Check (if using P-Card, working with Cash, etc.).
Position Requires completion of VSU's Annual Compliance Training course (such as State Business Transactions, Drug Free Workplace, Anti-Harassment Policy, Introduction to Information Security, Workers Compensation, Motor Vehicle Policy, USG Ethics Policy, Conflict of Interest/ Outside Activities Policy, Leave Procedures for Faculty and Staff, Georgia Open Records Act, Family Educational Rights and Privacy Act (FERPA), and Contracts 101. Supervisory positions require training in FMLA and Worker's Compensation.

## Equal Employment Opportunity
Valdosta State University is an Equal Opportunity educational institution and has a strong institutional commitment to diversity and inclusion. In that spirit, we are particularly interested in receiving applications from a broad spectrum of people, including, but not limited to minorities and individuals with disabilities. Valdosta State University has a non-discrimination policy that includes sex, race, color, sexual orientation, religion, age, marital status, national origin, disability, and veteran status.

## Other Information

VSU reserves the right to:
- View social media outlets
- Check references at any point during the search process
- Shut down a posting without additional notification.

## Background Check
- Position of Trust + Credit