

**UNIVERSITY SYSTEM OF GEORGIA**
**Research & Policy Analysis**

270 Washington Street, S.W.
Atlanta, Georgia 30334
Web: www.usg.edu/research/

# DUAL ENROLLMENT DIGEST

## UPDATED JUNE 2020

**Section 1:** Introduction — Pg. 2

**Section 2:** Current Dual Enrollment Students — Pg. 3

    **2.1** Dual Enrollment Participation, Demographics, and Academic Preparation — Pg. 3

    **2.2** Dual Enrollment Course Taking and Performance — Pg. 7

    **2.3** Dual Enrollment Course Delivery and Instructor Type — Pg. 12

**Section 3:** Conversion of Dual Enrollment Students into First-time Freshmen at USG — Pg. 15

**Section 4:** Postsecondary Outcomes of former Dual Enrollment Students — Pg. 17

    **4.1** First-time Freshmen with Dual Enrollment Credit — Pg. 17

    **4.2** Postsecondary Outcomes by Dual Enrollment Status — Pg. 20

**Appendix** — Pg. 26

PLAINTIFF'S
EXHIBIT
56

tabbies

1

## Section 1: Introduction

The Dual Enrollment (DE) Digest highlights salient trends in the enrollment, characteristics, and outcomes of students who enroll in college courses while still pursuing a high school diploma. This report includes data from all students enrolled in college courses, not just those that receive state funding through the Dual Enrollment program. That said, this group constitutes the majority of students: 99.9% of high school students enrolled in college courses at USG in Fall 2019 received Dual Enrollment state funding.

Where available, trends are provided for a five-year period at the sector and System level for ease of viewing. Information for individual institutions is available upon request. The data for the Digest comes from the University System of Georgia Academic Data Collection.

Section 2 provides data on the enrollment of DE students at USG institutions—highlighting the trends in participation from Fall 2015 to Fall 2019 and the changes in the demographic characteristics of the participants over time. Additionally, this section details trends in the instructional type and location of courses DE students take over time, and grades received.

Section 3 shows the "conversion rate" of DE students, which is the percent of USG DE students that enroll in USG institutions as first-time freshmen (FTF) from Fall 2015-Fall 2019. Conversion rates are provided for matriculation to any USG institution as well as the same institution at which DE occurred.

Section 4 highlights outcomes of FTF from Fall 2015-2019 who entered into USG with DE credit. Comparisons are offered between FTF who did and did not earn DE credit; the former are broken down by where the DE credit was earned—specifically, USG, Technical College System of Georgia (TCGS), Georgia Military College (GMC), and other institutions. Outcomes include cumulative college GPA, credit accumulation, and retention and graduation rates.

Note: Charts in Section 2 & 3 are organized by the sector in which dual enrollment occurred. Charts in Section 4 are organized by the sector in which a student is enrolled as a FTF. Data points are provided in the charts for the earliest and latest terms of data available for ease of viewing.

## Section 2: Current DE Students

### Section 2.1: Dual Enrollment Participation, Demographics, and Academic Preparation

*Number and Percent of DE Students Enrolled by Sector*



Number of DE Students Enrolled by Sector

| Percent of DE Students Enrolled in the USG by Sector | Fall 2015 | Fall 2016 | Fall 2017 | Fall 2018 | Fall 2019 |
|---|---|---|---|---|---|
| Research Universities | 26.5% | 24.3% | 23.1% | 21.7% | 20.5% |
| Comprehensive Universities | 14.2% | 13.0% | 15.5% | 16.0% | 18.7% |
| State Universities | 29.3% | 28.3% | 29.8% | 31.2% | 31.1% |
| State Colleges | 30.0% | 34.3% | 31.6% | 31.1% | 29.7% |

The number of DE students has grown notably over the last five years, from 7,916 in Fall 2015 to 12,597 in Fall 2019, which amounts to 59% growth. The largest increase occurred between 2015 to 2016, which coincides with the implementation of Senate Bill 132.[1] Trends from the last two years of data indicate that while enrollment has increased, growth has been lower than in prior years. Enrollment is likely to continue to plateau, or even decline, as demand for DE reaches a natural saturation point, and House Bill 444 legislation is enacted.[2] Over the last five years, the share of DE students enrolled in Research Universities has declined from 26.5% to 20.5%. As of Fall 2019, DE participation is concentrated in the State University and State College sectors.

---

[1] Senate Bill 132 was intended to streamline funding and remove barriers to participation (Georgia Department of Audits and Accounts Performance Audit Division. Special Examination Report No. 17-09 January 2018).
[2] House Bill 444 was passed in the House and Senate, and signed into law by Governor Kemp in April 2020. This bill limits dual enrollment to 30 credit hours, 11th and 12th grade students, core courses, and modifies retake and withdrawal policies.

*Gender*



The share of DE students who are Female has decreased slightly at the System level, from 61% to 60% over the last five years. A similar decrease occurred in the Comprehensive and State College sectors, with a larger decrease in the Research University sector. The State University sector saw a slight increase in the percentage of female DE students.

*Race*



For ease of viewing, data for the Race/Ethnicity of DE students is provided at the System level, and the Appendix provides the information for each sector. Since 2015, the share of DE students who are White has decreased from 66% to 62% and the share of Black students decreased from 17% to 16%. The rest of the race categories increased from 2015 to 2019. The share of Asian students increased from 7% to 9%, Hispanic/Latino students increased from 5% to 8% and the share of students of other race categories (American Indian, Native Hawaiian/Pacific Islander, two or more races, and unknown race) increased from 4% to 6%. Research Universities had an increase in the percent of Black, Asian and Hispanic

students. Comprehensive Universities, State Universities, and State Colleges all had increases in the percent of Asian and Hispanic students.

### HSGPA and SAT/ACT







Average high school GPA of DE students at the System level has stayed the same at 3.7 from Fall 2015 to Fall 2019. All sectors have shown the same consistent pattern with an average GPA of 3.6 to 3.7 – though the Research sector showed a small dip to 3.5 in 2016.

Average SAT scores are provided for DE students that took the re-designed SAT exam, which was administered starting in March 2016. From Fall 2016 to Fall 2019, average scores decreased. There was an increase from Fall 2016 to 2017, but this is predominantly driven by the small sample size of students with the re-designed exam in Fall 2016. Scores remained relatively stable between Fall 2017 and 2018 and decreased slightly in Fall 2019. Consistent with the requirements for DE admission, average scores are higher among DE students that are enrolled in more selective sectors. Turning to the ACT, where there have been no changes in test structure over time, average performance among DE students has remained stable.[3]

---

[3] For ease of viewing, average ACT scores are rounded to the nearest whole number. However, the height of the bar chart is based on the average score rounded to the tenth decimal. E.g. System Fall 2015 is 25.1 and Fall 2019 is 24.8, both of which round to 25.

**Section 2.2 Dual Enrollment Course Taking and Performance**

*Average Hours Attempted*



Since Fall 2015, average credit hours attempted by DE students have remained relatively stable at the System level (from 7.2 hours in Fall 2015 to 7.3 hours in Fall 2019). However, this is not the case across all sectors: hours attempted increased at Research and State Universities but decreased at Comprehensive Universities and State Colleges.

*Average Percent of Hours Earned*



The percent of credit hours earned out of hours attempted among DE students has remained around 96% system-wide since Fall 2015, with similar patterns observed across sectors. This is encouraging given the broadening participation in DE over time. Percent of hours earned is highest among DE students at Research institutions.

*Average College GPA*



Performance of DE students, as measured by their end of semester GPA, has remained close to 3.4 over the past five years system-wide. Average GPA across sectors is similarly stable.

*Percent of DE Courses in the Core Curriculum*



The majority of courses taken by DE students are designated as part of the core curriculum[4]. System-wide, more than 90 percent of all DE course enrollments were within the core from Fall 2015 to Fall 2019, and there has been an increase over time from 93 percent in Fall 2015 to 96 percent in Fall 2019. This is similar across sectors; however, Comprehensive Universities have a slightly lower proportion of DE course enrollments in core courses.

---

[4] Georgia Student Finance Commission categorizes courses taken by DE students into Core, Technical, and Other. A list of included courses is available upon request.

*Percent of Top Five Courses Among All DE Course Enrollments*





From Fall 2015 to Fall 2019, the DE courses with the highest enrollment system-wide are ENGL 1101, MATH 1111, POLS 1101, ENGL 1102, and PSYC 1101. More than 90 percent of the students enrolled in these courses pass with a grade of C or better. There are similar DE course enrollment patterns across sectors, although there are a few differences in which courses appear in the top five. For instance, the top five courses among Research Universities include MATH 1554 and ECON 2105. Across sectors, pass rates remain high in the DE courses with the greatest enrollment. Top five DE courses by sector is provided in the Appendix.

## *DE Course Enrollment in English Gateway Course*





Approximately 20 percent of DE course enrollments system-wide are in ENGL 1101, the gateway English course. Across the sectors, this course typically has the highest number of DE students enrolled. Comprehensive Universities have the smallest proportion of DE course enrollment in ENGL 1101 as compared to the other sectors. The decline in the portion of DE students taking ENGL 1101 since Fall 2015 is related to the increase in DE participation over all—while the number of DE students enrolled in ENGL 1101 has increased each year since Fall 2015, the total number of DE participants has increased at a larger rate. The pass rates for ENGL 1101 have remained steady across sectors and over time with more than 90 percent of students earning a C or better in this course. In fact, more than 50 percent of students earn an A in this course.

## *DE Course Enrollment in Math Gateway Courses*



The gateway math courses (MATH 1001, 1101, 1111) typically have the second highest enrollment among DE courses. State Colleges have the highest proportion of DE course enrollment in gateway math as compared to the other sectors. About 90 percent of students pass the math gateway courses with a C or better and nearly 50 percent of students earn an A. Given the importance of introductory English and math courses to the Momentum Year efforts, it is encouraging to see many DE students earning these key credits.

## **Section 2.3 Dual Enrollment Course Delivery & Instructor Type**

### *Percent of DE Course Enrollments by Delivery Type*







The graphs above show the percent of DE courses taught in the following mutually exclusive categories: face-to-face on a USG campus, in an online format, as part of eCore, or at an external site. Courses taught at an external site are often taught at a high school. The majority of DE courses are taught face-to-face on USG campuses; however, since Fall 2015 there has been a sizeable decline in face-to-face DE instruction (87% to 77%) and an increase in the percent of DE courses taught online (9% to 20% including eCore).

There are similar trends in online DE course enrollment across sectors, but Research Universities have a slightly greater percentage of DE courses in an online format (primarily driven by an increase in DE participation in online courses at Georgia State University). With respect to performance across course type, in Fall 2019 the highest pass rates occurred in e-core courses, followed closely by Face-to-Face and non-eCore Online. All delivery types have a high passing rate of over 90%.

13

*Percent of DE Courses taught by Instructor Type*



In Fall 2019 there were 4,868 instructors that taught a course with a DE student enrolled. Close to 50% have the rank of Professor (47.9% including Assistant and Associate). A quarter are Instructors, and 12.8% are Lecturers (including Senior).

## Section 3: Conversion of Dual Enrollment Students into First-Time Freshmen at USG

*Conversion of DE Students to First-time Freshmen at any USG School*



The conversion rate measures the percent of DE students that are high school seniors who matriculate to USG as first-time freshmen.[5] System-wide, over 60% of DE seniors enroll in USG institutions as first-time freshmen and this has remained stable over time (Note: sectors depicted in Section 3 charts denote the sector where the student participated in DE). The conversion rate among DE students at Research Universities is slightly lower than other sectors.

*Conversion of DE Students to First-time Freshmen at the Same Institution*



---

[5] E.g. The information for Fall 2015 details the percent of high school seniors taking Dual Enrollment between Summer 2014-Spring 2015 that matriculated to USG as FTF in Fall 2015.

The conversion rate at the same institution measures the percent of DE students that are high school seniors who matriculate to the same USG institution where they participated in DE. System-wide, 25% of DE seniors enroll in the same school where they participated in DE. The highest institution-specific conversion rates occur in the Comprehensive sector; however, for Fall 2019 Georgia Institute of Technology had the highest conversion rate at 60%. There has been a decline over time in the institution-specific conversion rate for all sectors except Research Universities, which has stayed relatively constant.[6]

For additional context, the conversion rates (general and institution-specific) for Fall 2019 are provided by institution in the Appendix.

---

[6] Note that for some institutions and years, the conversion rate may omit students who enroll as first-time freshmen at the same institution or within the USG. This is due to institution data entry issues. We have and continue to work with institutions to improve data quality in this area.

## Section 4: Postsecondary Outcomes of Former Dual Enrollment Students

### 4.1 First-time Freshmen with Dual Enrollment Credit

*Number and Percent of First-time Freshmen with DE Credit and Average DE Credit Earned*



### Percent of First-time Freshmen with DE Credit by Sector

|  | Fall 2015 | Fall 2016 | Fall 2017 | Fall 2018 | Fall 2019 |
|---|---|---|---|---|---|
| Research Universities | 15.2% | 17.3% | 19.7% | 21.8% | 25.4% |
| Comprehensive Universities | 13.2% | 16.3% | 21.1% | 25.5% | 32.1% |
| State Universities | 11.3% | 14.5% | 18.1% | 22.5% | 28.2% |
| State Colleges | 8.5% | 10.8% | 13.2% | 16.7% | 20.8% |
| System Total | 12.4% | 15.1% | 18.4% | 22.0% | 26.9% |



The above charts indicate that system-wide, the percent of FTF bringing in DE credit has increased from 12% (6,485 students) in Fall 2015 to 27% (14,672 students) in Fall 2019. This pattern is observed across all sectors, and in particular in Fall 2019, Comprehensive and State Universities had the largest percent of FTF with DE credit (Note: sectors depicted in Section 4 charts denote the sector where the student is a FTF). On average, incoming freshmen with DE credit are bringing in a semester's worth of credit.  At the system level, the average DE credit earned by FTF increased from 14 in Fall 2015 to 17 in Fall 2019. Similar patterns are observed across sectors; FTF at Research and Comprehensive Universities in Fall 2019 have the highest average DE credit hours earned at 18 hours.

The large uptick in FTF with DE credit over the last few years, and in particular from Fall 18 to Fall 19, likely reflects the cumulative effect of expanded access to DE under 2015's Senate Bill 132.

*Number and Percent of First-time Freshmen with DE Credit by DE Location*





The above charts illustrate the number and percent of USG FTF that bring in DE credit by where the DE credit was earned.[7] While the number of FTF earning DE credit from all locations is increasing, the percent of FTF earning DE credit exclusively from USG institutions has declined (from 58% in Fall 2015 to 38% in Fall 2019) and the percent of FTF earning DE credit exclusively from TCSG has notably increased (from 23% in Fall 2015 to 30% in Fall 2019). There are several potential explanations for this including both the existence of a robust transfer articulation between USG and TCSG which guarantees DE courses at TCSG will transfer to the USG as well as more lenient DE admissions policies at TCSG.

Sector information is provided in the Appendix; for the most part, these same trends persist across sectors.

### Average DE Credit Earned by DE Location



FTF who earned DE credit from a combination of locations earned the greatest amount of DE credit on average (from 22 to 29 credit hours over the last five years). This is not surprising considering that students attending a mix of locations likely enrolled for more than one term. The second highest credit earned on average occurred at GMC; however, it is important to note that the number of FTF earning DE credit exclusively from GMC is very small (122 students in Fall 2015 and 702 students in Fall 2019).

---

[7] DE location refers to where the student earned DE credit and includes the following mutually exclusive categories: USG only (DE credit from USG institutions exclusively), TCSG only (DE credit from Technical System exclusively), GMC only (DE credit from Georgia Military Academy exclusively), Other only (DE credit from non-USG, non-TCSG, and non-GMC), and Mix (a mixture of any of these categories).

### 4.2 Post-secondary Outcomes by Dual Enrollment Status

*Retention Rates for First-time Freshmen by DE Status*



One-year, system-wide retention rates[8] for FTF in Fall 2018 are presented above. Across sectors, FTF with DE credit were retained at higher rates than students without DE credit. The difference between DE and non-DE students was most pronounced at State Universities and State Colleges. It is important to note that DE students tend to be better academically prepared than non-DE students in terms of high school GPA and standardized test scores, and this is a contributing factor to the differences in student success observed at the postsecondary level. In addition, students with DE credit have higher retention rates than non-DE students regardless of where DE credit was earned. Finally, the highest retention rates are observed among FTF who earned DE credit exclusively from a USG institution.

---

[8] System-wide retention rates are the percent of students retained at any USG institution, not only those retained at the institution where they initially matriculated.

*Average First-year College GPA for First-time Freshmen by Sector and DE Status*





The average cumulative GPA earned at the end of the first academic year for Fall 2018 FTF is presented above. Similar to the one-year retention rates, average college GPA is consistently higher among students who earned DE credit compared to non-DE students, regardless of where DE credit was earned. The highest average college GPA is observed for students who earned DE credit at a mix of institutions followed by those who earned DE credit exclusively at USG institutions.

*Average Percent of Hours Earned (out of hours attempted) for First-time Freshmen by Sector and DE Status*



The average percent of credit hours earned at the end of the first academic year for Fall 2018 FTF is presented above (excluding credit earned through dual enrollment). Average percent of hours earned is consistently higher among students who earned DE credit compared to non-DE students, regardless of where DE credit was earned. The highest average percent of hours earned is observed for students who earned DE credit exclusively at USG institutions or a Mix.

*Average Total Hours Earned for First-time Freshmen by Sector and DE Status*



The average total credit hours earned (excluding DE credit) by the end of the first academic year for Fall 2018 FTF is presented above. Average Total hours earned is consistently higher among students who earned DE credit compared to non-DE students. The highest average hours earned is observed for students who earned DE credit in the 'Other' category of institutions (1,818 students) followed closely by students who earned DE credit at USG institutions (5,279 students).

*Bachelor's Graduation Rates for First-time Freshmen by DE Status*



These charts illustrate the four-year, system-wide bachelor's graduation rates[9] for the Fall 2015 cohort. In all sectors of USG, the graduation rates are higher for FTF with DE credit than FTF without DE credit, ranging from a 14-percentage point difference at Research Universities to a 29-percentage point difference at State Colleges. Students with DE credit have higher graduation rates than non-DE students, regardless of where DE credit was earned; however, the highest graduation rates are observed among FTF who earned DE credit from a USG institution.

---

[9] System-wide graduation rates are the percent of students who graduated with a bachelor's degree at any USG institution within four years, not just those who graduated from the institution where they first matriculated. Six-year graduation rates, which is the typical metric for Bachelor's degree seekers are not available for the Fall 2015 cohort since sufficient time has not yet passed.

*Associate Level Graduation Rates for First-time Freshmen by DE Status*





These charts illustrate the three-year, system-wide associate level graduation rates for FTF in Fall 2016. FTF with DE credit had higher graduation rates than non-DE FTF in all sectors of the USG. For State Colleges, the three-year graduation rates were about 16 percentage points higher for DE students compared to non-DE students. Across the USG, associate level graduation rates for FTF with DE credit were higher than FTF without DE credit regardless of where the DE credit was earned.

**Appendix**

## Section 2: DE Participation by Race and Sector









## Section 2: Percent of Top Five Courses Among All DE Courses by Sector

### *Research Universities*





_Comprehensive Universities_





*State Universities*





## *State Colleges*





Section 3: Conversion of DE Students to FTF by Institution

University of Georgia
Dual Enrollment to FTF
Number of DE students (Summer 18-Spring 19)
Conversion to USG School as FTF in Fall 2019

| Institution | Number of DE Students | Enrolled as FTF in Fall 2019 at any USG School | Enrolled as FTF in Fall 2019 at DE school |
|---|---|---|---|
| Augusta University | 186 | 66% | 33% |
| Georgia Institute of Technology | 448 | 69% | 60% |
| Georgia State University | 1,737 | 54% | 17% |
| University of Georgia | 34 | 62% | 41% |
| *Research Universities* | **2,405** | **58%** | **26%** |
| Georgia Southern University | 511 | 72% | 46% |
| Kennesaw State University | 477 | 63% | 40% |
| University of West Georgia | 631 | 55% | 20% |
| Valdosta State University | 182 | 70% | 37% |
| *Comprehensive Universities* | **1,801** | **63%** | **35%** |
| Albany State University | 253 | 52% | 11% |
| Clayton State University | 695 | 62% | 7% |
| Columbus State University | 250 | 68% | 35% |
| Fort Valley State University | 21 | 38% | 19% |
| Georgia College & State University | 66 | 70% | 24% |
| Georgia Southwestern State University | 162 | 68% | 24% |
| Middle Georgia State University | 365 | 64% | 17% |
| Savannah State University | 94 | 49% | 18% |
| University of North Georgia | 1,072 | 72% | 35% |
| *State Universities* | **2,978** | **65%** | **23%** |
| Abraham Baldwin Agricultural College | 388 | 65% | 26% |
| Atlanta Metropolitan State College | 176 | 40% | 1% |
| College of Coastal Georgia | 318 | 68% | 21% |
| Dalton State College | 273 | 46% | 15% |
| East Georgia State College | 270 | 69% | 16% |
| Georgia Gwinnett College | 600 | 71% | 18% |
| Georgia Highlands College | 328 | 63% | 14% |
| Gordon State College | 318 | 64% | 19% |
| South Georgia State College | 307 | 68% | 28% |
| *State Colleges* | **2,978** | **64%** | **19%** |
| *System Total* | **10,162** | **63%** | **25%** |

See Footnote 7 in the text.

## Section 4: Percent of FTF with DE Credit by DE Location







