# Dual Enrollment Program

# Regulations – 1600.

# 2018 - 2019 Award Year



**Effective Date – July 1, 2018**

**GSFA** | Georgia Student
Finance Authority

2082 East Exchange Place
Tucker, Georgia 30084

1608. Student Application Requirements. ................................................................ 14

   1608.1. Application Process. ............................................................................ 14

   1608.2. Application Deadline Date. ................................................................ 15

1609. Award Amounts. ............................................................................................ 16

   1609.1. Tuition Amounts at Public Eligible Postsecondary Institutions. ............. 16

   1609.2. Tuition Amounts at Private Eligible Postsecondary Institutions. ........... 16

   1609.3. Eligible Postsecondary Institutions Fee Allowance. ............................ 16

   1609.4 Eligible Postsecondary Institutions Book Allowance. ........................... 17

   1609.5. Tuition Amount Reductions. ................................................................ 17

   1609.6. Awards Per School Term. ................................................................... 18

   1609.7. Student Notification of Award. ............................................................ 18

1610. Invoicing Requirements. ............................................................................... 19

   1610.1. Submission of Invoices. ...................................................................... 19

   1610.2. Payment of Invoices. .......................................................................... 19

   1610.3. Crediting of Student Accounts. ........................................................... 20

1611. Student Refund Requirements. ..................................................................... 21

   1611.1. Calculation of Refund Amounts. ......................................................... 21

   1611.2. Collection of Refunds. ......................................................................... 22

1612. Reconciliation Requirements. ....................................................................... 23

   1612.1. Term-Reconciliation. ........................................................................... 23

   1612.2. Fiscal Year End Reconciliation. .......................................................... 23

1613. Records Retention Requirements. ................................................................ 24

   1613.1. Length of Retention. ............................................................................ 24

   1613.2. Documentation. ................................................................................... 24

   1613.3. Extended Retention. ............................................................................ 25

## 1602.  Program Overview.

The Dual Enrollment (DE) Program provides for participation in Dual Credit Enrollment for Eligible High School and Home Study students. These students earn postsecondary credit hours while simultaneously meeting their high school graduation or Home Study completion requirements.

State revenues provide funding for this program. The total amount of funds appropriated for the program is established each year by the Georgia General Assembly during the prior legislative session and is subject to change during the Award Year.

The Dual Enrollment Program is created in accordance with the Move On When Ready Act, Official Code of Georgia Annotated (O.C.G.A.) §20-2-161.

*(The remainder of this page is intentionally blank.)*

b. The appeal should consider attempted hours toward the program in which the student is enrolled, satisfactory qualitative (grade-based) standards, and the student's satisfactory pace in pursuit of completing the program with and without the dual enrollment credits. Eligible Postsecondary Institutions have sole discretion and responsibility for evaluation and approval of any such appeals.

*(The remainder of this page is intentionally blank.)*

3. A student with a documented Individualized Education Plan (IEP) or 504 Plan that includes extended enrollment beyond the typical four (4) years is eligible to participate in the Dual Enrollment Program while following the IEP until high school graduation. The student must maintain all other eligibility requirements.

   a. The student must submit a Length of Eligibility Extension Request Form to GSFC and allow for the release of the IEP or 504 Plan to GSFC upon request to the high school. Extensions are approved on a case by case basis.

4. GSFC retains the right to limit or deny participation in the event of inappropriate extended enrollment or program use.

5. Eligible High Schools and Home Study programs may not adjust a student's enrollment or graduation plans or records in order to extend a student's Dual Enrollment eligibility. Doing so may result in loss of state program eligibility and responsibility for repaying Dual Enrollment state funds.

6. Students may receive Dual Enrollment payments for three semesters or four quarters per Award Year while enrolled in an Eligible High School or a Home Study program.

7. A student may participate in Dual Enrollment up to the student's high school graduation date or home study completion date, subject to the limitations set forth above in 1605.2.1, even if the student has fulfilled all high school graduation or Home Study completion requirements. Students must continue to take course work that could have been used to fulfill high school graduation requirements.

8. All postsecondary coursework must be completed prior to high school graduation or Home Study completion in order to receive Dual Enrollment funds. In no case shall Dual Enrollment funds be awarded for postsecondary coursework scheduled, per the Eligible Postsecondary Institution's calendar, for a term in which a student may not be awarded Dual Credit toward graduation from the Eligible High School or Home School completion.

**1605.3. Impact on Future HOPE Eligibility.**

1. The postsecondary credit hours taken as a Dual Credit Enrollment student, for which Dual Enrollment payment was made, are not counted as Attempted-Hours nor are they included in the Combined Paid-Hours limit for purposes of HOPE Scholarship or Zell Miller Scholarship eligibility.

   a. Hours for which a student may have received payment from the Accel Program (through FY2011), are included in the Combined Paid-Hours limit.

**1605.4. Responsibilities of the Georgia Department of Education.**

2018-2019 Dual Enrollment Program Regulations                    Page **9** of **28**

earned for each course taken as a Dual Credit Enrollment student as follows:

    i   One to two semester credit hours = .5 course unit

    i   Three to five semester credit hours = 1 course unit

    i   One to three quarter credit hours = .5 course unit

    iv.  Four to eight quarter credit hours = 1 course unit

2. Public and private Eligible High Schools must complete the annual underclass (9th, 10th and 11th grade) transcript data upload to GSFC.

    a.  Underclass transcript data, of the previous Academic Year, must be reported by September 30th.

    b.  Failure to report underclass transcript data can affect access to online Dual Enrollment student funding applications for the new year.

## 1605.6. Eligible Postsecondary Institution Responsibilities and Participation Agreement.

1. The Eligible Postsecondary Institution must sign a *Dual Enrollment Participation Agreement,* as part of the Institutional Participation Agreement, with GSFC, agreeing to abide by Dual Enrollment financial and program requirements for all eligible participating high school or Home Study students as follows:

    a.  Waive all Mandatory Fees, except $50 which will be paid to the Eligible Postsecondary Institution through the Dual Enrollment Program which shall be applied to Mandatory Fees only; and

    b.  Provide course books for each course the student is Enrolled per term at no cost to the student; and



    c.  Accept the amount received from GSFC as full payment of Tuition, Mandatory Fees and book costs up to the 15 semester or 12 quarter credit hours per term maximum Dual Enrollment funding limit.

2. The postsecondary credit hours earned in the Dual Enrollment Program must be transferred from one Eligible Postsecondary Institution to another Eligible Postsecondary Institution on the same basis as such credit hours are customarily transferred.

3. Upon the student's request, the Eligible Postsecondary Institution must notify the Eligible High School or Home Study program of each student's Enrollment and grade(s) earned in the coursework, and must provide one transcript at the end of each term at no charge.

4. The Eligible Postsecondary Institution must invoice for Dual Enrollment Program payment from GSFC (refer to *Section 1610.*).

## 1607. Ineligible Coursework.

### 1607.1. Joint Enrollment Coursework.

1. A Dual Credit Enrollment student seeking a high school diploma or Home Study completion who is Enrolled in postsecondary coursework as a Joint Enrollment student is ineligible for Dual Enrollment Program payment for coursework that the Eligible High School or Home Study program will not accept as secondary credit.

### 1607.2. Exemption by Examination Coursework.

1. A Dual Credit Enrollment student is ineligible to receive Dual Enrollment payment for coursework that was exempted or given credit by examination, testing, training, or experience.

### 1607.3. Continuing Education and Audit Coursework.

1. A Dual Credit Enrollment student is ineligible to receive Dual Enrollment payment for coursework classified by his or her Eligible Postsecondary Institution as Continuing Education or Audit coursework.

### 1607.4. Total Withdrawal from Coursework.

1. A Dual Credit Enrollment student is ineligible for Dual Enrollment payment for coursework from which he or she totally withdrew if, as a result, such coursework does not appear on the student's academic transcript as a "W" or any other code or type of identification for such a withdrawal (refer to *Section 1610.1.*).

*(The remainder of this page is intentionally blank.)*

accordance with *Section 1609.*, and invoice GSFC, in accordance with *Section 1610.*

c.  A student must complete a Dual Enrollment funding application and adhere to the requirements pursuant to this section, and *Section 1608.2.*, for each school term (semester or quarter) for which he or she participates in the Dual Enrollment Program. The Dual Enrollment funding application is effective for only the term for which it was completed and does not automatically renew.

**1608.2. Application Deadline Date.**

1.  The Dual Enrollment funding application (online or paper) must be completed by the student, the participating Eligible High School or Home Study program and the participating Eligible Postsecondary Institution and submitted to GSFC on or before the last day of the school term (semester or quarter) or the student's withdrawal date, whichever occurs first, in order to be paid for that school term.

    a.  The last day of the school term is the last day of classes or exams for the Eligible Postsecondary Institution, whichever occurs later.

    b.  Supplemental documentation required by the Eligible Postsecondary Institution or GSFC to support or verify a student's funding application information may be submitted after the deadline without jeopardizing the student's eligibility.

2.  Participating Eligible High Schools, Home Study programs and Eligible Postsecondary Institutions may set earlier deadline dates for each school term to meet institutional requirements.

*(The remainder of this page is intentionally blank.)*

during a single term, the student shall receive a Mandatory Fee allowance at each Eligible Postsecondary Institution.

## 1609.4 Eligible Postsecondary Institutions Book Allowance.

1. Book funds will be paid based on an eligible Dual Enrollment student's enrollment, i.e. semester or quarter credit hour each term up to 15 semester or 12 quarter hours.

2. Each participating Eligible Postsecondary Institution must provide the required course book(s) to Dual Enrollment students. An Eligible Postsecondary Institution shall receive no more than the amount listed below to provide books for eligible Dual Enrollment students.

|  | Semester System | Quarter System |
|---|---|---|
| Per Credit Hour: | $25.00 | $15.00 |

3. Book funds will be paid to the Eligible Postsecondary Institution, and should be made available for the provision of books, for students participating in the Dual Enrollment Program.

   a. Institutions must provide textbooks required for courses taken through the Dual Enrollment Program at no cost to the student. If the course textbook and/or course homework delivery method is provided online or online materials are used in lieu of a physical textbook, the institution must provide the access code at no cost to the student.

4. Any unused book allowance funds are to be retained by the Eligible Postsecondary Institution for overall Dual Enrollment book costs, and not refunded to individual students.

5. The Eligible Postsecondary Institution is permitted to charge a Dual Enrollment recipient a fine for a lost or damaged book which was loaned to the student. The student may be charged the lesser of:

   a. The cost of the book minus the Dual Enrollment book allowance for the specific course or $75.00.

## 1609.5. Tuition Amount Reductions.

1. If a student is receiving student aid from a source other than the Dual Enrollment Program and such aid is required by the donor to be applied to the student's Tuition and Fee charges, and such award plus the Dual Enrollment funds are equal to or greater than the student's Tuition and Fee charges, then the student's Dual Enrollment award must be reduced, so that the total aid is equal to the Tuition and fee charges.

## 1610. Invoicing Requirements.

### 1610.1. Submission of Invoices.

1. Eligible Postsecondary Institutions may submit Dual Enrollment Tuition, Mandatory Fees and book allowance invoices to GSFC as early as 15 calendar days prior to the first day of classes for the school term.

2. Invoices must be submitted through GSFC's online invoicing system, Scholarship Up-to-date Records for Electronic Reporting (SURFER), processed, and approved by GSFC by the Invoicing Deadline Date as established by GSFC. Each invoice submitted by the Eligible Postsecondary Institution must include Enrolled-Hours, Paid-Hours, Learning Support and the student's program of study information, when applicable to the program.

   a. In the event invoices are submitted to GSFC by Eligible Postsecondary Institutions after the Invoicing Deadline Date for a school term, GSFC may issue a notice of failure to meet the Invoicing Deadline Date to the President and/or governing body of the Eligible Postsecondary Institution and the invoices may not be honored.

3. Prior to the beginning of any Award Year and no later than June 30 of each year GSFC shall establish and publish the Invoicing Deadline Dates for each school term for the upcoming Award Year.

4. An Invoice may be honored or paid after the Invoicing Deadline Date if the failure to meet the date was due to:

   a. The need for supplemental documentation required by the Eligible Postsecondary Institution or GSFC to support or verify a student's eligibility;

   b. Late grades, late completions, grade changes; or

   c. Other adjustments made to the student's official academic transcript that resulted in a change in eligibility and the student met all other eligibility requirements prior to the deadline.

5. The President of GSFC has sole discretion in the determination of invoice deadlines and extensions. The decision of the President of GSFC shall be final.

### 1610.2. Payment of Invoices.

1. Dual Enrollment funds are paid to Eligible Postsecondary Institutions by electronic transfer of funds on behalf of eligible students each school term upon submission to GSFC of a Dual Enrollment Program invoice.

## 1611. Student Refund Requirements.

### 1611.1. Calculation of Refund Amounts.

1. If a student officially withdraws, drops out, drops hours, is expelled, or otherwise fails to complete a period of Enrollment, and is entitled to a refund, a portion of such refund may need to be returned to the Dual Enrollment fund.

   a. A student is ineligible for the Dual Enrollment funds for coursework from which he or she totally withdrew if, as a result, such coursework does not appear on the student's academic transcript as a "W" or any other code or identification for such a withdrawal.

   b. If the Eligible Postsecondary Institution invoiced GSFC prior to the student's total withdrawal, then the Eligible Postsecondary Institution must cancel the student's Dual Enrollment award for that term through the SURFER system.

   c. If the Dual Enrollment courses are not listed on the student's transcript, then no Dual Enrollment funds may be retained by the postsecondary institution.

2. To determine the refund due to the Dual Enrollment Program, the Eligible Postsecondary Institution must apply the institution's refund policy to the student's Dual Enrollment award amount. The book and fee amount is not subject to the refund policy.

3. The Eligible Postsecondary Institution must determine the amount of the refund due back to the Dual Enrollment Program. The amount of the Dual Enrollment award not determined to be owed back to the Dual Enrollment Program is retained by the Eligible Postsecondary Institution to cover the institution's cost for the portion of the school term that the student was enrolled.

   a. The Eligible Postsecondary Institution must adjust the student's invoice in SURFER to the new award amount remaining after the refund is calculated within forty-five (45) calendar days of the determination.

   b. If the student only received Dual Enrollment funds, the Eligible Postsecondary Institution should return the funds determined to be owed to the Dual Enrollment Program within forty-five (45) calendar days of the refund determination.

   c. The Dual Enrollment tuition, book and fee funds can only be received and/or retained by the postsecondary institution if the Dual Enrollment courses appear on the student's transcript.

## 1612. Reconciliation Requirements.

### 1612.1. Term-Reconciliation.

1.  Eligible Postsecondary Institutions must conduct a Term-Reconciliation by the end of each term.

    a   A Term-Reconciliation consists of an official acknowledgement by an authorized school official through SURFER, that the number of students submitted for payment, amount invoiced by the Eligible Postsecondary Institution, the number of students awarded, and amount issued by GSFC, according to SURFER, is accurate on that date.

    b.  GSFC will not issue any state scholarship or grant funds for the following term until the Term-Reconciliation is complete.

    c.  Funds are not returned to GSFC as part of the Term-Reconciliation process.

### 1612.2. Fiscal Year End Reconciliation.

1.  In addition to the Term-Reconciliations, the Eligible Postsecondary Institution must conduct the Fiscal Year End Reconciliation through SURFER.

    a.  The Eligible Postsecondary Institution must conduct a complete student-by-student Fiscal Year End Reconciliation with GSFC that includes:

        i   Submission of a reconciliation certification form by July 15, immediately following the completion of the Fiscal Year for each State Program, verifying accuracy of each invoice submitted by the Eligible Postsecondary Institution with respect to Enrolled-Hours, Paid-Hours, Learning Support and the student's program of study information, when applicable to the program; and

        i   Return to GSFC any funds not utilized according to the Fiscal Year End Reconciliation by August 15 after the beginning of the new Fiscal Year.

    b.  GSFC will not issue any state scholarship or grant funds for the Fall term until the previous Fiscal Year End Reconciliation process is complete.

    c.  The Eligible Postsecondary Institution must have a procedure in place to ensure that the state scholarship and grant funds do not go to an unintended third party (i.e., state, postsecondary institution).

**1613.3. Extended Retention.**

1. An Eligible High School and Eligible Postsecondary Institution may be required to retain student records involved in a Compliance Review Audit or investigation for more than the three- year retention period set forth in *Section 1613.1*. If the three-year retention period expires before the issue in question is resolved, the Institution must continue to retain all associated records until resolution is reached.

*(The remainder of this page is intentionally blank.)*

## 1615. Compliance Reviews.

### 1615.1. Compliance Review Policy.

1. GSFC may conduct Compliance Reviews of Eligible Postsecondary Institutions participating in the Dual Enrollment Program in order to assess institutional administration of the program and compliance with the program's regulations. Compliance Reviews are conducted in accordance with GSFC's *Compliance Review Process and Procedures* document, which is available at gsfc.georgia.gov, under *Information for School Compliance*.

### 1615.2. Compliance Review Process.

1. GSFC selects a sampling of the Eligible Postsecondary Institution's recipients, for the Award Year under review, and the institution's files and records for the sample are examined to assure compliance. Records which document and support a student's eligibility must be available for review at the Georgia campus of the Eligible Postsecondary Institution (refer to *Section 1612*.).

    a. GSFC will exclude SAP determinations, in the selected sample of any USG or TCSG institution, that has submitted a signed certification to GSFC's Compliance Department by the President of the Eligible Postsecondary Institution that:

        i. The Eligible Postsecondary Institution is in compliance with its policies and procedures in the determination and the administration of the financial aid award process relative to SAP requirements; and

        ii. The SAP determinations have been fairly and consistently applied with respect to all students receiving the Dual Enrollment awards.

    b. Such certification must be submitted annually to the Compliance Department of GSFC.

        i. Failure to provide such certification will result in a review of SAP determinations made for Dual Enrollment recipients in the selected sample.

### 1615.3. Institutional Repayment.

1. In the event it is determined that an Eligible Postsecondary Institution knowingly or through error certified an ineligible student to be eligible for Dual Enrollment, the amount of such grant shall be refunded by the Eligible Postsecondary Institution.