# Classified Checklist

| Name | | Social Security Number | |
|---|---|---|---|
| **Richard A. Carvajal** | | ▓▓▓▓ | |
| **ADP ID#** | **Date of Hire** | **VSU ID Number** | |
| **0240034** | **01/01/2017** | ▓▓▓▓ | |
| **Position Title** | | **Pay Group** | **Date of Birth** |
| **President** | | **51A** | ▓▓▓ 1971 |
| **Supervisor** | | **Department** | |
| | | **Office of the President** | |

## Prior to Appointment

- ☑ Background Check
- ☑ Banner Form
- ☐ Job Posting - NA
- ☐ Hiring Proposal - NA
- ☐ Application - NA
- ☑ Employment Letter
- ☑ Folders Created

## Appointment Forms

- ☑ Personnel Data Sheet
- ☑ Drug Free Acknowledgement
- ☑ Handbook
- ☑ Right to Know
- ☑ I.T. Confidential Info.
- ☑ Workers Comp. Letter
- ☑ Security Questionnaire
- ☑ Form I-9
- ☑ Orientation Registration — not req.
- ☑ Copy of Identification
- ☑ ID Authorization Form
- ☑ Send Employment Letter — sent by BOR

## Payroll Checklist: Sent Date  1·10·17

- ☑ G-4
- ☑ Direct Deposit
- ☑ W-4
- ☑ Checklist-Payroll
- ☑ Checklist-Binder
- ☑ Checklist-File

## Employment Eligibility and Verification

- ☑ Form I-9 Certified
- ☑ eVerify Form
- NA ☐ Glacier

## Benefits Folder: Date Given to Benefits  transfer from affiliate

- ☐ Employment Letter
- ☐ ORP Forms
- ☐ TRS Enrollment
- ☐ Employee Retained Benefits Enrollment Forms (Exempt Only)
- ☐ Georgia Defined

Revised: 08/09/2016



## WORKERS COMPENSATION COMPLIANCE FORM

Employers are required by the Georgia Workers Compensation Law to provide prompt medical and disability benefits for injuries sustained on the job by workers resulting partial or total incapacity or death.

I have received and read the information contained in the AmeriSys Handbook entitled "Workers Compensation Managed Care Organization"

**By signing this document I understand and agree to comply with the VSU Workers Compensation Policy and Guidelines. I understand to contact the Human Resources Department if I have questions or additional information is required.**

Signature/Date

August 6, 2010



**VALDOSTA**
**S T A T E**
UNIVERSITY
*Building for Our Next Century*
*1906-2006*

# Information Technology Division

## Employee Confidentiality and Non-Disclosure Agreement

I acknowledge that this Agreement is reasonable in scope, area, and duration and is in the legitimate interest of the University and its affiliates in protecting Confidential and Proprietary Information and Intellectual Property. I have read this agreement and I understand that I am expected to abide by the terms and conditions herein:

Employee Signature

01/06/2017

Date

Richard A Carvajal

Printed Name



**VALDOSTA**
**S T A T E**
UNIVERSITY
*Building for Our Next Century*
*1906-2006*

## Right to Know Act

Environmental & Occupational Safety

### You have the right to know about the hazardous chemicals in your workplace!

Under the "Public Employee Hazardous Chemical Protection and Right to Know Act of 1988" you must be informed of the following:

- o The Requirement of the law;
- o Your right to receive information regarding hazardous chemicals on your job;
- o Your right to receive formal training and education on hazardous chemicals;
- o What a Material Safety Data Sheet (MSDS) is and how it works;
- o Where hazardous chemicals are used in your work place;
- o Your physician's- right to receive information on the chemicals to which you may be exposed.

YOU CANNOT BE FIRED, DISCRIMINATED AGAINST, OR DISCIPLINED FOR EXERCISING YOUR RIGHT TO KNOW!

*Note:* No pay, position, seniority, or other benefits may be lost for exercising your right to know. You may present a written request to receive an MSDS for any chemical used on your job. You have the right to refuse to work with a hazardous chemical if an MSDS in your employer's possession has not been provided to you within five working days after your written request, unless you are required to perform essential skills.

### Complaints or Concerns

All complaints and/or concerns should be addressed to Environmental & Occupational Safety (ext. 6171).

## Employee Right to Know

Please check the appropriate box below. (Check only one box)

- [✓] I have read and understand the above information, but this information does not apply to me because I do not use or am not exposed to any hazardous chemicals in my workplace.

- [ ] I have read and understand the above information. This information does not apply to me because I do not use or am not exposed to any hazardous chemicals in my workplace; however, I would like to attend a training briefing regarding my rights under the Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

- [ ] I have read and understand the above information. Because I use or am exposed to hazardous chemicals in my workplace, I would like to attend a training briefing regarding my rights under the Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

- [ ] I have read the above information, but am still uncertain about the Public Employee Hazardous Chemical Protection and Right to Know Act of 1 9 8 8 .

Richard A Carvajal
_____
Print Name

Office of the President
_____
Department

x 5952
_____
Work Phone Number

_____
Signature

President
_____
Job Title

1.1.17
_____
Date Hired

01/06/2017
_____
Today's Date

# Acknowledgement Receipt

I hereby acknowledge receipt of the online location for the Valdosta State University Classified Employee Handbook and understand my responsibility to be aware of and understand all policies and procedures covered therein. I further understand that this is a set of guidelines and can be updated at any time and this employee handbook does not constitute a contractual obligation on the part of Valdosta State University as policies set forth are determined by the Board of Regents of the University System and by the State of Georgia and/or the U.S. Government through various executive orders and federal employment guidelines.

Signature _____  Date 01/06/2017 _____

Location:  https://www.valdosta.edu/administration/finance-admin/human-resources/documents/employee-handbook.pdf

# Valdosta State University
# Employee Acknowledgement

Re:    Drug Free Work Place Act of 1988
       Drug Free Schools and Communities Act of 1989
       Pre-employment and Random Drug Screening

I have received information relative to the above referenced federal laws and understand that my adherence to these regulations is expected by the institution and that violation thereof may lead to disciplinary action(s), to include suspension or termination of employment.

Further, should my position be defined by the Institution as on of the "high risk" occupations in accordance with O.C.G.A 45-20-111, I understand that pre-employment and random drug screenings will be require.  Should such test reflect a positive result for use of illegal substances, the offer of employment will be withdrawn and if employed, termination of employment will occur as set forth in the University's Policy and Procedures manual.

_____                    01/06/2017
Employee Signature                                 _____
                                                   Date

_____
          Richard A Carvajal
Printed Name

Financial Services (Rev 1/06)

# Multiple Jobs



| Compensation Details | EarningsDistribution | Benefit Program | Employment Information |

| Job Status | JobInformation | Job Data 1 Wrk | Job/Pay/Location |

Carvajal,Richard A                                    ID: ⬛⬛⬛⬛                    Empl Rcd#    2

Effective Date: 01/01/2017    📅    Future                    Effective Date Sequence #: 0

Employee Status: Active                    ☐ Override Position Data    ☐ Primary Job
                                           ☐ Updated by Position       ☐ Contract Job

Action: Addl Job    ▼    Date: 12/30/2016

Reason Code: TAF  🔍  Transfer from Affiliate                Entry Dates

Position: 51002759  🔍  President                            01/01/2017  📅

Department: 5101481010  🔍  President's Office               01/01/2017  📅

Job Code: 51PR00  🔍  President                              01/01/2017  📅

Reports To: 0094517  🔍  Cutchens,Melinda C

Time in Job:    0    years   0   months

Time Off Approver: 0094517  🔍  Cutchens,Melinda        C

**nterprise screen print as of: Dec 30 15:30**

# Employment

**Board of Regents**
**University System of Georgia**
**Security Questionnaire**

NOTICE TO EMPLOYEES: The Sedition and Subversive Activities Act of 1953 (Ga. Laws, 1953), as amended, requires each employee to complete and sign, prior to his/her employment by the State of Georgia, a questionnaire which is designed to establish that there are no reasonable grounds to believe that he/she is a subversive person. A subversive person is defined as one who commits acts, advocates, or teaches the overthrow of the government of the United States or government of the State of Georgia by force or violence or who is a knowing member of a subversive organization.

INSTRUCTIONS: Prepare in original only. Fill in all items. If more space is needed for any item, or explanation, continue under Item 5. Please type or print in ink.

1. Name  Richard           A    Carvajal                    Social Security No. _____
   First name        M I    Last name

   Other Names Used: (Maiden name, names by former marriages, former names changed legally or otherwise: Aliases, nicknames, etc. Specify which, and show dates used.)

   _____

   _____

2. Address _____  Valdosta  GA          USA          _____
           Street and No.        City      State      County        Phone No.

3. Are you now or have you been within the last ten (10) years a member of any organization which to your knowledge at the time of membership advocates or has as one of its objectives, the overthrow of the government of the United States or the government of the State of Georgia by force or violence? Yes _____ No __X__ If "Yes," state the name of the organization and your past and present membership status including any offices held therein. _____

   _____

NOTE:    If the answer to Question 3 is "yes" and the employing authority deems further inquiry is necessary, you will be notified of such determination. No action adverse to your applicaton will be taken because of an affirmative answer until after such an inquiry, with notice to you and an opportunity for you to present evidence, and only if the results of such inquiry bring your application within the prohibition within the Sedition and Subversive Activities Act of 1953, as amended.

4.  (A)  Have you ever been convicted or are any charges now pending against you by Federal, State, or other law-enforcement authorities, for any violation of any federal law, state law, county or municipal law, regulation, or ordinance? (Do not include anything that happened before your sixteenth birthday. Do not include minor traffic violations for which a fine of $35.00 or less was imposed. All other convictions must be included even if they were pardoned.)
        Yes _____    No __X__

   (B)  If the answer to 4 (A) is "yes," state the reason convicted, the date convicted, and the place where convicted.

| REASON CONVICTED | DATE | PLACE WHERE CONVICTED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

5. SPACE FOR CONTINUING ANSWERS OR EXPLANATIONS: (Show item numbers to which answers or explanations apply. Attach a separate sheet if more space is needed.)

   _____

   _____

   _____

   _____

   _____

   _____

Page 1

**NOTE:** Before signing this form, check all answers and explanations to see that you have answered all questions fully and correctly. This form is to be executed under oath subject to the penalties of false swearing as prescribed in Code Section 26-2402 of the Criminal Code of Georgia.

## AFFIDAVIT OF VERIFICATION

State of _Georgia_          County _Lowndes_

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, _Richard A Carvajal_ who, after being sworn, deposes and says and declares under penalties of false swearing that he or she is the person who executed the foregoing instrument; that he or she has read and completed the same and knows and understands the contents thereof; that the matters stated therein and the answers and information furnished by him or her in the foregoing questionnaire, including any attachments thereto, are true and correct.

SWORN TO AND SUBSCRIBED BEFORE ME _____

This ___6___ day of ___January___, _2017_
                        month          year
                                                        (Signature of Employee)

_Michael Smith_
Notary Public

County of _Lowndes_          My commission expires ___5th___ day of ___April___ _2017_
                                                                          month          year

(Affix seal)

## INFORMATION TO BE FURNISHED BY EMPLOYING UNIT

INSTRUCTIONS TO UNIT: If this questionnaire is executed by applicant, insert "APPL" in the space for date of appointment, and show date of application. If this questionnaire is executed by an individual who has been offered employment or who is already employed, provide the information requested.

| DATE OF APPOINTMENT | TITLE OF POSITION | UNIT AND DEPARTMENT | DUTY STATION |
|---|---|---|---|
|  |  |  |  |

## Board of Regents
## University System of Georgia
## LOYALTY OATH

STATE OF _Georgia_          COUNTY OF _Lowndes_

I, _Richard A Carvajal_, a citizen of _Georgia_
                                                                          State
and being an employee of the University System of Georgia and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia.

This ___6th___ day of ___January___ _2017_
                        month          year                    Signature of Employee

Sworn to and subscribed before me this day and year above set out.

_Michael Smith_
Notary Public

(Affix Seal)

| Send this completed form to Records, Human Resources Building, 215 S. Jackson St. Athens, GA 30602 |
|---|

PLEASE NOTE THAT EACH OF THE ABOVE DOCUMENTS, THE SECURITY QUESTIONNAIRE AND THE LOYALTY OATH MUST BE SIGNED AND NOTARIZED.

UGA HR   11/07                                    Page 2

RECEIVED

JAN 27 2017

OFFICE OF THE REGISTRAR
VALDOSTA STATE UNIVERSITY



## VALDOSTA STATE UNIVERSITY™

| BANNER CHECKLIST | | | |
|---|---|---|---|
| Name: | Richard A. Carvajal | SSN: | ███████ |
| **Action Requested** | | | |
| Hire Date: | 1/1/2017 | Termination Date: | |
| Authorized By: | Michael Smith | Date: | 1/27/2017 |
| Title: | President | DOB: | ██/██/1971 |
| Department: | Office of the President | | |
| RETIREE PR ADDRESS | | | |
| **FOR REGISTRAR USE ONLY** | | | |
| Information Entered by: | PM | Date: | 01/27/17 |
| VSU ID: | ███████████ | | |

# HR Data Sheet

VALDOSTA
STATE

HUMAN
RESOURCES

| Name (*Full name including Middle name and suffix*) | Social Security No. | Date of Birth |
|---|---|---|
| Richard A Carvajal | ██████████ | ████1971 |

| Street Address (Include P.O. Box, Apartment No., VSU Box) | City | State | Zip code |
|---|---|---|---|
| ██████████████ | Valdosta | GA | 31605 |

| Cellular Phone No. | Home Phone No. | Email Address |
|---|---|---|
| ████████ | | rcarvajal@valdosta.edu |

| Ethnicity | Race | | Marital Status |
|---|---|---|---|
| ☒ Hispanic/Latino<br>☐ Non-Hispanic/Latino | ☐ American Indian/ Alaska Native<br>☐ Black/African American<br>☐ Hawaiian Native/ Pacific Islander | ☒ White<br>☐ Other<br>☐ Asian | ☐ Single<br>■ Married |
| | | | **Date Married** |
| | | | ████93 |

**Education**

☐ High School/ GED ☐ Associates Degree ☐ Some College
☐ Bachelor's Degree ☐ Master's Degree ■ Doctorate Degree

## To Be Completed by Human Resources

| Department | Supervisor | Time Approver |
|---|---|---|
| Office of the President | USG Board of Regents | Melinda Cutchens |

| Date of Hire | Job Title | ADP Number | Position No. |
|---|---|---|---|
| 01/01/2017 | President | 0240034 | 51002759 |

| VSU ID | Pay Group | Job Code | Salary |
|---|---|---|---|
| ██████████ | 51A | 51PR00 | $287,000.00 |

## ADP Checklist

■ Hiring Panel ✓        ■ Add Email Address        ☒ TLM Panel ✓
■ Tax Panel ✓           ■ Retirement Panel ✓       ☐ ADP Email – NA

## PeopleAdmin Checklist

☐ Approve Hiring Proposal – NA        ☐ Move Posting to "Filled" – NA
☐ Employee Sat in Position – NA        ☒ Create User Account
☒ Reporting Org Unit/Hire Date         ☐ Assign Supervisor – NA
☒ Enable Employee Portal Access        ☐ Mngr. Emailed Cycle Enrollment – NA
☐ Enrolled in Provisionary Cycle – NA

| Payroll | Binder | File |
|---------|--------|------|
|         |        | ✓    |

# PAYROLL CHECKLIST

| Name | Social Security Number |
|------|------------------------|
| Richard A Carvajal | ▓▓▓▓▓▓▓ |

| Effective Date | ADP # |
|----------------|-------|
| 01/01/2017 | 0240034 |

☐ New Hire    ☐ Rehire    ☐ Promotion    ☐ Transfer    ☐ Reclassification

☐ FMLA    ☐ LWOP    ☐ Retirement    ☐ Termination    ☐ COBRA

☐ Other (Please specify): _____

Last Day Worked_____ if retirement or termination.

## Hiring Information

Funding Source:    ☐ Budget    ☐ Grant

Position # 51002759

## Pay Group

☐ 51A Salaried    ☐ 51C Temp Staff    ☐ 51F 10 Month Faculty

☐ 51H Reg. Staff    ☐ 51J 10 Biweekly Staff    ☐ 51X 10 Monthly Staff

☐ 51P PT Faculty    ☐ 51L Temp Salary    ☐ 51Y 12 Month Faculty

## HR USE ONLY

**Supervisor:** *Melinda Cutchens*

**Approver:** *Melinda Cutchens*

**Supervisor Person Type 15:**    ☐ Yes    ☐ No

**Entered by:** Michael Smith

**Check by:** _____

**Rehired Retiree:**

☐ Updated tax data

☐ Updated direct deposit

☐ Terminated benefits

| TLM Panel Info. | |
|-----------------|------|
| Pay Rule | 45 |
| Accrual Prof. | 340 |
| Person Type | 32 |

**Hire Checklist**

☐ Basic Life

☐ Medicare Only

☐ Education Support Leave

☐ Banner Checklist

## PAYROLL USE ONLY

☐ Direct Deposit    ☐ Garnishment    ☐ AAUP

☐ 403/457    ☐ AFLAC    ☐ Sports Tickets

☐ Meals    ☐ Foundation    ☐ Sick Leave

☐ Parking    ☐ Wild Adventures    ☐ YMCA

☐ _____    ☐ _____

## Termination

### FINES AND/OR FEES DUE

☐ Parking    $_____

☐ Uniforms    $_____

☐ Other_____    $_____

**Leave:**

☐ Pay _____ hours accrued vacation leave.

☐ Pending receipt of info. from department; will forward.

The final sick leave amount is _____ hours.

**Benefits:**

☐ See Benefits Deductions Form

☐ GA Defined Refund Form Attached

_Michael Smith, Jr._

Authorized by Human Resources

1·6·2017

Date

Revised 11/29/2016

# Hiring Checklist

| Name | SSN | Empl ID# | Pay Group |
|---|---|---|---|
| Richard Carvajal | | | |
| **Position Number** | **Date of Hire** | **VSU ID Number** | **D.O.B.** |
| | 01/01/2017 | | |
| **Position Title** | **Department** | **Vac.** | **Time Rec.** |
| | | N/A | Time Sheet |
| **Supervisor** | **Time Approver** | **Job Code** | **Salary** |
| | | | |

| Empl. Type | HR Spec. | Document/Action | 2nd Rev. | Notes |
|---|---|---|---|---|
| Sta/Fac | | Offer Letter __ Contract __ PT Agreement __ Appt Ltr ✓ | | |
| All | | Background check completed:_____ | | |
| All | | ☐ Hiring Proposal    ☐ Application    ☐ Job Posting | | |
| All | | Personnel Data Sheet | | |
| All | | ☑ Drug  ☑ IT  ☑ SQ  ☑ WComp  ☑ R2K | | |
| Sta | | Handbook Acknowledgment | | |
| Sta/Fac | | Georgia Defined Application | | |
| Sta/Fac | | ACA Acknowledgement | | |
| All | | ☑ Direct Deposit Form    ☑ W-4    ☑ G-4 | | |
| Sta/Fac | | Banner Form | | |
| Sta/Fac | | Official Transcripts | | |
| Sta/Fac | | TRS/ERS Waiver ____ Enter GA Defined Enrollment ____ | | |
| All | | ☐ From I-9 (certified)    ☐ E-Verification Approval | | |
| All | | Enter Int'l in Glacier | | |
| All | | Enter Name/ D.O.B./ Gender/ Marital Status/ SSN | | |
| All | | Enter Address/Phone#/ VSU Email Address | | |
| All | | Enter Ethnic Group/ Citizenship/Military Status/Smoker | | |
| All | | Add Reason Code and Position Number | | |
| All | | Verify Accurate "Reports To" | | |
| All | | Enter Pay Group/Employee Type/Tax Loc./Holiday/FICA | | |
| All | | Enter Rate Code/Comp Rate | | |
| All | | Enter Annual Benefits Base Rate | | |
| All | | Enter ID Information | | |
| Fac | | Check Tenure Calc Box | | |
| | | **Payroll and Employee Communication** | | |
| All | | FICA Status: ☐ Exempt ☐ Subject ☐ Medicare Only | | |
| All | | State of Residency: ☐ Georgia ☐ Other_____ | | |
| All | | Send OneUSG Registration (include Dept. and Stakeholders) | | |
| | | **Notes** | | |
| | | | | |

_____  _____    _Kelaja Kirkland_  10/16/2017    _____    _____
HR Spec.    Date    2nd Reviewer    Date    Dir. Review (Changes Made)    Date

**Key**

| Sta-Staff | Fac-Faculty | GA-Graduate Assistants Only | Stu- All Student Positions | NR- Not Required for the pos/emp. |
|---|---|---|---|---|



CHANCELLOR STEVE WRIGLEY
270 WASHINGTON STREET, S.W.
ATLANTA, GEORGIA 30334

PHONE: 404-962-3000
FAX: 404-657-6979
CHANCELLOR@USG.EDU

May 16, 2017

President Richard Carvajal

████████████████████

███████████9819

Dear President Carvajal:

We are pleased to inform you that the Board of Regents approved your reappointment for the 2017-2018 fiscal year at its May 16, 2017 meeting.   This reappointment is accompanied by a 2% increase to your base pay from $287,000.00 to $292,740.00 as of July 1, 2017. This reappointment decision and compensation increase were based upon your 2016-2017 academic year performance.

Please note the following additional compensation allowances which you are also receiving under your reappointment:

- Housing Allowance        $19,400.00
- Subsistence Allowance    $13,400.00
- Automobile Allowance     $ 8,400.00

Institutional funds will be used to pay your salary, housing allowance, subsistence allowance, vehicle lease payments, and where applicable, supplemental fringe benefits, and any other items as approved by the Board. Additionally, payment of your compensation must be made through the institution's accounts, reported correctly on applicable tax filings, and captured in the required Open Georgia reporting. Your Institution's Foundation may reimburse your Institution for any of the above noted allowances as well as any portion of your base pay. Any and all such arrangements with your Institution's Foundation must be preapproved in writing by the Chancellor before they are implemented. Neither the Foundation nor any other outside entity may provide direct compensation to you for your work on behalf of the USG. Additionally, Board Policy 8.2.15 requires the Chancellor's approval before entering into other paid compensation arrangements other than single-occasion activities.

Please note that if you are receiving an automobile allowance under a non-accountable plan, for taxation purposes, certain conditions apply. Most notably, you would be ineligible for mileage reimbursements associated with travel within the home county where the institution is headquartered. All other USG travel regulations as outlined in the Business Procedures Manual also apply.

The Board has approved your participation in the Valdosta State University Deferred Compensation Plan. Your deferred compensation contribution will be $7,400.00 and will be deposited into the Plan on your behalf.

Thank you for your leadership and vision, which have been integral to the success of Valdosta State University and the University System of Georgia. We appreciate your service and look forward to the great work that you and Valdosta State University will accomplish in the year ahead.

*"Creating A More Educated Georgia"*
www.usg.edu

President Carvajal
May 16, 2017
Page 2

Sincerely,

Steve Wrigley

Steve Wrigley

Cc:    Tricia Chastain, Executive Vice Chancellor for Administration
       Shelley Clark Nickel, Executive Vice Chancellor for Strategy and Fiscal Affairs
       Dr. Rob Anderson, Interim Executive Vice Chancellor Chief Academic Officer
       Marion Fedrick, Vice Chancellor for Human Resources
       Traycee Martin, Vice President for Finance and Administration, Valdosta State University
       Denise Bogart, Director of Human Resources, Valdosta State University

 **UNIVERSITY SYSTEM OF GEORGIA**

Chancellor Steve Wrigley
270 Washington Street, S.W.
Atlanta, Georgia 30334

Phone: 404-962-3000
Chancellor@usg.edu
USG.EDU/CHANCELLOR/

May 15, 2018

Dr. Richard Carvajal

Valdosta, Georgia 31605

Dear President Carvajal:

We are pleased to inform you that the Board of Regents approved your Fiscal Year 2019 reappointment at its May 15, 2018 meeting. This reappointment decision is based upon your 2017-2018 academic year performance. Since Valdosta State University is not able to fund a merit increase in Fiscal Year 2019, you are not eligible for a merit salary adjustment.

Your Fiscal Year 2019 compensation summary is as follows:

- Base Salary          $292,740.00
- Allowance            $41,200.00

The Board has also approved an annualized $7,400.00 deferred compensation contribution on your behalf. The deferred compensation plan type must be determined and approved prior to you receiving any contributions.

Institutional funds will be used to pay your salary and allowance, and, where applicable, supplemental fringe benefits, and any other items also approved by the Board. The allowance is intended to cover expenses associated with your role as President.

Your Institution's Foundation may reimburse your Institution for any portion of your base salary and/or allowance. Any and all such arrangements with your Institution's Foundation must be preapproved in writing by the Chancellor before they are implemented.

Neither the Foundation nor any other outside entity may provide direct compensation to you for your work on behalf of the USG. Additionally, Board Policy requires the Chancellor's approval before entering into other paid compensation arrangements other than single-occasion activities.

Please note, payment of your compensation must be made through the institution's accounts, reported correctly on applicable tax filings, and captured in the required Open Georgia reporting.



RECEIVED
MAY 17 2018
By_____

usg.edu

President Carvajal
May 15, 2018
Page 2


Thank you for your leadership and commitment to the success of your institution and the University System of Georgia. We appreciate your service and look forward to the great work that you will accomplish in the year ahead.

Sincerely,



Steve Wrigley
Chancellor

Cc:    Tricia Chastain, Executive Vice Chancellor for Administration
Shelley Clark Nickel, Executive Vice Chancellor for Strategy and Fiscal Affairs
Dr. Tristan Denley, Executive Vice Chancellor and Chief Academic Officer
Karin Elliott, Interim Vice Chancellor for Human Resources
Bruce Curl, Interim Director of Human Resources
Traycee Martin, Vice President Finance and Administration

## Carolyn R Lee

| | |
|---|---|
| **From:** | Shana M. Yorkey |
| **Sent:** | Thursday, July 19, 2018 3:12 PM |
| **To:** | Antolina E Pilgrim; Carolyn R Lee; Jeanine Y Boddie-La Van |
| **Cc:** | Jamae Kierce Flint |
| **Subject:** | Slides & Notes from the Pres Allowance Earnings Code webex |
| **Attachments:** | New President's Allowance Earnings Code.docx |

Here are the slides and my notes.

Take-aways:

1. Earnings Allowances for Housing, Subsistence and Car will now have to be entered on Job Data with an effective date of 7-1-18. I have the webex slides and can help Regina get them entered before I leave tomorrow.
2. Earnings code will be decided based on whether or not the President is enrolled in TRS/ORP or ERS. FOR VSU – Dr. Carvajal is enrolled in ORP so the Earnings Code will be PAL and the amount is $41,200.
3. The allowance amount should NOT be included in the Annual Benefits Base Rate in Job Data. FOR VSU – Dr. Carvajal's ABBR will be his base rate only of $292,740.
4. Jamae has already ended the allowances on the additional pay panels (how we used to pay this).
5. Will use % of total earnings on the Earnings Distribution panel and must total 100%. FOR VSU – The REG earnings row will be 87.6625% and the PAL earnings row will be 12.3375% for a total of 100% (based on $292,740 regular earnings + $41,200 allowances).
6. Deferred Comp – continue to pay as we are now on Additional pay until further guidance received from the BOR office. FOR VSU – Jamae handles the $7,400 Deferred Comp rate on the Additional pay panels.
7. There is a new Account #527101 and the 2 new earnings codes are mapped to this account. Lynn Hobbs will work with the Financials Team to ensure it is reported correctly on the Continuous Audit Report.
8. This has to be done prior to running our monthly payroll processes for July – so the sooner the better.

## Steps for Regina:

1. Enter a 7-1-18, effective sequence 1 row and update the compensation tab to $333,940.



1

**Richard Carvajal**
Employee

Empl ID  0240034
Empl Record  2

Compensation ?                                              Find    First  1 of 1

Go To Row

Effective Date  07/01/2018

Effective Sequence  0                                    Action  Position Change

HR Status  Active                                         Reason  Position Data Update

Payroll Status  Active                                   Job Indicator  Primary Job

Current ☐

Compensation Rate          292,740.00  USD          *Frequency  A  Annual

▷ Comparative Information  ?

▷ Pay Rates  ?

Default Pay Components

Pay Components ?                          Personalize | Find | | |    First  1 of 1  L

Amounts | Controls | Changes | Conversion | (≡≡)

| *Rate Code | Seq | Comp Rate | Currency | Frequency | Points | Percent | Rate Code Group |
|---|---|---|---|---|---|---|---|
| 1 NAANNL | 0 | 292,740.000000 | USD | A | | | + |

Calculate Compensation

Job Data                Employment Data            Earnings Distribution            Benefits Program Participation

2.  ABBR will remain as is - $292,740

2

Benefit Program Participation

**Richard Carvajal**
Employee

Empl ID 0240034
Empl Record 2

Benefit Status ?

Find    First ◀ 1 of 1 ▶ Last

Benefit Record Number 0    ↻

Go To Row

Effective Date 07/01/2018

Effective Sequence 0

Action Position Change

HR Status Active

Reason Position Data Update

Payroll Status Active

Job Indicator Primary Job

Current ☐

*Benefits System Benefits Administration ▼

Benefits Employee Status Active

Annual Benefits Base Rate    292740.00 USD

Benefits Administration Eligibility ?

BAS Group ID CTM    🔍    Cohort1 Monthly

Retirement ▼    GrandFather ▼    Elig Fld 3 ▼

Elig Fld 4 ▼    Ret-Rehire: ☐    Elig Fld 6

Elig Fld 7    Elig Fld 8    Elig Fld 9

Benefit Program Participation ?

Find | View All    First ◀ 1 of 2 ▶ Last

*Effective Date 12/16/2015 📅    Currency Code USD    ➕ ➖

*Benefit Program USG 🔍    OneUSG Benefit Program

| Job Data | Employment Data | Earnings Distribution | Benefits Program Participation |
|---|---|---|---|

💾 Save    🔎 Return to Search    ◀ Previous in List    ▶ Next in List    ✉ Notify    ↻ Refresh    Update/Display    Include History

3.  Click on the Earnings Distribution link at the bottom and update the Earnings Distribution Type to "By Percent". This will unlock other information on that tab. Then enter the Position #10007331 and click the green refresh buttons to the right of the business unit and it will update the department and job code. Then enter 87.6625 on the REG earnings row in the percent of distribution box.

3



Job Earnings Distribution

**Richard Carvajal**
Employee

Empl ID  0240034
Empl Record  2

Earnings Distribution Type ⑦

Find    First

Effective Date  07/01/2018
Effective Sequence  0
HR Status  Active
Payroll Status  Active

Action  Position Change
Reason  Position Data Update
Job Indicator  Primary Job

Current

Compensation Rate  292,740.00    USD
Standard Hours  40.00
*Earnings Distribution Type  By Percent ▼

Work Period  Weekly
Compensation Frequency  Annual

Job Earnings Distribution ⑦

Find    First  1-2

Position Number 10007331 🔍
Department 1481010 🔍 ↻
Regular Shift Not Applicable ▼
Earnings Code REG 🔍 Regular
Compensation Rate 🔲
Percent of Distribution 87.6625

Business Unit 51000 🔍
Job Code 102X01 🔍
General Ledger Pay Type
Standard Hours

Earnings Chartfields ⑦

4.  Add a row by clicking the + sign on this screen and enter Position #10007331 and click the green refresh button again to auto-populate the department and job code.  Change the Earnings Code to PAL and enter 12.3375% in the Percent of Distribution box.

Earnings Chartfields ⑦

Combination Code                              Edit ChartFields

Position Number 10007331 🔍
Department 1481010 🔍 ↻
Regular Shift Not Applicable ▼
*Earnings Code PAL 🔍 President Allowance_PEN
Compensation Rate 🔲
Percent of Distribution 12.3375

Business Unit 51000 🔍 ↻
Job Code 102X01 🔍 ↻
General Ledger Pay Type
Standard Hours

Earnings Chartfields ⑦

Combination Code                              Edit ChartFields

Job Data          Employment Data          Earnings Distribution          Benefits Program Participati

4

5.  SAVE – you may get a few warnings that are ok to go ahead and save ("Grade is invalid……." Or "You are entering a transaction prior to……").  But if you get the error message that the percents do not equal to 100% - then we need to correct the percentages before saving.  Any other errors – stop and see if we can figure them out.

Please let us know when this is complete.

Thanks,

Shana Yorkey
Director | Budget Services & Payroll | Division of Finance & Administration
Valdosta State University | 1500 N. Patterson St. | Valdosta, GA 31698
www.valdosta.edu | (229) 333-5710 office | (229) 259-5020 fax
Tell us how we are doing   Rate US .

5



**BOARD OF REGENTS OF**
**THE UNIVERSITY SYSTEM OF GEORGIA**

CHANCELLOR HENRY "HANK" HUCKABY
270 WASHINGTON STREET, S.W.
ATLANTA, GEORGIA 30334

PHONE: (404) 962-3000
FAX: (404) 962-3013
EMAIL: CHANCELLOR@USG.EDU

December 9, 2016

Dr. Richard Carvajal

▬▬▬▬▬▬▬▬▬▬

Bainbridge, GA 39819

Dear Dr. Carvajal,

It is a pleasure to inform you that the Board of Regents (Board) voted at its meeting today, December 9, 2016, to appoint you as president of Valdosta State University (VSU) effective January 1, 2017. On behalf of the Board of Regents of the University System of Georgia, please accept this letter as an offer of employment subject to the terms and conditions contained herein. This letter does not constitute a contract of employment. Board of Regents Policy 2.1 provides that institution presidents shall not be entitled to a written employment contract and that they shall be elected each year for a term of one year.

Your total compensation as president will be $327,200.00 per year which includes a base salary of $287,000.00, a housing allowance of $19,400.00 and a subsistence allowance of $13,400.00. You will receive deferred compensation of $7,400.00 per year for participation in a deferred compensation plan of your choice with VSU. In addition, you will be eligible for salary adjustments in successive years in accordance with the Policies of the Board and as the Board and the Chancellor believe appropriate.

You will receive all other benefits customarily provided by the Board to University System employees including retirement, medical and life insurance.

Valdosta State University will provide an automobile allowance of $8,400.00 per year with the understanding that you will be responsible for any maintenance and repair expenses of your vehicle.

Valdosta State University will reimburse, or pay on your behalf, an amount not to exceed $35,000.00 for temporary housing and personal moving and relocation expenses incurred by you and your family for relocation to Valdosta. In order to receive relocation funds, you will be provided with a Relocation Agreement Form that outlines your responsibilities for reporting expenses related to this relocation package.

Offer Letter to Richard Carvajal
December 9, 2016
Page 2 of 3

The offer contained in this letter, together with the Policies of the Board constitute our entire agreement and supersedes any prior agreements, oral or otherwise. If these terms of employment are acceptable to you, please note the same by returning an originally executed copy of this letter to me no later than Friday, December 16, 2016.

Thank you for your willingness to consider this offer.   As you know, I will be retiring from the USG in December 2016, but I'm confident that you will find Dr. Wrigley a strong supporter for our mission in higher education and an equally strong supporter of our institution presidents.

With warmest regards,

Henry Huckaby
Chancellor

C:      Dr. Steve Wrigley –Chancellor Elect
        Dr. Houston Davis – Executive Vice Chancellor and Chief Academic Officer
        Ms. Tricia Chastain – Executive Vice Chancellor for Administration
        Ms. Shelley Nickel – Executive Vice Chancellor for Planning, Strategy and Fiscal Affairs
        Ms. Marion Fedrick – Vice Chancellor for Human Resources
        Tracy Martin – Chief Business Officer

Offer Letter to Richard Carvajal
December 9, 2016
Page 2 of 3

I accept the position of President of Valdosta State University as outlined above.

_____          __12 – 13 – 2016__
Dr. Richard Carvajal                                          Date

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 02-20-2019 | 11:36:24 | Transmit Header Text | |
| Local ID 1 | 2292595030 | | Local Name 1 | VSU HR |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

a:Stella HITo:ATTN. SHELBY LAMAR/ VALDOSTA STATE UNIVERSITY                18:43 02/20/19 ET Pg  2-4

**Request for Verification of Employment**

Privacy Act Notice: This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

Instructions: Lender – Complete items 1 through 7. Have applicant complete item 8. Forward directly to employer named in item 1. Employer – Please complete either Part II or Part III as applicable. Complete Part IV and return directly to lender named in item 2. The form is to be transmitted directly to the lender and is not to be transmitted through the applicant or any other party.

#### Part I - Request

| 1. To (Name and address of employer) | 2. From (Name and address of lender) |
|---|---|
| Attention: Human Resources<br>VALDOSTA STATE UNIVERSITY<br>1500 N PATTERSON ST<br>VALDOSTA, GA 31608 | LOWRATES.COM<br>10125 BERKELEY PLACE DRIVE, SUITE 101<br>CHARLOTTE, NC 28262 |

I certify that this verification has been sent directly to the employer and has not passed through the hands of the applicant or any other interested party.

| 3. Signature of Lender | 4. Title | 5. Date | 6. Lender's No. (Optional) |
|---|---|---|---|
| LOWRATES.COM | Verification Department | February 20, 2019 | 1190040125-00 |

I have applied for a mortgage loan and stated that I am now or was formerly employed by you. My signature below authorizes verification of this information.

| 7. Name and address of Applicant (include employee or badge number) | 8. Signature of Applicant |
|---|---|
| RICHARD A. CARVAJAL<br>4652 TILLMAN BLUFF RD, VALDOSTA, GA 31602-0851<br>SSN:   446804761 | RICHARD A. CARVAJAL                Date |

#### Part II - Verification of Present Employment

| 9. Applicant's Date of Employment | 10. Present Position | 11. Probability of Continued Employment |
|---|---|---|
| 01 01 17 | President | N/A |

| 12A. Current Gross Base Pay (Enter Amount and Check Period) | | | | 13. For Military Personnel Only | | 14. If Overtime or Bonus is Applicable, Is its Continuance Likely? |
|---|---|---|---|---|---|---|

☐ Annual  ☐ Hourly  ☐ Monthly  ☐ Other (Specify)  ☐ Weekly

| Pay Grade | | Overtime ☐ Yes ☐ No  Bonus ☐ Yes ☐ No |
|---|---|---|
| Type | | 15. If paid hourly – average hours per week |
| Base Pay | $ | |
| Rations | $ | |

12B. Gross Earnings

| Type | Year To Date | Past Year | Past Year | | | 16. Date of applicant's next pay increase |
|---|---|---|---|---|---|---|
| Base Pay | Thru $ | $ | $ | Flight or Hazard | $ | |
| Overtime | $ | $ | $ | Clothing | $ | 17. Projected amount of next pay increase |
| Commissions | $ | $ | $ | Quarters | $ | |
| | | | | Pro Pay | $ | 18. Date of applicant's last pay increase |
| Bonus | $ | $ | $ | Overseas or Combat | $ | 19. Amount of last pay increase |
| Total | $ | $ | $ | Variable Housing Allowance | $ | |

20. Remarks (if employee was off work for any length of time, please indicate time period and reason).

#### Part III - Verification of Previous Employment

| 21. Date Hired | 23. Salary/Wage at Termination Per (Year) (Month) (Week) | | | |
|---|---|---|---|---|
| 22. Date Terminated | Base | Overtime | Commission | Bonus |
| 24. Reason for Leaving | | 25. Position Held | | |

#### Part IV - Authorized Signature

Federal Statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the U.S.D.A., FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

| 26. Signature of Employer | 27. Title (Please print or type) | 28. Date |
|---|---|---|
| Shelby Lamar | Employment Analyst | 2/20/19 |
| 29. Print or type name signed in item 26 | 30. Phone No. 229-333-5709  229-259-5030 | 31. Email Address |

VERIFICATION OF EMPLOYMENT                Page 2 of 2                VEROFE 09/27/2017
NMLS ID: Lender-1774280 | Loan Originator-737228 | 1190040125-00

---

Total Pages Scanned : 4                Total Pages Confirmed : 4

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 439 | FAX | 11:17:10 02-20-2019 | 00:03:14 | 4/4 | 1 | G3 | HS | CP14400 |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

# Request for Verification of Employment

**Privacy Act Notice:** This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

**Instructions:** Lender – Complete items 1 through 7. Have applicant complete item 8. Forward directly to employer named in item 1. Employer – Please complete either Part II or Part III as applicable. Complete Part IV and return directly to lender named in item 2. The form is to be transmitted directly to the lender and is not to be transmitted through the applicant or any other party.

## Part I - Request

| 1. To (Name and address of employer) | 2. From (Name and address of lender) |
|---|---|
| Attention: Human Resources<br>VALDOSTA STATE UNIVERSITY<br><br>1500 N PATTERSON ST<br>VALDOSTA, GA 31698 | LOWRATES.COM<br><br>10125 BERKELEY PLACE DRIVE, SUITE 101<br>CHARLOTTE, NC 28262 |

I certify that this verification has been sent directly to the employer and has not passed through the hands of the applicant or any other interested party.

| 3. Signature of Lender | 4. Title | 5. Date | 6. Lender's No. (Optional) |
|---|---|---|---|
| LOWRATES.COM | Verification Department | February 20, 2019 | 1190040125-00 |

I have applied for a mortgage loan and stated that I am now or was formerly employed by you. My signature below authorizes verification of this information.

| 7. Name and address of Applicant (Include employee or badge number) | 8. Signature of Applicant |
|---|---|
| RICHARD A. CARVAJAL<br><br>_____ VALDOSTA, GA 31602-0851<br><br>SSN: 446804781 | RICHARD A. CARVAJAL                Date |

## Part II - Verification of Present Employment

| 9. Applicant's Date of Employment | 10. Present Position | 11. Probability of Continued Employment |
|---|---|---|
| 01/01/17 | President | N/A |

**12A. Current Gross Base Pay (Enter Amount and Check Period)**
$_____
☐ Annual ☐ Hourly ☐ Monthly ☐ Other (Specify) ☐ Weekly

**12B. Gross Earnings**

| Type | Year To Date | Past Year ____ | Past Year ____ |
|---|---|---|---|
| Base Pay | Thru____ ____ $ | $ | $ |
| Overtime | $ | $ | $ |
| Commissions | $ | $ | $ |
| Bonus | $ | $ | $ |
| Total | $ | $ | $ |

**13. For Military Personnel Only**

| | Monthly Amount |
|---|---|
| Pay Grade | |
| Type | |
| Base Pay | $ |
| Rations | $ |
| Flight or Hazard | $ |
| Clothing | $ |
| Quarters | $ |
| Pro Pay | $ |
| Overseas or Combat | $ |
| Variable Housing Allowance | $ |

**14. If Overtime or Bonus is Applicable, is its Continuance Likely?**
Overtime ☐ Yes ☐ No
Bonus ☐ Yes ☐ No

**15.** If paid hourly – average hours per week

**16.** Date of applicant's next pay increase

**17.** Projected amount of next pay increase

**18.** Date of applicant's last pay increase

**19.** Amount of last pay increase

20. Remarks (If employee was off work for any length of time, please indicate time period and reason).

## Part III - Verification of Previous Employment

| 21. Date Hired | 23. Salary/Wage at Termination Per(Year) (Month) (Week) |
|---|---|
| 22. Date Terminated | Base_____ Overtime_____ Commission_____ Bonus_____ |
| 24. Reason for Leaving | 25. Position Held |

## Part IV - Authorized Signature

Federal Statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the U.S.D.A., FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

| 26. Signature of Employer | 27. Title (Please print or type) | 28. Date |
|---|---|---|
| [signature] | Employment Analyst | 2/20/19 |
| **29.** Print or type name signed in item 26 | **30.** Phone No. | **31.** Fax Number | **32.** Email Address |
| Shelby Lamar | 229-333-5709 | 229-259-5081 | |

DocuSign Envelope ID: 589D6B52-A9CF-4F13-9A82-3496D3B4D8B8

# BORROWER'S CERTIFICATION AND AUTHORIZATION

| Borrower(s) Name(s): | Lender's Name: |
|---|---|
| RICHARD A. CARVAJAL and CHERYL J CARVAJAL | SUN WEST MORTGAGE COMPANY, INC. |
| **Property Address:** | **Date:** |
| ███████████████ <br> MEXICO BEACH, FL 32456-0250 | January 7, 2019 |

## CERTIFICATION

The undersigned certify the following:

1.  I/We have applied for a mortgage loan or requested for a pre-qualification or pre-approval for a mortgage loan from the above named Lender ("Lender"). In applying for the loan or pre-qualification or pre-approval, I/we have provided various information on the purpose of the loan, the amount and source of the down payment, employment and income information, the assets and liabilities and/or completed a loan application. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2.  I/We understand and agree that Lender reserves the right to change the pre-approval or pre-qualification and/or the mortgage loan review processes to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3.  I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1.  I/We have applied for a mortgage loan or requested for a pre-qualification or pre-approval for a mortgage loan from Lender. As part of the pre-qualification or pre-approval and/or application process, Lender may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its post closing quality control program.

2.  I/We authorize you to provide to Lender and to any investor to whom you may sell my mortgage, and to the mortgage guaranty insurer (if any), any and all information and documentation that they request for a period not in excess of three (3) months from the date of my/our execution of this Authorization to Release Information. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history and copies of income tax returns.

3.  Lender or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4.  Lender and its vendors may submit my IRS Form 4506-T to the Internal Revenue Service to obtain my tax returns and that Lender and its vendor will review my tax returns in connection with my loan application.

5.  I/We agree and acknowledge that the Lender may use unaffiliated third party vendors to verify the borrower(s) information and disclosures made in the loan application, including without limitation, the borrower(s) identity, social security number, employment, financial disclosures, bank accounts, assets and liabilities.

6.  A copy of this authorization may be accepted as an original.

7.  Your prompt reply to Lender or the investor that purchased the mortgage loan is appreciated.

8.  I/We consent to the use of the information provided by us for any purpose relating to origination, servicing, loss mitigation, and disposition of the Mortgage or Property securing the Mortgage and relating to any insurance claim and ultimate resolution of such claims by the lender/servicer and FHA.

DocuSign Envelope ID: 589D6B52-A9CF-4F13-9A82-3496D3B4D8B8

**Right of Financial Privacy Act of 1978 Notice-** The Department of Housing and Urban Development (HUD) and the Department of Veterans Affairs (VA) have the right to access financial information held by a financial institution in determining whether to qualify a prospective applicant under their respective loan programs. If you are applying for HUD or VA loan, your financial records will be made available to the requesting government agency without further notice to or authorization from you; provided, however, that financial information shall not be disclosed or released to HUD or the VA more than three months from the date that you execute this Borrower's Certification and Authorization. Note that your financial information will not be disclosed or released outside the requesting agency except as required or permitted by law. Prior to the time that your financial records are disclosed, you may revoke this authorization at any time; however, your refusal to provide the information may cause your application to be delayed or rejected. If you believe that your financial records have been disclosed improperly, you may have legal rights under the Right to Financial Privacy Act of 1978 (12 U.S.C. 3400 et seq.).

## VERBAL AUTHORIZATION TO PULL BORROWER'S CREDIT

I/We gave verbal authorization to pull and review a full credit report on January 4, 2019 and January 4, 2019.

| _Richard A. Carvajal_ | 1/7/2019 | _Cheryl J Carvajal_ | 1/7/2019 |
|---|---|---|---|
| RICHARD A. CARVAJAL | Date | CHERYL J CARVAJAL | Date |

| **To:** | ATTN. SHELBY LAMAR/ 'ALDOSTA STATE UNIVERSIT' | **From:** | Stella Millet |
|---------|-----------------------------------------------|-----------|---------------|
| **Fax:** | 12292595030 | **Pages:** | 4 |
| **Re:** | EMPLOYMENT CONFIRMATI | **Date:** | Feb 20, 2019 |

X **Urgent**   For Review   Please Comment   Please Reply   For Information

• **Comments:**

Hi!

We are currently working on a home loan for RICHARD A. CARVAJAL and need to confirm if he is still actively employed with the company, start date, current position and probability of continued employment. Please complete where indicated. Kindly return via email to lbdisclosures@swmc.com, stella.millet@swmc.com or via fax to 866-751-0781 or 866-819-3393.

Borrower Authorization attached
(Password on separate email)

We greatly appreciate your assistance.

Thank you!

STELLA MILLET

| Transmission Report |
|---|

Date/Time    04-29-2019    16:39:30     Transmit Header Text
Local ID 1    2292595030                   Local Name 1     VSU HR

## This document : Confirmed
## (reduced sample and details below)
## Document size : 8.5"x11"



ingletBlair

**Employment Confirmation Form**

Borrower Name:    Richard Carvajal

Employer Name:    Valdosta State University
                      Attn: Human Resources/Payroll

Lender Name:  Sun West Mortgage Company       02/19     Loan #: 119004012500

Does the attached verbal and/or written employment verification documentation represent a true and correct copy of employment and/or income information originally disclosed or executed by your firm's representative?

                              ( ) Yes      ( ) No

If "No," explain the difference:

_____

_____

_____

_____

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provision of Title 18, United States Code, Section 1001, et. seq.

_____      4-29-19
Employer Signature                   Date

Shelby Lamar          229-333-5709
Employer Printed Name         Phone Number

Employment Analyst
Employer Title

* Please return only this form.

8601 Ranch Road 2222, Suite 1-140  |  Austin, TX 78730  |  512.732.0498  | f: 512.732.0488
Page | 2

Total Pages Scanned : 1             Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 820 | HFR | 16:37:58 04-29-2019 | 00:01:11 | 1/1 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send        PL: Polled local        MP: Mailbox print        CP: Completed        TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report              FA: Fail                G3: Group 3
WS: Waiting send      MS: Mailbox save       FF: Fax Forward        TU: Terminated by user     EC: Error Correct

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 04–29–2019 | 16:36:55 | Transmit Header Text | |
| Local ID 1 | 2292595030 | | Local Name 1 | VSU HR |

### This document : Failed
### (reduced sample and details below)
### Document size : 8.5"x11"



ingletBlair

### Employment Confirmation Form

Borrower Name:   Richard Carvajal

Employer Name:   Valdosta State University
Attn: Human Resources/Payroll

Lender Name:   Sun West Mortgage Company        02/19     Loan #: 119004012500

Does the attached verbal and/or written employment verification documentation represent a true and correct copy of employment and/or income information originally disclosed or executed by your firm's representative?

( ✓ ) Yes        (  ) No

If "No," explain the difference:

_____

_____

_____

_____

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provision of Title 18, United States Code, Section 1001, et. seq.

_____            4-29-19
Employer Signature                                    Date

Shelby Lamor                               229-333-5709
Employer Printed Name                          Phone Number

Employment Analyst
Employer Title

emailed
4-29-19

¹ Please return only this form.

8601 Ranch Road 2222, Suite 1-140   |   Austin, TX 78730   |   512.732.0498   | f: 512.732.0488
Page | 2

---

Total Pages Scanned : 1                    Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 818 | 95127320488 | 15:59:07 04–29–2019 | 00:00:00 | 0/1 | 1 | -- | HS | FA |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

Valdosta State University
1500 North Patterson Street
Valdosta, GA  31698

| | | |
|---|---|---|
| Pay Group: | 51A-Salaried | |
| Pay Begin Date: | 12/01/2018 | |
| Pay End Date: | 12/31/2018 | |

| | |
|---|---|
| Business Unit: | 51000 |
| Advice #: | 000000000946433 |
| Advice Date: | 12/31/2018 |

Richard A Carvajal

Valdosta, GA  31602

| | |
|---|---|
| Employee ID: | 0240034 |
| Department: | 1481010-President's Office |
| Location: | Valdosta State University |
| Job Title: | President |
| Pay Rate: | $333,940.00 Annual |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Married | M-Sep |
| Allowances | 4 | 1 |
| Addl. | | +1 |
| Allowance:: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Exempt | 160.548077 | 40.00 | 6,421.92 | 88.00 | 13,811.30 |
| Vacation Exempt | 160.548077 | 48.00 | 7,706.31 | 159.50 | 24,022.80 |
| Regular | | | 24,395.15 | 1,958.71 | 292,740.90 |
| President Allowance_PEN | | | 3,433.18 | | 20,599.08 |
| Well-being Incentive | | | 25.00 | | 175.00 |
| Campus Closure-Exempt | 160.548077 | 4.00 | 642.19 | 4.00 | 642.19 |
| Car Allowance -Non Pensionable | | | 0.00 | | 4,200.00 |
| Deferred Comp Allowance | | | 0.00 | | 3,699.98 |
| Housing Allowance - Pensionable | | | 0.00 | | 9,699.98 |
| Inclement Weather-Exempt | | | 0.00 | 2.00 | 281.48 |
| Non Qualified Moving Expenses | | | 0.00 | | 14,090.00 |
| Sick Leave Exempt | | | 0.00 | 8.50 | 1,196.29 |
| Subsistence - Adds to Gross | | | 0.00 | | 6,699.98 |
| TOTAL: | | 92.00 | 27,853.33 | 2,220.71 | 351,904.92 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 4,955.85 | 59,762.06 |
| Fed MED/EE | 390.93 | 4,947.33 |
| Fed OASDI/EE | 0.00 | 7,960.80 |
| Fed Addl Med | 242.65 | 1,270.76 |
| GA Withholdng | 1,565.82 | 18,637.76 |
| TOTAL: | 7,155.25 | 92,578.71 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Insurance | 20.34 | 244.08 |
| Health Savings Account | 500.00 | 6,000.00 |
| Dental-High Option | 124.90 | 1,498.80 |
| Consumer Choice HSA | 247.24 | 2,966.88 |
| 403B TIAA-CREF | 0.00 | 3,699.78 |
| ORPLMT TIAA-CREF | 0.00 | 16,500.00 |
| TOTAL: | 892.48 | 30,909.54 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 64.89 | 778.68 |
| USG Critical Illness Employee | 11.21 | 134.52 |
| Foundation - Unrestricted | 833.26 | 10,000.00 |
| TOTAL: | 909.36 | 10,913.20 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Executive 403 Plan | 616.67 | 3,700.02 |
| Consumer Choice HSA ER | 1,206.42 | 14,477.04 |
| Basic Life | 11.48 | 137.76 |
| ORPLMT TIAA-CREF | 0.00 | 25,410.00 |
| Health Savings Account - ER | 0.00 | 750.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 27,853.33 | 26,960.85 | 7,155.25 | 1,801.84 | 18,896.24 |
| YTD | 351,904.92 | 320,995.38 | 92,578.71 | 41,822.74 | 217,503.47 |

| YEAR-TO-DATE | ANNUAL/VACATION | SICK LEAVE |
|---|---|---|
| Balance | 362.5 | 284.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000946433 | Checking | | 18,896.24 |
| TOTAL: | | | 18,896.24 |

MESSAGE:

# QUALITY CONTROL RELEASE
# AND AUTHORIZATION TO RE-VERIFY

Loan Number: ●●●●●●●●●●

Case Number:

Date: FEBRUARY 26, 2019

Lender: SUN WEST MORTGAGE COMPANY, INC.

Borrower(s): RICHARD A. CARVAJAL, CHERYL E. CARVAJAL

Property Address: ●●●●●●●●●●  MEXICO BEACH, FLORIDA 32456-0250

We, the undersigned borrowers, understand that our mortgage application may be selected by the Lender and/or its assigns or its agents for a quality control review. This review is designed to produce and maintain quality service for our borrowers and to comply with agency and investor guidelines. The quality control review will involve verification of all credit information (including employment history, income, bank accounts, and credit references) as well as the property valuation.

We agree to cooperate with the Lender and/or its assigns or its agents to the extent necessary to accomplish this review. It is understood that the information may be verified with third parties such as our employers, depository institutions or a credit reporting agency.

We therefore have signed below authorizing the release of employment and/or financial information to assist in the quality control review process.

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| RICHARD A. CARVAJAL | 2.26.19 | CHERYL A. CARVAJAL | 2/26/2019 |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

QUALITY CONTROL RELEASE AND AUTHORIZATION TO RE-VERIFY
HUD Handbook 4060.1 Rev-2, Chapter 7
QCRLSR  08/13/13

DocMagic eForms
www.docmagic.com



Date:        April 18, 2019


To:          Valdosta State University
             Attn: Human Resources/Payroll
             1500 North Patterson St
             Valdosta, GA 31698


Borrower:    Richard Carvajal


To Whom It May Concern,

The above referenced individual recently closed a mortgage loan during which time his/her employment and/or previous employment was verified by your Company. The borrower's mortgage loan file has been selected for a required quality control audit. IngletBlair Mortgage Services, LLC has been contracted to complete this review on behalf of the lender, Sun West Mortgage Company.

As part of the quality control audit, our firm must validate and confirm all information provided by and/or stated by third parties in the borrower's transaction. Please review the attached documentation and complete the "Employment Confirmation Form" following this cover letter. Upon completion and execution of the form, please return only it via email, fax or mail per the instructions provided below. Should you have any questions regarding the quality control process, please feel free to review the frequently asked questions by visiting our website at http://www.ingletblair.com/faq.

Email:

    ibqc@ingletblair.com
    Please include "Quality Control Dept." in the subject line

Fax:

    (512) 732-0488
    Attn: Quality Control Dept.

Mail:

    IngletBlair, LLC
    Attn:  Quality Control Dept.
    8601 Ranch Road 2222, Suite 1-140
    Austin, TX 78730


Because this process is time sensitive, we ask that you please complete and return the Confirmation Form within 48 hours of receipt. Thank you in advance for your prompt attention to this matter. Should you have any questions, please feel free to contact the Quality Control Department at 512-732-0498.

Sincerely,

Quality Control Department
IngletBlair Mortgage Services, LLC

Encl.



## <u>Employment Confirmation Form</u>

Borrower Name:    Richard Carvajal

Employer Name:    Valdosta State University
                  Attn: Human Resources/Payroll

Lender Name:  Sun West Mortgage Company          02/19    Loan #: ████████

Does the attached verbal and/or written employment verification documentation represent a true and correct copy of employment and/or income information originally disclosed or executed by your firm's representative?

( ✓ ) Yes          (    ) No

If "No," explain the difference:

_____

_____

_____

_____

**I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provision of Title 18, United States Code, Section 1001, et. seq.**

_____          4-29-19
Employer Signature                 Date

Shelby Lamar                       229-333-5709
Employer Printed Name              Phone Number

Employment Analyst
Employer Title

\* Please return only this form.

8601 Ranch Road 2222, Suite 1-140  |  Austin, TX 78730  |  512.732.0498  | f: 512.732.0488

# Employee Transfer Form

Form
PRA-HR-3004F
Revision 04 | Date 04/21/2015

## Instructions

1) Complete the Employee Transfer Form using the employee's current year Benefit Summary.
2) In each field, enter or select (from the values provided) the appropriate information and press **Tab** to advance to the next field.
3) The form is **Read-Only**, once you complete the form you will need to **Save As** and rename the file.
4) Provide the Employee Transfer Form to the new institution (Institution B) and provide the employee with a copy. **This form contains confidential information, please send the file by** secure email **or contact the SSC for assistance in loading the form to the** secure **SSC FTP site.**

## Employee Information

| | | | |
|---|---|---|---|
| **Employee Name** | Richard Carvajal | **ADP Employee ID** | ████ |
| **DOB** | ███/1971 | **Last Four Digits of SSN** | ███ |
| **Current Institution (Institution A)** | 700 - Darton State College | | |
| **System Employment Date (Service Date)** | 1/1/2011 | | |
| **Full-Time Employment Date** | 12/16/2015 | | |
| **Last Day Worked (Institution A)** | 12/31/2016 | (Last day physically worked.) | |
| **Termination Date (Institution A)** | 1/1/2017 | (Day after last day physically worked.) | |

## eTIME Accrual Balances (Enter number of hours.)

| | | | |
|---|---|---|---|
| **Sick Leave** | 115.00 | **Vacation (Annual) Leave (excluding VPO)** | 331.50 |
| **Summer Sick Leave** | 0.00 | **Vacation Pay Out (VPO)** | |
| **FMLA Leave Usage** | 0.00 | **Floating Holiday (if applicable)** | 0.00 |
| **Military Leave** | 0.00 | | |

## Retirement Plan (Select one.)

☐ TRS (Teachers Retirement System of Georgia)    ☐ New    ☐ Old
☐ ERS (Employees Retirement System)    ☐ New    ☐ Old

| | Investment Percent | | | |
|---|---|---|---|---|
| | **Fidelity** | **TIAA-Cref** | **Valic** | **Total (100%)** |
| ☑ **ORP (Optional Retirement Plan)** | 0.00% | 100.00% | 0.00% | 100.00% |

**Important - Mid Month Transfers:** For all plans (Savings Plans, Spending Accounts, Medical, Dental, Vision, Life Insurance, and Disability), the new institution (Institution B) should update the effective date to the **first of the month** following the transfer date.

## Savings Plans (Supplemental Retirement Accounts)

☑ **None**

| Percent | Dollars | Click to select the appropriate data format for the investment percent/dollars cells below. |

| Plan Type | Catch up /Regular | Select the investment options from the drop-down menus. | | | YTD Total $ |
|---|---|---|---|---|---|
| **403(b)** | | $0.00 | $0.00 | $0.00 | $ - |
| **457** | | $0.00 | $0.00 | $0.00 | $ - |
| **Roth 403(b)** | | $0.00 | $0.00 | $0.00 | $ - |
| **Roth 457** | | $0.00 | $0.00 | $0.00 | $ - |

| Plan Type | Deduction Code | Deduction Rate or % | Flat/Addl Amount | Current Goal Balance |
|---|---|---|---|---|
| **GA Higher Education Savings (529)** | | 0.00% | $ - | $ - |

| Enter other benefit plans entered as a general deduction (Legal, Charitable Contributions, Peach State, etc.) | Deduction Code | Deduction Rate or % | Flat/Addl Amount | Current Goal Balance |
|---|---|---|---|---|
| **State Charitable Contribution** | 00CHAR | 0.00% | $ 30.00 | $ 360.00 |
| **Foundation** | 00FNDU | 0.00% | $ - | $ - |
| | | 0.00% | $ - | $ - |

**Supplemental AFLAC Policies (List the plan type.)**

## Spending Accounts

| Account Type | Annual Goal | YTD Contributions | Employer Match Received |
|---|---|---|---|
| **Flexible Spending Account Dependent Care** | $ - | $ - | |
| **Flexible Spending Account Health (FSA)** | $ - | $ - | |
| **Flexible Spending Account Limited Purpose** | $ - | $ - | |
| **Health Savings Account (HSA)** | $ 6,000.00 | $ 6,000.00 | $ 750.00 |
| **Parking (PSA)** Georgia State Only | $ - | $ - | |
| **Transit (TSA)** Georgia State Only | $ - | $ - | |

1005 George J. Lyons Pkwy, Sandersville Georgia 31082
Phone (478) 240-6500 - Fax (478) 240-6414
Email usgdatahelp@ssc.usg.edu

Page 1 of 2
Confidential



**Employee Transfer Form**
Form
PRA-HR-3004F
Revision 04 | Date 04/21/2015

### Medical/Dental/Vision

**Does the employee currently use tobacco products?**   N

**Dependents (Enter each dependent and indicate coverage.)**

**Date Benefit Coverage Ends** (Health and Welfare benefits and Lifestyle benefits should be end dated as of the **last day of the month** in which the employee worked in a benefited position at Institution A.)     12/31/2016

\* Indicate if any of the covered dependents 18 years or older currently use tobacco products.

| Name | Relationship | Tobacco User* | Supporting Documentation Received | Medical | Dental | Vision |
|---|---|---|---|---|---|---|
| 1  Cheryl J. Carvajal | Spouse | N | ☑ | Y | Y | Y |
| 2  ▮▮▮▮▮▮▮▮▮ | Child | N | ☑ | Y | Y | Y |
| 3  ▮▮▮▮▮▮▮▮▮ | Child | N | ☑ | Y | Y | Y |
| 4 |  |  | ☐ |  |  |  |
| 5 |  |  | ☐ |  |  |  |
| 6 |  |  | ☐ |  |  |  |
| 7 |  |  | ☐ |  |  |  |
| 8 |  |  | ☐ |  |  |  |
| 9 |  |  | ☐ |  |  |  |
| 10 |  |  | ☐ |  |  |  |

| Benefit | Plan Type | Coverage |
|---|---|---|
| Medical | Consumer Choice HAS | Family |
| Dental | Delta Dental High Plan | Family |
| Vision | EyeMed Vision | Family |
| Lifestyle Benefits | Waive | |

### Life Insurance/Disability

**Date Benefit Coverage Ends**

(Life and Disability benefits should be end dated as of the **last day of the month in which the employee worked in a benefitted position at Institution A.**)     12/31/2016

| Vendor/Type | | Coverage | Effective Date |
|---|---|---|---|
| Minnesota Life - Basic Life with Accidental Death and Dismemberment $25,000 | $ | 25,000.00 | 1/1/2016 |
| Minnesota Life - Supplemental Life with Accidental Death and Dismemberment | | | |
| Minnesota Life - Spouse Life (SLF) | | | |
| Minnesota Life - Child Life (CLF) | | | |
| Minnesota Life - AD&D (increments of $10,000 - Max $500,000) | | | |
| MetLife Disability - Long-Term (LTD) | | Y | 1/1/2016 |
| MetLife Disability - Short-Term (STD) | | N | |

### Compliance

| Training Course Title | Date Completed |
|---|---|
| Initial Ethics Training | NA |
| Refresher Ethics Training (Most Recent) | NA |
| Right to Know | 9/29/2016 |

### Other Pertinent Information/Specialized Training/Additional Benefit Plans (To insert a carriage return, press Alt + Enter.)

**Prepared by** Tifanie Hudson

| | | | |
|---|---|---|---|
| **Date** | 1/4/2017 | **Phone** | (229) 317-6726 |
| **Email** | tifanie.hudson@darton.edu | **Fax** | (229) 317-6677 |

1005 George J. Lyons Pkwy, Sandersville Georgia 31082
Phone (478) 240-6500 - Fax (478) 240-6414
Email usgdatahelp@ssc.usg.edu

Page 2 of 2
Confidential