## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMIE T. BIRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 7:21cv62 (WLS) |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA d/b/a VALDOSTA | ) | |
| STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF RENDER TERRELL "TEE" MITCHELL

Personally appeared RENDER TERRELL "TEE" MITCHELL, who, after being duly sworn, swears under oath that the facts and statements contained in this Affidavit, which are to be used in the matter of *Jamie T. Bird v. Board of Regents of the University System of Georgia d/b/a Valdosta State University* are true and correct to the best of his knowledge, belief, and information.

1.

My name is Render Terrell Mitchell and I am called "Tee Mitchell" by most.

2.

I make this Affidavit in support of Plaintiff Jamie T. Bird ("Jamie") in the above referenced legal action against Valdosta State University (VSU).

TM

3.

I am currently the Vice President of Enrollment Management at Riverside Military Academy in Gainesville, Georgia.

4.

I have a Masters of Art degree in Education Administration from University of Phoenix, which I received in 2000.

5.

Prior to working at Riverside Military Academy, I was employed with the University System of Georgia for twenty (19) years in upper level administration.

6.

In 2019, at the request of the University System of Georgia, I served on the Transition Task Force at Atlanta Metropolitan State College in Atlanta, for the newly appointed president. Our charge was to review their current enrollment processes and make recommendations to the president at Atlanta Metropolitan to assist in streamlining some of their processes in order to make sure they were in compliance with USG policies, procedures and the awarding of federal financial aid. In addition, we shared some of our current practices and how to create a strategic enrollment management plan regarding the creation of goals, strategies,

tactics, responsibilities, timelines in order to assist with increasing retention rates, overall enrollment as well as new student enrollment.

7.

I worked at Valdosta State University for five (5) years. During my time at VSU I worked for three different presidents and served as the Director of Admissions, Executive Director of Enrollment Management and Associate Vice President for Enrollment Management.

8.

In January 2020, I resigned after accepting the position of Associate Vice Chancellor for Enrollment Management with the Tennessee Board of Regents. In April of 2021, I was offered to serve as the Vice President for Enrollment Management at Riverside Military Academy under a former president that I served under while at Georgia Gwinnett College from 2009-2015.

9.

While at Valdosta State University I reported to and served under three presidents; Interim President Dr. Cecil Staton, Interim President Dr. Kelli Brown and the current President Richard Carvajal. Upon the arrival of Rodney Carr I reported to Rodney as the reporting structure changed when a new position was created for Rodney Carr: Vice President of Student Success.

10.

The Vice President of Student Success (Rodney Carr) supervising me, reported directly to President Richard Carvajal.

11.

Shortly after Rodney Carr became my supervisor he invited me to play golf with him and I accepted his invitation.

12.

During our golf outing shortly after he started VSU in 2017, Rodney Carr informed me about a Title IX complaint and investigation against him at his previous institution, Bainbridge College. While laughing, Carr stated that he "had been in law enforcement for 16 years," and that he could "beat a lie detector test." At the conclusion of the golf round I told my wife that he had a significant character flaw and the future did not look good for VSU, administratively speaking.

13.

President Carvajal was well aware of the Title IX complaint and investigation against Rodney Carr at his previous institution, Bainbridge College because Rodney informed me that he was angry at the president for allowing the

TM

investigation to take place and that Richard Carvajal talked him out of quitting when he saw how angry he had become.

14.

During my time under Rodney Carr's supervision, he frequently bragged about how many people he had fired throughout his career.

15.

In my 19 years in higher education, I find Rodney Carr to be the most divisive person I have ever encountered.

16.

During one-on-one meetings with Rodney Carr, he would frequently grit his teeth in anger over issues that we encountered and it was as if he wanted to get into a physical altercation with me.

17.

During my time at Valdosta State University I was in charge of admissions, office of the registrar, financial aid, testing, dual enrollment and orientation. When I was hired at VSU I was tasked with creating a strategic recruiting plan that included goals, strategies, tactics, responsibilities, timeline and would review outcomes at the end of the academic year. During my first year at Valdosta State University we experienced an increase in new student enrollment and overall

enrollment for the first time in over five years. This success was due to having an incredible team that bought into the goals we were trying to accomplish.

18.

I was Jamie's direct supervisor, as well as the supervisor for all of Enrollment Management which included Dual Enrollment staff.

19.

During my tenure as Associate Vice President for Enrollment Management, Dual Enrollment was handled by Jamie on a full-time basis for approximately for approximately five years.

20.

During this time, Jamie's workload in Dual Enrollment was extensive such that we hired Sarah Bessenger to assist Jamie in Dual Enrollment, where Sarah worked for approximately two years.

21.

During my time directing Dual Enrollment, and enrollment in general, we were understaffed compared to other USG institutions our size. However, we all understood that we would be required to wear many hats to accomplish the task at hand.

22.

The CVIOG report in 2019 confirmed that we were understaffed in these areas, and that no one was to be laid off, and Rodney Carr was aware of this. Rodney reported this to me in a one on one meeting with him.

23.

Jamie's job title was Dual Enrollment Coordinator, and her duties were to build relationships with local high school counselors and administrators with the goal of increasing the number of dual enrollment students as well as retaining them for their freshman year. The relational piece of the job was Jamie's strength as the number of Dual Enrollment students increased significantly under her leadership. I had numerous schools and parents reach out to me regarding what a pleasure it was to work with Jamie and they were confident in her knowledge of required courses to meet the high school graduation requirements as well as preparing them for their freshman year of college.

24.

Part of Jamie's job was to ensure that high school students seeking to attend dual enrollment classes at VSU were counseled properly and took the appropriate courses toward their higher education or career goals while meeting graduation requirements as well.

25.

Counseling high school students regarding dual enrollment included educating students on what types of dual enrollment courses were appropriate to fit their future college education and career goals. In doing so, she was also being a great steward of HOPE funding in the state of GA.

26.

Correct advising and direction of Dual Enrollment students requires an educated and experienced person and is a full-time job. Having Dual Enrollment absorbed by Admissions generally speaking is not an effective way to meet the requirements of the Dual Enrollment Program. For example, while at Georgia Gwinnett College from 2009-2015 (similar enrollment as VSU) we had a Dual Enrollment Coordinator (Mr. Donald Singer) and assistant. Their sole responsibility was to strengthen relationships in Gwinnett County, present at high school fairs, recruit, advise, register and assist in the retention efforts of our dual enrollment population. This is absolutely a full time position if you want to have an effective DE program.

27.

On February 26, 2019, Jamie sent an email to high school counselors which stated as follows:

With regard to DE institutional program placements:  For students wanting to participate in any dual enrollment program in our state, it is critical for those students **wanting to attend a 4-year institution after they graduate high school**, get their DE credits from the same type of institution.  The curriculum course rigor needs to be the same in order for them to be successful once they graduate and move forward into college. Around the state, universities are seeing students attempting to enter their institutions with many DE credits and yet, they cannot meet the needed admission requirements for that particular institution.  Part of participating in a DE program is choosing the right institution in which to attend and not one that will just help students "check off courses."  This also helps to ensure that students get the needed academic foundation that will allow them to move forward successfully wherever they go after they graduate. Your assistance in guiding your students (and their parents ☐) in this direction will certainly help them avoid this potential issue.  Dual enrollment is a great program and we want to make sure students are being impacted in a positive way that will enhance their future education.

28.

In this email Jamie is speaking to appropriately counseling high school students seeking Dual Enrollment credits so that they can meet their college and future career goals.  Jamie is addressing high school students who want to be admitted to, and succeed in, four-year institutions, as opposed to technical colleges, and vice versa.  If you intend to receive, for example, an HVAC technical certification, you need not seek Dual Enrollment credits or admission to a four-year university.

29.

I have spoken directly with the admissions staff at the University of Georgia (UGA) and the Georgia Institute of Technology (Georgia Tech). These selective institutions look at AP courses and dual enrollment courses and in that order. In addition to course rigor they also consider where the dual enrollment courses were taken.

30.

Donna Sewell, a professor of English at VSU, identified that VSU freshmen with Dual Enrollment English courses from technical colleges, particularly Wiregrass Georgia Technical College, could not meet the minimum writing requirements to participate in their English courses at VSU.

31.

While VSU was able to keep their *admissions* numbers up, due to recent lowering of their admissions standards, and due to accepting credits from passing scores for Dual Enrollment courses at technical colleges under Articulation Agreements), these students were unable to *remain* at VSU due to their poor academic foundation and resulting performances during their freshman year.

32.

We frequently had a high number of students who had taken Dual Enrollment courses that they did not need, which wasted state funding for higher education. This is due to poor advising by staff members that do not understand the DE regulations.

33.

Without effective counseling, these students were "just checking off courses" without direction, usually taking courses at technical colleges that were not academically rigorous. For example, many students would take technical college courses at Wiregrass Georgia Technical College for their Dual Enrollment credits, and these did not count toward their future college goals.

34.

We found that most high school students were not being counseled at all, that parents and counselors were signing their Dual Enrollment forms, and then telling the students they could take whatever courses they wanted to take.

35.

The Dual Enrollment rules and regulations that require this counseling are found on page 2 in the following document from the USG system office https://www.usg.edu/student_affairs/assets/student_affairs/documents/USG_DE_A

_TM_

dmission_Requirements_2022.pdf, which states that "Enrollment in any course is subject to . . . course prerequisites and corequisites," and that "Student must work closely with their high school counselor and college advisor to ensure enrollment in appropriate courses."

36.

Furthermore, the Dual Enrollment rules and regulations in the second paragraph of this document for high school counselors https://www.usg.edu/student_affairs/high_school/credit_opportunities provides as follows:

> Students interested in Dual Enrollment are encouraged to talk with their high school counselor as early as possible as there are deadlines that must be met. Students, parents, and counselors should together carefully assess whether Dual Enrollment is a good fit for the student. Students should be aware that college courses are typically more rigorous than high school courses and move at a faster pace. Also, Dual Enrollment courses result in real college credit and the grades become a part of the student's permanent college record. Grades earned through Dual Enrollment could impact future eligibility for college admission and scholarships. A student's performance in a Dual Enrollment course could also impact eligibility for high school graduation.

> Students interested in Dual Enrollment must apply for admission to the college or university they wish to attend. Each University System of Georgia (USG) college and university has established requirements and deadlines for program participation.

37.

When Jamie sent her Dual Enrollment counseling email on February 26, 2019, Rodney Carr informed me that it angered and embarrassed President Carvajal because it was seen as a "dig" at the technical colleges who have Articulation Agreements with VSU. However, it was just the opposite as we are to counsel students and do what is in the best interest of the students and put politics aside.

38.

President Carvajal's wife, Cheryl Carvajal is a professor of English at Wiregrass Georgia Technical College.

39.

Rodney Carr informed me that the president of Wiregrass Georgia Technical College (Dr. Tina Anderson) would not even speak to Cheryl Carvajal due to her anger over Jamie's email, and that Cheryl Carvajal cussed out her husband (President Carvajal), and that Carr had never seen Richard Carvajal so angry before.

40.

President Carvajal's social and career network includes the presidents of the surrounding colleges and especially the technical colleges surrounding VSU.

41.

The Articulation Agreements entered in to between the technical colleges and VSU indicate that a specific list of academic courses taken at the technical colleges will be counted toward undergraduate degree credit at VSU, *if* the student is admitted to VSU as a freshman or transfer student.

42.

While the Articulation Agreements and deals made between college presidents deal with course credits transferring, they do not address the counseling needs, success, nor the specific goals, of individual students.

43.

President Carvajal's job is to promote VSU and its students.  While the Articulation Agreements, and other deals made between college presidents, may reduce the political pressure, they do not serve as a substitute for promoting the individual institutions, nor do they serve as a substitute for meeting the goals and needs of students.

44.

After Jamie sent her Dual Enrollment counseling email on February 26, 2019, President Carvajal stated that Jamie had "damaged the institution [VSU]," asked "Do you know how many phone calls I got from technical college

presidents?," and ordered me to get him a list of all the technical college presidents' emails by the end of the day.

45.

At Jamie's request, the two of us met with Rodney Carr in his office to discuss Jamie's February 26, 2019 email. We met at length. At the conclusion of the meeting, I asked Jaime to leave the room so that I could meet with Carr alone. I then proceeded to ask "after everything she just told you do you still want to write her up?" Carr then asked if I wanted to step next door and ask the president that question. Carr then stated something to the effect of "if Jamie ever did something that stupid again that she'd be fired." I told him that I disagreed with the reprimand and that we should follow protocol which involves a verbal warning for a first offense, followed by a written warning for the second offense and then termination for a third offense. The reprimand was written by Carr and HR and I was told to sign it because she was a direct report.

46.

President Carvajal sent the Human Resources Director, Jeanine Boddie-LaVan to my office a week after Jamie sent the Dual Enrollment counseling email and requested that I discipline Jamie for the email. When asked for my opinion on how to proceed, I told Ms. Boddie-LaVan that I felt as though this was a knee jerk

reaction. My advice to HR was that we should follow protocol which involves a verbal warning for a first offense, followed by a written warning for the second offense and then termination for a third offense. VSU was not harmed in any way and the guidance was proper and was in the best interest of high school students considering dual enrollment as an option. Again, we are to serve the best interest of the students.

47.

President Carvajal called me to his office and stated that he was very angry with me for taking this position, and that he originally wanted Jamie to be suspended for three (3) days for sending this email to give her time to think about it. He then stated to me, in anger, "You're not a leader, you're just a doer."

48.

Prior to my resignation from VSU in early 2020, and afterward, Rodney Carr granted Rob Friedhoff access to the meetings, information, and resources which were formerly used by Jamie to fulfill her duties in Dual Enrollment admissions.

49.

In or around October of 2019, select members of the Office of Student Success attended a conference in San Diego. Rob Friedhoff and Rodney Carr

initiated a heated argument with me at dinner about moving orientation dates to the weekday versus the weekend due to the fact that his staff members did not want to work on Saturday. I then stated that our prospective students had elected weekend orientations due to the fact that their parents work during the week. Rodney Carr was angered and yelled at the dinner table in front of everyone and so I backed down and just listened and said yes sir.

50.

Important to note that prior to my last day at VSU in December 2020, Rob Friedhoff took me to lunch and informed me that he wanted to confess to me that Rodney Carr had put him up to having that argument/fight with me in San Diego. This is just one example of how divisive Rodney Carr is and how he leads. He is an absolute bully in every sense of the word in the work place.

51.

I have never had a poor performance evaluation in my entire career. However in 2019, I received my first one from Rodney Carr. Please note that on 6/30/17 I received a glowing performance evaluation from President Richard Carvajal prior to Rodney Carr's arrival. In the performance evaluation from Richard Carvajal he stated "In summary, Mr. Mitchell is a valued member of the VSU family. He continues to provide quality leadership to several critical

functions, and in his new role, his impact can be even more significant. Simply put, his values fit nicely with the values of this institution and our mission, and I believe that we are fortunate to have him at the university. I therefore, look forward to working with Tee in 2017-18 and beyond."

52.

Jamie received a notice in early 2020 that she was being let go due to a "reduction in force." Jamie's official last day was not until late 2020. During this time, instead of parking in his special reserved parking spot, near the presidential wing of the campus, Rodney Carr parked his car right in from of Jamie's office window until her last day at VSU.

53.

In early 2019, I learned of an incident where Rodney Carr had given Jamie a hug in her office that made her feel uncomfortable. This was around the same time that Carr and Carvajal had sought to have Jamie disciplined for sending her Dual Enrollment Counseling email. At the time, I was worried that further reporting on this incident would get both Jamie and me fired.

54.

In early 2020, I learned that Rodney Carr had made a joke about an "air hug" in Jamie's office. Ryan Hogan and Lisa Long are witnesses to this.



This, the ___6___ day of _____May_____, 2022.


_____

RENDER TERRELL "TEE" MITCHELL, Affiant


Sworn to and subscribed before me this
___16___ day of ___May___, 2022.

Marquita Milligan
Notary Public
Hall County, Georgia
Commission expires
10/16/2022