# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

JAMIE T. BIRD,                                )
                                             )
    Plaintiff,                            )
                                             )        Civil Action File No.
v.                                           )
                                             )        7:21cv62 (WLS)
BOARD OF REGENTS OF THE                      )
UNIVERSITY SYSTEM OF                         )
GEORGIA d/b/a VALDOSTA                       )
STATE UNIVERSITY,                            )
                                             )
    Defendant.                            )

## PROFFER OF DANA HUTCHINSON

Personally appeared DANA HUTCHINSON, who, after being duly sworn, swears under oath, that the facts and statements contained in this Proffer, which are to be used in the matter of *Jamie T. Bird v. Board of Regents of the University System of Georgia d/b/a Valdosta State University,* are true and correct to the best of her knowledge, belief, and information.

1.

My name is Dana Hutchinson.

2.

I am currently Department Chair of the Lowndes High School Guidance Department and Social Emotional Learning Coordinator of Lowndes County Schools in Valdosta, Georgia.

3.

I have an EDD in Leadership from Argosy University, which I received in 2007.

4.

I have been employed with the Lowndes County School District in various certified capacities since 1992.

5.

I am knowledgeable in the Dual Enrollment program offered in Georgia to high school students.

6.

During my tenure as Department Chair and Counselor of Lowndes High School, I have had the opportunity to serve students who were involved in the Dual Enrollment program in an administrative capacity.

7.

I am familiar with the attached email Jamie Bird sent to the Dual Enrollment counselors at Lowndes County Schools on February 26, 2019 with the subject line "Dual Enrollment Honors Academy."

8.

Mrs. Bird's February 26, 2019 email did not adversely impact the relationship Lowndes County School District has, and continues to have with, Valdosta State University (VSU), regarding student participation in VSU's Dual Enrollment program.

This, the 18 day of October, 2021.

DANA HUTCHINSON

Sworn to and subscribed before me this
18 day of October, 2021.

Notary PAULA ERICKER
NOTARY
EXPIRES
GEORGIA
January 31, 2025
PUBLIC
LOWNDES COUNTY, GA

Proffer of Dana Hutchinson
2