*The Wetheringtons*

*8550 Coffee Road*

*Hahira, GA 31632*

Holly H. Maestas, Esq
Attorney at law
**Lawson, Beck & Sandlin, LLC**
1125 Commerce Drive, Suite 300
Peachtree City, Georgia 30269

RE:　　Jamie T. Bird vs. Board of Regents of the University System of Georgia, d/b/a Valdosta
　　　　State University
　　　　Civil Action File No.: 7:21 CV62 (WLS)

Dear Holly:

Please find attached the signed *Affidavit of Rebecca J. Wetherington* for use in the above-mentioned case. Let me know if you need anything further.

Thank you,

Becky Wetherington

/bw

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMIE T. BIRD )
)
     Plaintiff, )
) Civil Action File No.
v. )
) 7:21 cv62 (WLS)
BOARD OF REGENTS OF THE )
UNIVERSITY SYSTEM OF )
GEORGIA d/b/a VALDOSTA )
STATE UNIVERSITY, )
)
     Defendant. )

## AFFIDAVIT OF REBECCA J. WETHERINGTON

Personally appeared REBECCA J. WETHERINGTON, who, after being duly sworn, swears under oath that the facts and statements contained in this Affidavit, which are to be used in the matter of *Jamie T. Bird v. Board of Regents of the University System of Georgia d/b/a Valdosta State University* are true and correct to the best of her knowledge, belief, and information.

1.

My legal name is Rebecca J. Wetherington but am known as "Becky Wetherington" by most.

2.

My mailing address is 8550 Coffee Road, Hahira, Georgia 31632.

3.

My current occupation is the Business Officer/Human Resources Director at Valwood School.

4.

I worked under Jamie T. Bird in the Office of Field Experiences and Clinical Practice at Valdosta State University from March 2013 through May 2016. Under Jamie's direction, my job

was to arrange placements for students completing their field experiences and clinical practice prior to graduation. Jamie was always passionate about the students and their career goals. She directed and guided me with professionalism and had a great relationship with all of the local and surrounding schools.

5.

I have known and worked with Jamie T. Bird in some capacity for approximately 25 years. Jamie is a diligent worker with a kind heart who goes out of her way to help those around her. She is a team player and performs her duties above expectations. She is reliable, honest, principled and responsible in anything she does. Jamie has always been very passionate about her students, encouraging them to do their best at anything they attempted, always going above and beyond and never swaying one way or another (technical or 4-year) in helping them achieve their goals.

This 19 day of November, 2021.

Rebecca J. Wetherington

Sworn to and subscribed before me,
this 19 day of November, 2021.

Notary Public

