<u>Plaintiff's Exhibit 64</u>
Recording – Carr visits Bird alone in her office – February 3, 2020

(Audio Recording)

CD mailed to Clerk's office:

Mr. David W. Bunt, Clerk of Court
United States District Court for the Middle District of Georgia
Valdosta Division
401 North Patterson Street
Valdosta, Georgia 31601