IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMIE T. BIRD, : | |
| : | |
| Plaintiff, : | |
| : | |
| : | |
| v. : | CASE NO.: 7:21-CV-00062 (WLS) |
| : | |
| BOARD OF REGENTS OF THE : | |
| UNIVERSITY SYSTEM OF : | |
| GEORGIA d/b/a VALDOSTA STATE : | |
| UNIVERSITY, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

Pursuant to this Court's Order entered on September 26, 2022, which extended discovery—limited to Carr's Reports of Findings and investigation issues—so that Defendants can do a complete and reasonable search on Carr's files and Plaintiff can have the time to adequately review those documents, the Court hereby **ORDERS** the extension or reopening of discovery for **sixty (60) days** so that Defendant can check all its systems and produce the requested records requested by Plaintiff. The following deadlines are extended as follows:

- Discovery, limited to Carr's Reports of Findings and investigation issues, must be completed no later than **Friday, November 25, 2022**.

- All dispositive motions must be filed no later than **thirty days** after the close of discovery, which would be **Tuesday, December 27, 2022**.

- Unless extended by the Court upon a showing of good cause by either party upon timely written motion, all motions made under Rule 37 must be filed

**within twenty-one days of the date on which the responses(s) was due, or twenty-one days of receipt of an allegedly inadequate response or other alleged violations of Rule 37, and no later than twenty-one days after the close of discovery,** whichever first occurs.[1]

- Any motion challenging the qualification(s) of any expert witness to offer opinion testimony, raised under *Daubert* or Rules 104(a), 702, and 703 of the Federal Rules of Evidence, must be filed no later than:

    o **Friday, November 25, 2022**, if the motion is filed by a party in connection with the party's dispositive motion. But in the event that discovery is extended, all such motions must be filed no later than **thirty days** after the close of discovery;

    o **Friday, December 16, 2022**, if the motion is made by a party in response to a dispositive motion. But in the event that discovery is extended, the motion must be filed no later than **twenty-one days** after the dispositive motion deadline; or

    o **Fourteen days after notice of the pretrial conference is entered,** if the motion relates to a trial witness or issue and if necessary, the motion will be heard at the pretrial conference.

---

[1] The Court does not require Parties to email the Courtroom Deputy requesting a telephone conference prior to filing a motion to compel, although they may do so if they wish. The Parties may make such an agreement, but the Court's 21-day deadlines for Rule 37 motions will be strictly enforced. The Parties shall timely move the Court for any extension of the motion filing deadlines pursuant to this Order.

2

- Any objections to proffered testimony of any expert witness (who will testify at trial through his or her deposition) must be raised at the pretrial conference.

- Trial is <u>tentatively</u> [2] set for trial on **Monday, February 6, 2023**, in the **Valdosta Division** of this Court, or as otherwise ordered by the Court.

**SO ORDERED**, this 26th day of September 2022.

                        /s/ W. Louis Sands
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**

---

[2] The actual trial date will be known when the Parties receive the Notice of Pretrial Conference, which might state the proposed trial date listed herein or an earlier or later trial date.