IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMIE T. BIRD,                                               *

              Plaintiff,                            *

v.                                                                      Case No. 7:21-CV-62 (WLS)

                                                       *

BOARD OF REGENTS OF THE UNIVERSITY
SYSTEM OF GEORGIA d/b/a VALDOSTA                *
STATE UNIVERSITY,

                                                       *

              Defendant.

_____

**J U D G M E N T**

      Pursuant to this Court's Order dated September 26, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

      This 26th day of September, 2023.

                                    David W. Bunt, Clerk

                                    s/ Kathleen S. Logsdon, Deputy Clerk